IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-10606 (LSS) <br><br> (Joint Administration Requested) |

### **CERTIFICATION OF DEBTORS' CREDITOR MATRIX**

In accordance with rule 1007(a) of the Federal Rules of Bankruptcy Procedure and rule 1007-2(a) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), a list of creditors (the "**Creditor Matrix**") of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") is attached hereto.

The Creditor Matrix has been prepared from the Debtors' books and records. The undersigned, Robert Wagstaff, Chief Restructuring Officer of the Debtors, hereby certifies that the Creditor Matrix contains the names and addresses of all creditors of the Debtors that can be currently ascertained after diligent inquiry, based on a review of the Debtors' books and records and is consistent with the information contained therein. To the extent practicable, the Creditor Matrix complies with Local Rule 1007-2(a). The Debtors reserves the right to amend or supplement the Creditor Matrix as necessary.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Leisure Investments Holdings LLC (7260); Triton Investments Holdings LLC (6416); MS Leisure Company (7257); Icarus Investments Holdings LLC (2636); Ejecutivos de Turismo Sustentable S.A. de C.V. (5CA4); Dolphin Capital Company, S. de R.L. de C.V. (21H8); Dolphin Leisure, Inc. (7073); Dolphin Austral Holdings, S.A. de C.V. (6A13); Aqua Tours, S.A. de C.V. (6586); Viajero Cibernético, S.A. de C.V. (1CZ7); Promotora Garrafón, S.A. de C.V. (0KA2); Marineland Leisure, Inc. (7388); GWMP, LLC (N/A); Gulf World Marine Park, Inc. (0348); and The Dolphin Connection, Inc. (0322). For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

33026513.1

Although the information contained in the Creditor Matrix is based on a review of the Debtors' books and records, the Debtors have not completed a comprehensive legal and/or factual investigation with regard to possible defenses of the Debtors and their estates to any claims of the potential claimants included in the Creditor Matrix.  In addition, certain of the parties included in the Creditor Matrix may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtors and their estates for purposes of these chapter 11 cases.  Therefore, the Creditor Matrix does not and should not be deemed or otherwise construed to constitute either (i) a waiver of any defense of the Debtors and their estates to any claims that may be asserted against the Debtors and their estates or (ii) an acknowledgement or admission of the validity, priority, or amount of any claims that may be asserted against the Debtors and their estates.

Dated: March 31, 2025          */s/ Robert Wagstaff*
                                                   Robert Wagstaff
                                                   Chief Restructuring Officer

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Abarrotera Del Duero, S.A. de C.V. | | Av del Árbol 1200, La Loma, Colonia | 59684 Zamora de Hidalgo | | Mich | | | Mexico |
| Acea Ato 2, S.p.A. | | Piazzale Ostiense 2 | | | Rome | | 00154 | Italy |
| Acea Energia, S.p.A. | | Piazzale Ostiense 2 | | | Rome | | 00154 | Italy |
| Administración Federal De Ingresos Públicos | | H. Yrigoyen 370 | | | Buenos Aires | | 1086 | Argentina |
| Administración Portuaria Integral de Quintana Roo | | Calle 22 de Enero No. 261 | Col. Centro. | | Chetumal | QR | 77000 | Mexico |
| Administración Portuaria Integral de Quintana Roo - Antes Acis | | Calle 22 de Enero No. 261 | Col. Centro. | | Chetumal | QR | 77000 | Mexico |
| ADN Service, Ltda. S.R.L. | | Lope De Vega 29 | Distrito Nacional | | Santo Domingo | | | Dominican Republic |
| Advantage General Insurance Company Limited | | 18 Belmont Road Kingston 5 | | | Kingston | | | Jamaica |
| Agencia De Recaudación De Buenos Aires | Centro de Servicio Ciudad Autónoma de Buenos Aires | Av. Corrientes N° 503 esq. | | | San Martin | CP | 1043 | Argentina |
| Agenzia Delle Dogane E Dei Monopoli | | ADM Agenzia delle Dogane e dei Monopoli Piazza Mastai, 12 | | | Rome | | 00153 | Italy |
| Agenzia Delle Entrate | | Via Giorgione,159 | | | Rome | | 00147 | Italy |
| Agua y Saneamientos Argentinos, S.A | | Tucumán 752, 20th Floor | | | Buenos Aires | | | Argentina |
| Aguakan S.A. De C.V | | Av. Sayil Lote 4C-07 | Supermanzana 4A, Manzana 01, Pisos 1 y 2 | | Benito Juarez | QR | 77500 | Mexico |
| Aguilar Espinosa Daniel Atocha | | Address unavailable at time of filing | | | | | | |
| Akin Gump Strauss Hauer & Feid LLP | | 2300 N Field Street | Suite 1800 | | Dallas | TX | 75201 | |
| Albert Diaz Silveira | | Address unavailable at time of filing | | | | | | |
| Alcohol And Tobacco Tax And Trade Bureau | Office of the Administrator | 1310 G Street, NW, Box 12 | | | Washington | DC | 20005 | |
| Alejandro Garcia Blanco Mata | | Address unavailable at time of filing | | | | | | |
| Alston & Bird LLP | | 1201 W Peachtree St NE | | | Atlanta | GA | 30309 | |
| Altice Dominicana S.A. | | Ave Núñez de Cáceres | No.8 Bella Vista | | Santo Domingo | | 10111 | Dominican Republic |
| AMA, S.p.A. | | via Puccini, 28 | San Martino in Rio | | Reggio Emilia | | 42018 | Italy |
| Ambiental | | Address unavailable at time of filing | | | | | | |
| América Móvil, S.A.B. de C.V. | | Lago Zurich 245, Edificio TELCEL, Piso 16 Col. Ampliación Granad | | | Ciudad de Mexico | DF | | Mexico |
| Anuencias De Proteccion Civil | | Veracruz de Ignacio de la Llave | | | Veracruz | | | Mexico |
| Anuncio Publicitario | | Address unavailable at time of filing | | | | | | |
| Anzaval Consulting, S.C. | | Address unavailable at time of filing | | | | | | |
| Arch Capital Group, Ltd | | Waterloo House 100 Pitts Bay Road | | | Pembroke | | HM 08 | Bermuda |
| AT&T Mexico | | Boulevard Manuel Avila Camacho 5 Avenue, 10F, 12F, 14F, 15F,16F, Tower B, C | Toreo Parque Corporativo Building | | Ciudad de Mexico | DF | 53390 | Mexico |
| AT&T, Inc | | 208 S. Akard St. | | | Dallas | TX | 75202 | |
| Atlantic Pacific | | PO Box 874 | | | North Kingstown | RI | 02852 | |
| Avila Rodriguez Hernandez Mena & Garro LLP | | 2525 Ponce de Leon Boulevard | Penthouse 12th Floor | | Coral Gables | FL | 33134 | |
| AVRA Limitless, LLC | | Address unavailable at time of filing | | | | | | Cayman Islands |
| AXIS Insurance Co. | | 92 Pitts Bay Road AXIS House | | | Pembroke | | HM 08 | Bermuda |
| Axis Surplus Insurance Company | | 11680 Great Oaks Way | Suite 500 | | Alpharetta | GA | 30022 | |
| Ayuntamiento De Isla Mujeres - Direccion General De Desarrollo Urbano Y Medio Ambiente: Permiso De Anuncios Publicitarios | | Av. Hidalgo por Morelos | Col. Centro | | Isla Mujeres | QR | 77400 | Mexico |
| Ayuntamiento De Solidaridad - Direccion | | Av. 20 Norte entre Calles 8 y 10 Norte, Col. Centro | Playa del Carmen | | Solidaridad | QR | 77710 | Mexico |
| Ayuntamiento De Solidaridad - Dirección De Desarrollo Urbano De Solidaridad: Licencia De Usode Suelo | | Av. 20 Norte entre Calles 8 y 10 Norte, Col. Centro C.P. 77710 | Playa del Carmen | Quintana Roo | Solidaridad | | | Mexico |
| Ayuntamiento De Solidaridad - Direccion De Desarrollo Urbano Licencia De Anuncios | | Av. 20 Norte entre Calles 8 y 10 Norte, Col. Centro | Playa del Carmen | | Solidaridad | QR | 77710 | Mexico |
| Ayuntamiento De Solidaridad - Direccion General De Proteccion Civil Anuencia De Proteccion Civil | | Av. 20 Norte entre Calles 8 y 10 Norte, Col. Centro C.P. 77710 | Playa del Carmen | Quintana Roo | Solidaridad | | | Mexico |
| Ayuntamiento De Solidaridad - Licencias De | | Av. 20 Norte entre Calles 8 y 10 Norte, Col. Centro | Playa del Carmen | | Solidaridad | QR | 77710 | Mexico |
| Ayuntamiento Municipal De Higüey | | Av. Agustín Guerrero No. 3 | Prov. La Altagracia | | Higuey | | | Dominican Republic |
| Balch Tours Cancun | | Address unavailable at time of filing | | | | | | |
| Banca Monte dei Paschi di Siena, S.p.A. | | Piazza Salimbeni, 3 | | | Siena SI | | 53100 | Italy |
| Banca Nazionale del Lavoro, S.p.A | | Viale Altiero Spinelli 30 | | | Roma | | 00157 | Italy |
| Banca Popolare di Spoleto, S.p.A. | | Piazza Pianciani, Snc Spoleto | | | Perugia It-Pg | | 06049 | Italy |
| Banca Sella, S.p.A. | | Piazza Gaudenzio Sella, 1 | | | Biella | | 13900 | Italy |
| Banco BBVA Argentina, S.A. | | Av. Córdoba 111, Piso 31, C1054AAA | Ciudad Autónoma de Buenos Aires | | Buenos Aires | | | Argentina |
| Banco BPM, S.pA | | Piazza F. Meda, 4 | | | Milan | | 20121 | Italy |
| Banco de la Nación Argentina | | Rivadavia 325 | | | Ciudad Autonoma de Buenos Aires | | | Argentina |
| Banco de la Provincia de Buenos Aires | | 150 Alsina | San Antonio de Areco | | Buenos Aires | | 2760 | Argentina |
| Banco de Reservas de la República Dominicana, Banco de Servicios Multiples | | Isabel la Católica 202 | | | Santo Domingo | | | Republica Dominicana |
| Banco Dominicano del Progreso, S.A. | | Av. Abraham Lincoln esq. C/ José, A. Soler Edif. PALIC | Santo Domingo | | Distrito Nacional | | 10129 | Dominican Republic |

Leisure Investments Holdings LLC, et al.
Case No. 25-10606

Page 1 of 9

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Banco Invex, S.A. | | Blvd Manuel Avila Camacho No 40 Lomas De Chapultepec | | | Ciudad De Mexico | | 11000 | Mexico |
| Banco Mercantil del Norte, S.A., Institución de Banca Múltiple, Grupo Financiero Banorte | | Banca Múltiple, Grupo Financiero Banorte es Avenida Revolución 3000 | Colonia Primavera | | Monterrey | Nuevo Leon | C.P. 64830 | Mexico |
| Banco Nacional de México, S.A. | | Actuario Roberto Medellín 800 | Col. Santa Fe | | Ciudad de Mexico | | | Mexico |
| Banco Popular Dominicano, S.A. | | Avenida John F. Kennedy # 20, Torre Popular | | | Santo Domingo | | | Dominican Republic |
| Banco Santander México, S.A. | | Insurgentes s/n, entre Calle 7 y 8, Jardines del Valle | | | Mexicali | B.C. | 21720 | Mexico |
| Banco Santander S.A. | | Santander Group City Av. de Cantabria | s/n 28660 Boadilla del Monte | | MADRID | | | SPAIN |
| Bank of America, N.A. | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | The Noa Law Firm, P.A. | Joseph Anthony Noa , Jr. | P.O. Box 941958 | Miami | FL | 33194 | |
| Bank of America, N.A. | | 100 North Tryon Street | | | Charlotte | NC | 28255 | |
| Bank of Nova Scotia | | 40 Temperance Street | | | Toronto | ON | M5H 0B4 | Canada |
| Banorte S.A. | | Teran # 1001 Parque Industrial Maran | | | Mexicali | B.C. | 21385 | Mexico |
| Barrera Martinez Ivar | | Address unavailable at time of filing | | | | | | |
| Bay County Utility Services | | 3410 Transmitter Road | | | Panama City | FL | 32404 | |
| BBVA Compass Bank | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | Sapurstein & Bloch PA | Bruce Eric Bloch | 9700 South Dixie Highway, Suite 1000 | Miami | FL | 33156 | |
| BBVA México, S.A. | | Avenida Universidad No 1200 Col. Xoco | | | Mexico City | DF | 03339 | Mexico |
| Bimbo, S.A. De C.V. | | Mimosas No. 117 Santa María Insurgentes, Cuauhtémoc México | | | CIUDAD DE MEXICO | | 06430 | Mexico |
| Bionic Zoo & Aquarium, Inc. | | 3330 NE 6th Terrace | | | Pompano Beach | FL | 33064 | |
| Bird Rock Beach Hotel St. Kitts | | PO Box 227 | | | Basseterre | | | St. Kitts, West Indies |
| Bridgefield Casualty Insurance Company | | 2310 Commerce Point Drive | | | Lakeland | FL | 33801 | |
| Cable and Wireless (Cayman Islands) Limited | | PO Box 293 One Technology Square, Eastern Avenue | | | Grand Cayman | | KY1-1105 | Cayman Islands |
| Cabo De Las Corrientes S.A. | | COLON 3073 PISO 8 DPTO A Mar del Plata | | | Buenos Aires | | C1016ACA | Argentina |
| Cabrera Ventura Hector Eduardo | | Address unavailable at time of filing | | | | | | |
| Cadence Bank, N.A | | 201 S Spring St | | | Tupelo | MS | 38804 | |
| Camara Barrera Veronica Alejandra | | Address unavailable at time of filing | | | | | | |
| Canche Martin Roger Abel | | Address unavailable at time of filing | | | | | | |
| Caravali Import, S.A. De C.V. | | Mauricio Castro S/N, Ciudad Estado | | | Los Cabos | Baja California Sur | 23406 | |
| Carey Olsen | | Rosebank Centre 5th Floor 11 | Bermudiana Road Pembroke | | | | HM 08 | Bermuda |
| Caribbean Utilities Company, Ltd. | | 457 North Sound Road P.O. Box 38 | | | Grand Cayman | | KY1-1101 | Cayman Islands |
| Caribe Transfers, S.A. De C.V. | | Blvd Luis D. Colosio Mza 386 Entre C. Lolbe Y C. Lolha Lote 05, Local B | SM 307 Código Q. Roo | | Cancun | | 77560 | Mexico |
| Carr, Riggs & Ingram, LLC | | 901 Boll Weevil Cir Ste 200 | | | Enterprise | AL | 36330 | |
| Castillo y Castillo | | Av. Lope de Vega No. 4 | Sector Naco | | Santo Domingo | | | Dominican Republic |
| Cellco Partnership d/b/a Verizon Wireless | | 1095 Avenue of the Americas | | | New York | NY | 10036 | |
| Cervezas Cuauhtemoc Moctezuma, S.A. De C.V. | | LIBRAMIENTO NACIONES UNIDAS, 3390 | AMPLIACION INDUSTRIAL TAMS | | VICTORIA | | C.P. 87018 | Mexico |
| Chancery Chambers LLP | | Chancery House, High Street | | | Bridgetown | | BB11128 | Barbados |
| Chesapeake Utilities Corporation | | 500 Energy Lane | | | Dover | DE | 19901 | |
| CIBanco, S.A. | | Avenida de las Palmas 215 7 Fl, Col Lomas de Chapultepec | | | Mexico | DF | 11000 | Mexico |
| CiBanco, S.A. | | Calz. Gral. Mariano Escobedo 595, Chapultepec Morales | Polanco V Secc, | Miguel Hidalgo | Ciudad de Mexico | | | Mexico |
| CIG & Co. JPM, LLC | C/O C T Corporation System, | 28 Liberty Street | | | New York | NY | 10005 | |
| Citta Di Civitavecchia | | Piazzale Pietro Guglielmotti, 7 | | | Civitavecchia | RM | 00053 | Italy |
| Città Di Pomezia | | Piazza Indipendenza, 8 | | | Pomezia | RM | 00071 | Italy |
| City of Miami | | Miami Riverside Center (MRC) | 444 SW 2nd Ave | | Miami | FL | 33130 | |
| City of Panama City Beach | | 17007 Panama City Beach Parkway | | | Panama City Beach | Fl | 32413 | |
| Clarke Gittens Farmer | | Parker House | Wildey Business Park, Wildey Road | | St. Michael | | | Barbados |
| Claro Argnetina, S.A. | | Av. de Mayo 878 | | | Buenos Aires | | 1084 | Argentina |
| Cliba Ingenieria Urbana, S.A. | | Avenida Leandro N. Alem 1050 Piso 9 | | | Buenos Aires | | C1001AAS | Argentina |
| Coco Frut De Cancun, S. De R.L. De C.V. | | Calle Monte Líbano 301, Parque Industrial Santa Ana | | | Cancun | Q.R., | 77500 | Mexico |
| Color Max, S.A. De C.V. | | Address unavailable at time of filing | | | | | | |
| Columbus Communications Jamaica Ltd. d/b/a Flow Jamaica | | 2-6 Carlton Crescent | Half Way Tree | Saint Andrew | Kingston 5 | | | Jamaica |
| Colunga Hernandez Jose Joaquin | | Address unavailable at time of filing | | | | | | |
| Comcast Corporation | Comcast Center | 1701 JFK Boulevard | | | Philadelphia | PA | 19103 | |
| Comermares S.A. De C.V. | | Sm. 74, Mz. 48 Lote 1 Plaza La Esmeralda, Supermanzana 74 | | | Cancun | QUINTANA ROO | 77526 | Mexico |

Leisure Investments Holdings LLC, et al.
Case No. 25-10606

Page 2 of 9

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Comisión Federal De Electricidad | | Av. Paseo de la Reforma 164 | Col. Juárez | | Ciudad de Mexico | DF | 06600 | Mexico |
| Comisión Nacional de Áreas Naturales Protegidas | | Ejército Nacional 223 Anáhuac I sección | | | Ciudad de Mexico | DF | 11320 | Mexico |
| Comisión Nacional del Agua | | Avenida Insurgentes Sur  2416 Copilco El Bajo | | | Ciudad de Mexico | DF | 03340 | Mexico |
| Compañía Dominicana de Teléfonos S.A. d/b/a Claro Dominicana | | AVENIDA JOHN F KENNEDY 54, SERRALLES, DISTRITO NACIONAL | | | SANTO DOMINGO | | DO-40 10125 | Dominican Republic |
| Compañía Dominicana de Teléfonos S.A. d/b/a Claro Dominicana | | Ave. John F. Kennedy | No. 54 Serrallés | | Santo Domingo | | 1377 | Dominican Republic |
| Companies Office Of Jamaica | | 1 Grenada Way | | | Kingston 5 | | | Jamaica |
| Compass Bank & Trust Corporation | | 4 Castle Street | First Floor | | Roseau | | | Commonwealth of Dominica |
| Comune Di Roma | | Piazza del Campidoglio 1 | | | Rome | | 00186 | Italy |
| Concepcion Esteban Manchado | | Address unavailable at time of filing | | | | | | |
| Concept Special Risks Ltd. | | Unity House, 2 Station Court Station Road | | | Leeds | | LS20 8EY | United Kingdom |
| Controladora Dolphin S.A. de C.V. | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | Jones and Adams PA | William Steven Adams, Matthew L. Jones, Eric Santiago Rojo Dotel | 999 Ponce de Leon, Suite 925 | Coral Gables | FL | 33134 | |
| Controladora Dolphin S.A. de C.V. and Grupo Dolphin Discovery | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | Mitchell Silberberg and Knupp LLP | Yakub Hazzard, Rebecca Benyamin | 2049 Century Park East 18th Floor | Los Angeles | CA | 90067-3120 | |
| Corporacion De Importaciones Y Exportaciones Mexicanas, S.A. De C.V. | | 2 La Victoria | Naucalpan de Juarez | | Estado de Mexico | | | Mexico |
| Corporación del Acueducto y Alcantarillado de Santo Domingo | | Calle Euclides Morillo 65 | P.O. Box 10245 | | Santo Domingo | | | Dominican Republic |
| Cosmo Investments, LLC | | 2200 NW 50th St | Suite 100E | | Oklahoma City | OK | 73112 | |
| Crédit Agricole Italia, S.p.A. | | Via Università, 1 | | | Parma | | 43121 | Italy |
| Creel | Mercedes Haddad A. | Torre Virreyes Pedregal No. 24 | Piso 24 Col. Molino del Rey | | Ciudad de Mexico | | 11040 | Mexico |
| Customs & Border Control | | 1300 Pennsylvania Ave., NW | | | Washington | DC | 20229 | |
| Customs & Excise Department | Departmental Complaints Office | Complaints Investigation Group | 3/F, Customs Headquarters Building, 222 Java Road | | North Point | | | Hong Kong |
| CWI Keys Hotel LLC | | 15601 Dallas Parkway | Suite 600 | | Addison | TX | 75001 | |
| Deboer Propane LLC | | 1109 EATON ST | | | KEY WEST | FL | 33040-6926 | |
| Department Of Commerce & Investment | | Address unavailable at time of filing | | | | | | |
| Department Of Environmental Health (DEH) | | Address unavailable at time of filing | | | | | | |
| Digicel (Cayman) Limited | Cayman Technology Centre | 15 Printer Way | PO Box 700 | | George Town | | KY1-1107 | Cayman Islands |
| Digicel Group Limited | Digicel Jamaica | 14 Ocean Boulevard | | | Kingston | | | Jamaica |
| Digicel Jamaica Limited | | 14 Ocean Boulevard | | | Kingston | | | Jamaica |
| Diken International S. De R.L. De C.V. | | Av. Industrial Aeroespacial No. 2900 Parque Industrial Ramos | Arizpe Centro Ramos Arizpe | | COAHUILA | | 25900 | Mexico |
| Dirección General De Aduanas | | Avenida Abraham Lincoln No.1101, casi esquina John F. Kennedy, Ensanche Serrallés | Edificio Miguel Cocco | | Santo Domingo | | | Dominican Republic |
| Dirección General De Impuestos Internos | | Av. México #48 | | | Gascue | | 10204 | Dominican Republic |
| Distribuidora Cuauhtemoc Moctezuma de Cozumel, S.A. De C.V. | | Av. 65 Sur Lote 06 Zona Industrial Cozumel | S/N Cozumel Quintana Roo | | | | 77600 | Mexico |
| Dolphin Leisure, Inc., Gulf World Marine Park, Inc. GWMP, LLC | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | Carey Rodriguez Milan Gonya LLP | Patrick E Gonya | 1000 Brickell Avenue Suite 400 | Miami | FL | 33131 | |
| Dolphin Leisure, Inc., Gulf World Marine Park, Inc. GWMP, LLC | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | Hemar Rousso and Heald LLP | Christopher Crowell | 15910 Ventura Boulevard 12th Floor | Encino | CA | 91436 | |
| Donna Brewer Kassewitz | | Address unavailable at time of filing | | | | | | |
| Donna Brewer Kassewitz | | Address unavailable at time of filing | | | | | | |
| Duane Morris LLP | | Duane Morris LLP 201 S. Biscayne Boulevard, Suite 3400 | | | Miami | FL | 33131-4325 | |
| Duke Energy Corporation | | 525 South Tryon Street | | | Charlotte | NC | 28202 | |
| Dvdl - Dept. Of Vehicle & Driver'S Licensing | Department of Licensing | PO Box 9030 | | | Olympia | WA | 98507-9030 | |
| Edenor, S.A. | | Avenida del Libertador 6363 | | | Buenos Aires | | C1428ARG | Argentina |
| Edesur Dominicana, S.A. | | Av. Tiradentes #47 Esq. Carlos Sanchez y Sanchez | Torre Serrano Ensanche Naco | | Santo Domingo | | | Dominican Republic |
| Edesur, S.A | | San José 140 | | | Buenos Aires | | 1706 | Argentina |
| Eduardo Albor Villanueva | | Address unavailable at time of filing | | | | | | |
| Eduardo Albor Villanueva | | Address unavailable at time of filing | | | | | | |
| Eduardo Albor Villanueva | | Address unavailable at time of filing | | | | | | |
| Eduper Productos Y Servicios, S. De R.L. De C.V. | | Av. Kabah Mza 19 19 77517 Quintana Roo | | | Cancun | | | Mexico |
| Edwin Gonzalez | | Address unavailable at time of filing | | | | | | |
| Elemental CoSec Limited | | 27 Old Gloucester Street | | | London | | WC1N 3AX | United Kingdom |
| Embotelladoras Bepensa S.A. De C.V. | | CARRETERA CANCUN-TULUM KM 64.5 | 77710 Playa Del Carmen | | | Quintana Roo | | Mexico |
| Empacadora y Comercializadora de Occidente S.A. De C.V. | | Av. Altos Hornos No. 2800 El Álamo Guadalajara | | | JALISCO | | 44490 | Mexico |

Leisure Investments Holdings LLC, et al.
Case No. 25-10606

Page 3 of 9

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Empresa Distribuidora de Electricidad del Este, S.A. | | Ave. San Vicente de Paúl | Centro Comercial Megacentro, Segundo Nivel | | Santo Domingo | | | Dominican Republic |
| Enel, S.p.A. | | Viale Regina Margherita, 137 | | | Rome | | 00198 | Italy |
| Ernst & Young, LLP | | 401 9th Ave | | | New York | NY | 10001 | |
| Euan Elide Azeneth | | Address unavailable at time of filing | | | | | | |
| Exim Del Caribe S.A. De C.V. | | Blvd. Luis Donaldo Colosio Mz. 7, Lt. 7 | Col. Alfredo V. Bonfil | | Cancun | Quintana Roo | 77560 | Mexico |
| Federal Bureau of Investigation | | 935 Pennsylvania Ave., NW | | | Washington | DC | 20535-0001 | |
| First Caribbean Int Bank | | CIBC Caribbean Bank Limited, Michael Mansoor Building | | | St. Michael | | | Barbados |
| First Caribbean International Bank Limited | | 25 Main Street | | | Georgetown | | | Cayman Islands |
| First National Northwest Florida Bank | | 101 E 23rd St | | | Panama City | FL | 32405 | |
| Florida Department of Environmental Protection | | 3900 Commonwealth Boulevard | | | Tallahassee | FL | 32399-3000 | |
| Florida Department Of Revenue | Mark Hamilton | P. O. Box 6668 | | | Tallahassee | FL | 32314-6668 | |
| Florida Dept. Of Highway Safety & Motor Vehicles | | 2900 Apalachee Parkway | MS 01 | | Tallahassee | FL | 32399-0500 | |
| Florida Dept. Of State - Division Of Corporations | The Centre of Tallahassee | 2415 N. Monroe Street, Suite 810 | | | Tallahassee | FL | 32303 | |
| Florida Fish and Wildlife Conservation Commission | | 620 S. Meridian St. | | | Tallahassee | FL | 32399 | |
| Florida Keys Aqueduct Authority | | 1100 Kennedy Drive | | | Key West | FL | 33040 | |
| Florida Keys Electric Cooperative Association, Inc. | | PO Box 377 | | | Tavernier | FL | 33070 | |
| Frimart S.A. De C.V. | | Av. Escultura 201, Industrial la Capilla | 37297 León de los Aldama, Gto. | | | | | Mexico |
| Fruits y Mas Del Caribe, S.A. De C.V. | | Address unavailable at time of filing | | | | | | |
| Full Trading, S.A. de C.V. | | Unidad Privativa 10 Manzana 8 Lote 8 | | | BENITO JUAREZ | | | Mexico |
| Funcionamient O Municipal | | Address unavailable at time of filing | | | | | | |
| G&B Almacenadora S.A. De C.V. | | Parque Logistico Gins Calle Monte Libano Manzana 61 Lote 61 Bodega 21 | Colonia SMZA 301 Localidad Alfredo V Bonfil | Municipio Benito Juarez | Cancun | Quintana Roo | CP 77560 | Mexico |
| G/L Expert S.A. de C.V. | | Address unavailable at time of filing | | | | | | |
| Galeana Cornejo Richard | | Address unavailable at time of filing | | | | | | |
| Garcia Luna Araico Araceli | | Address unavailable at time of filing | | | | | | |
| General De Protección Civil Anuencias De Protección Civil | | Avenida Patriotismo 711 Colonia San Juan | Alcaldía Benito Juárez | | Ciudad de Mexico | DF | 03730 | Mexico |
| Gobernio Del Estado De Baja California Sur - Subdireccion E Proteccion Civil: Anuencias De Proteccion Civil | GENERAL SECRETARIAT OF THE STATE | GOVERNMENT Isabel La Católica and Ignacio Allende | Colonia Centro C.P. 23000 | La Paz | Baja California Sur | | | Mexico |
| Gobierno Del Estado De Quintana Roo/ Fundación De Parques Y Museos De Cozumel | | Av. Pedro Joaquin Coldwell #70 | Col Centro | | Cozumel | QR | 77600 | Mexico |
| Gobierno Del Estado Libre Y Soberano De Quintana Roo - Licencias De Alcohol | | Palacio De Gobierno Av 22 De Enero No. 001 | Col Centro | | Chetumal | QR | 77000 | Mexico |
| Gobierno Del Estado Libre Y Soberano De Quintana Roo - Licencias De Funcionamient O Estatal | | Palacio De Gobierno Av 22 De Enero No. 001 | Col Centro | | Chetumal | QR | 77000 | Mexico |
| Government of Saint Kitts And Nevis | | Government Headquarters | Church Street | | Basseterre | | | St. Kitts and Nevis |
| Greenberg Traurig, LLP | | One Vanderbilt Avenue | | | New York | NY | 10017 | |
| Grupo Avicola Del Caribe, S.A. de C.V. | | Calle 23, Mza. 30, Lotes 17, 17 A y 18, Sm 63 | | | Cancun | Quintana Roo | C.P. 77513 | Mexico |
| Grupo Empresarial Jomick S.A. De C.V. | | JUAN DIOS PEZA 58, , MEXICO 1A. SECCION | | | NEZAHUALCOYOTL | | 57610 | MEXICO |
| Grupo Junacun S.A. De C.V. | | Address unavailable at time of filing | | | | | | |
| Grupo Mexicano de Seguros, S.A. De C.V. | | Tecoyotitla no. 412, Edificio GMX Col. | Exhacienda de Guadalupe Chimalistac Alcaldía Álvaro Obregón | | Mexico City | | D.F. 01050 | Mexico |
| Grupo Textil Del Caribe S.A. De C.V. | | Boulevard Kukulcan, Mza. 49, Lt. 3 Loc. 44 | | | Cancun | Quintana Roo | 77500 | Mexico |
| Grupo Zeta Gas | | Calle 5 609, Colón Industrial | | | Guadalajara | Jalisco | 44940 | Mexico |
| Gulf Coast Electric Cooperative, Inc | | 722 West Highway 22 | PO Box 220 | | Wewahitchka | FL | 32465 | |
| H. Ayuntamiento De Benito Juárez (Cancún) - Direccion De Imagen Urbana Permiso De Anuncio Publicitario | | Palacio Municipal Av. Tulum No. 5 Sm. 5 | | | Benito Juarez | QR | 77500 | Mexico |
| H. Ayuntamiento De Benito Juárez (Cancún) - Direccion General De Protección Civil Anuencias De Protección Civil | | Sm. 256 Mz.08 Lote 03 Av. Yaxché | Col Prado Norte | Cancun | Benito Juarez | QR | 77500 | Mexico |
| H. Ayuntamiento De Benito Juárez (Cancún) - Licencias De Funcionamient O Municipal | | Palacio Municipal, Av. Tulum No. 5 Sm. 5 C.P. 77500 | Benito Juárez | | Cancun | | | Mexico |
| H. Ayuntamiento De Benito Juárez (Cancún) - Secretaria Municipal De Ecologia Y Desarrollo Urbano Direccion De Imagen Urbana Permiso De | | Sm. 216 Av. Chac Mool Mz. 01 lote 135-01 | Cancun | | Benito Juarez | QR | 77518 | Mexico |
| H. Ayuntamiento De Benito Juárez (Cancún) - Secretaria Municipal De Ecologia Y Desarrollo Urbano Licencia De Uso De Suelo | | Sm. 216 Av. Chac Mool Mz. 01 lote 135-01 | Cancun | | Benito Juarez | QR | 77518 | Mexico |
| H. Ayuntamiento De Conzumel - Direccion De | Cozumel City Council | Calle 13 Sur SN entre Av. | Rafael E. Melgar y Calle Gonzalo Guerrero | Col Andrés | Cozumel | QR | 77664 | Mexico |
| H. Ayuntamiento De Conzumel - Direccion De Desarrollo Urbano Y Ecologia Licencia De Anuncios | | Calle 13 sur S/N entre Av. Rafael E. Melgar y Calle Gonzalo Guerrero | Col Andrés | | Cozumel | QR | 77664 | Mexico |

Leisure Investments Holdings LLC, et al.
Case No. 25-10606

Page 4 of 9

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| H. Ayuntamiento De Conzumel - Licencias De | Cozumel City Council | Calle 13 Sur SN entre Av. | Rafael E. Melgar y Calle Gonzalo Guerrero | Col Andrés | Cozumel | QR | 77664 | Mexico |
| H. Ayuntamiento De Conzumel - Subdireccion De Ecologia Permiso De Operación Ecologica | | 65a Avenida sur por calle 31 sur | Parque "Centro de Interpretación Ambiental" | Col. Maravilla | Cozumel | QR | 77600 | Mexico |
| H. Ayuntamiento De Isla Mujeres | | Av. Hidalgo por Morelos | Col. Centro | | Isla Mujeres | QR | 77400 | Mexico |
| H. Ayuntamiento De Isla Mujeres - Coordinación Municipal De Protección Civil Anuencias De | | Av. Hidalgo por Morelos | Col. Centro | | Isla Mujeres | QR | 77400 | Mexico |
| H. Ayuntamiento De Isla Mujeres - Direccion General De Desarrollo Urbano Y Medio Ambiente: Licencia De Uso De Suelo | | Av. Hidalgo por Morelos | Col. Centro | | Isla Mujeres | QR | 77400 | Mexico |
| H. Ayuntamiento De Isla Mujeres - Direccion General De Desarrollo Urbano Y Medio Ambiente: Permiso Ecologico De Operación | | Av. Hidalgo por Morelos | Col. Centro | | Isla Mujeres | QR | 77400 | Mexico |
| H. Ayuntamiento De Isla Mujeres - Permiso De Anunciospublicitarios | | Av. Hidalgo por Morelos | Col. Centro | | Isla Mujeres | QR | 77400 | Mexico |
| H.Ayuntamiento De Isla Mujeres Direccion General De Desarrollo Urbano Ymedio Ambiente Permiso Ecologico De Operación | | Av. Hidalgo por Morelos | Col. Centro | | Isla Mujeres | QR | 77400 | Mexico |
| H.Ayuntamiento De Otho P.Blanco - Direccion General De Proteccion Civil- Anuencia De Proteccion Civil | | Av. Álvaro Obregón 321 | | | Othón P. Blanco | | | Mexico |
| H.Ayuntamiento De Otho P.Blanco - Licencias De Funcionamient O Municipal | | Av. Álvaro Obregón 321 | | | Othón P. Blanco | | | Mexico |
| H.Xiii Ayuntamiento De Los Cabos B.C.S | | Blvd. Mijares N° 1413. E | Calle Zaragoza y Manuel Doblado | Col. Centro | Los Cabos | B.C.S. | 23400 | Mexico |
| Hawks Cay Resort | | 61 Hawks Cay Blvd | | | Duck Key | FL | 33050 | |
| Hernandez Sosa Aaron | | Address unavailable at time of filing | | | | | | |
| Holland & Knight LLP | | 100 North Tampa Street Suite 4100 | | | Tampa | FL | 33602 | |
| Honor PCF Trust I | | 1011 Centre Rd | Ste 203 | | Wilmington | DE | 19805-1266 | |
| HRA & F, S.r.l. | | Corso Venezia 36 Milano | | | Milano | | 20121 | Italy |
| Huescas Hernandez Laura Silvia | | Address unavailable at time of filing | | | | | | |
| Industria Quimica de Quintana Roo, S.A. de C.V | | Calle LOL BE Ejido CAMPESTRE LOL BE | Alfredo V. Bonfil | | | | CP 77560 | Mexico |
| Industria Y Comercio Mar Y Tierra, S.A. de C.V. | | Carretera Cancun Aeropuerto Km. 11.6 Mza. 2 Sm 308 Lote 56 | | | | | | Mexico |
| Industrial Patrona S.A. De C.V. | | Calle Patrona #13 Colonia Zona Industrial | Codigo Cordoba | | Veracruz | | 94690 | Mexico |
| Instituto Nacional De Migración (Inm) | | Avenida Homero 1832 Los Morales Polanco | Alcaldía Miguel Hidalgo | | Ciudad de Mexico | DF | 11510 | Mexico |
| Intensa Sanpaolo, S.p.A | | Via Monte di Pietà, 8 | | | Milan | | 20121 | Italy |
| Intercam Banco, S.A. | | Lago Zurich 219, Floor 3, Col. Ampliacion Granada | | | Ciudad De Mexico | | 11529 | Mexico |
| Internal Revenue Service | | 1111 Constitution Ave NW | Rm 6554 | | Washington | DC | 20224 | |
| Italgas, S.p.A. | | Via Carlo Bo 11 | | | Milan | | 20143 | Italy |
| Italian Ministry of Agricultural, Food and Forestry Policies | | Via XX Settembre, 20 | | | Rome | | 00187 | Italy |
| Italian Ministry of Cultural Heritage and Activities and Tourism | | Via del Collegio Romano, 27 | | | Roma | | 00186 | Italy |
| Italian Ministry of Defense | | Via XX Settembre, 8 | | | Rome | | 00187 | Italy |
| Italian Ministry of Economy and Finance | | Via XX Settembre, 97 | | | Rome | | 00187 | Italy |
| Italian Ministry of Education, Universities And Research | | Viale Trastevere, 76/a | | | Rome | | 00153 | Italy |
| Italian Ministry Of Foreign Affairs And International Cooperation | | Piazzale della Farnesina, 1 | | | Rome | | 00135 | Italy |
| Italian Ministry of Health | | Lungotevere Ripa, 1 | | | Rome | | 00153 | Italy |
| Italian Ministry of Infrastructure and Transport | | Piazzale Porta Pia, 1 | | | Rome | | 00198 | Italy |
| Italian Ministry of Justice | | Via Arenula, 70 | | | Rome | | 00186 | Italy |
| Italian Ministry of The Interior | | Piazza del Viminale n. 1 | | | Rome | | 00184 | Italy |
| Jamaica Public Service Company Limited/ National Water Commission | | 5th Floor, Sagicor Building | 28-48 Barbados Avenue | West Indies | Kingston 5 | | | Jamaica |
| James River Insurance Company | | 6641 W Broad Suite 300 | | | Richmond | VA | 23230 | |
| Jig Lideres | | Address unavailable at time of filing | | | | | | |
| John Gordon Olson | | Address unavailable at time of filing | | | | | | |
| John Gordon Olson | | Address unavailable at time of filing | | | | | | |
| Jones & Adams, P.A. | | 999 Ponce de Leon Suite 925 | | | Coral Gables | FL | 33134 | |
| Jose Luis Padilla Magaña | | Address unavailable at time of filing | | | | | | |
| JPMorgan Chase Bank, N.A. | | 383 Madison Avenue | | | New York | NY | 10017 | |
| Juan Alfonso Delgado Del Olmo Andres Coronel German Fernández | | Address unavailable at time of filing | | | | | | |
| Juristas S.A.S. | | Ave. Lope de Vega No. 4 | | | Santo Domingo | | | Dominican Republic |
| Kadimatex S.A. De C.V. | | Av. Francisco I. Madero 32, Lazaro Cardenas | 53560 Naucalpan de Juárez | | Mex | | | Mexico |
| Ku Sanchez Alma Veronica | | Address unavailable at time of filing | | | | | | |
| La Cassa di Ravenna, S.p.A | | Piazza Giuseppe Garibaldi, 6 | | | Ravenna | | 48121 | Italy |

Leisure Investments Holdings LLC, et al.
Case No. 25-10606

Page 5 of 9

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| La Fundación de Parques y Museos de Cozumel | | Av. Pedro Joaquin Coldwell #70 Col. Centro | | | Cozumel | Quintana Roo | C.P. 77600 | Mexico |
| La Miche Rustique S.A. De C.V. | | Palenque 0 | | | Cancun | QR | 77500 | Mexico |
| Landmark American Insurance Company | | 945 E. Paces Ferry Rd | Suite 1800 | | Atlanta | GA | 30326-1160 | |
| Latham & Watkins LLP | | 1271 Avenue of the Americas | | | New York | NY | 10020 | |
| Leisure Investment Funding, LLC | | Address unavailable at time of filing | | | | | | |
| Levy & Partners, PLLC | | 1200 Brickell Avenue | Suite 1800 | | Miami | FL | 33131 | |
| Lexington Insurance Company | | 99 High Street | 23Rd Floor | | Boston | MA | 02110 | |
| Licencias De Funcionamient O Municipal | | Address unavailable at time of filing | | | | | | |
| Livek Del Caribe S.A. De C.V. | | Calle Monte Campeche MZ 83 LT 01 SM 301 | | | Cancun | | 77560 | Mexico |
| Lobo de Rizzo Advogados | | Av. Brig. Faria Lima, 3900 - Itaim Bibi, Sao Paulo | | | | SP | 04538-132 | Brazil |
| Mario Eduardo Abarca Cervera Gonzalo Pacheco Perez | | Address unavailable at time of filing | | | | | | |
| Martinez de Hoz | | Bouchard 680 Piso 19 Cdad | | | Autonoma de Buenos Aires | | C1106ABJ | Argentina |
| MDC v. MS Leisure Corporation Complaint | | 4400 Rickenbacker Cswy | | | Miami | FL | 33149 | |
| MetroGas, S.A. | | Gral. Gregorio Aráoz de Lamadrid 1360 | | | Buenos Aires | | C1267AAB | Argentina |
| Miami- Dade Fire Rescue Department | | 9300 NW 41st Street | | | Miami | FL | 33178-2414 | |
| Miami-Dade County | | 111 NW 1st St # 2510 | | | Miami | FL | 33128 | |
| Miami-Dade County Office of the Tax Collector | | 200 NW 2nd Ave | | | Miami | FL | 33128 | |
| Miami-Dade County v. MS Leisure Corporation | Geraldine Bonzon-Keenan, Melanie J. Spencer, Brianna E. Donet | Stephen P. Clark Center | 111 NW 1st Street, Suite 2810 | | Miami | FL | 33128 | |
| Miami-Dade Water & Sewer Department | Amanda Kinnick, Interim Director | 3071 SW 38th Ave | | | Miami | FL | 33146 | |
| Michael Wesley Wood | | Address unavailable at time of filing | | | | | | |
| Michael Wesley Wood | | Address unavailable at time of filing | | | | | | |
| Ministerio de Ambiente y Desarrollo Sostenible - Argentina | | San Martín 451 | | | Buenos Aires | | C1004AAI | Argentina |
| Ministerio De Turismo Rep. Dominicana | | Ave. Cayetano Germosén #419, esq. Ave. Gregorio Luperón | | | Mirador Sur | | | Dominican Republic |
| Ministry Of Economy - Argentina | | Hipólito Yrigoyen 250 | | | Buenos Aires | | | Argentina |
| Ministry Of Finance - Business & Commerce | | 1401 Constitution Ave NW | | | Washington | DC | 20230 | |
| Ministry Of Foreign Affairs And Worship - Argentina | | Esmeralda 1212 | | | Buenos Aires | | C1007ABR | Argentina |
| Ministry Of Foreign Affairs, Saint Kitts And Nevis | | Building 15 Suites 201-202 Port Zante | | | Basseterre | | | St. Kitts and Nevis |
| Mitchell Silberberg & Knupp LLP | | 2049 Century Park East | 18th Floor | | Los Angeles | CA | 90067 | |
| Moelis & Company LLC | | 399 Park Avenue | | | New York | NY | 10022 | |
| Monroe County Tax Collector | | 1200 Truman Ave, Ste 101 | | | Key West | FL | 33040 | |
| MS Leisure Company | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | Levy & Partners, PLLC | Ely Robert Levy | 3230 Stirling Road, Suite 1 | Hollywood | FL | 33021 | |
| Municipalidad De General Pueyrredón | Agencia de Recaudación Municipal | SALTA al 1842 | | | General Pueyrredón | | | Argentina |
| Municipio De Bahía De Banderas, Nayarit | | Morelos 12 - Centro CP 63731 | Valle de Banderas | | Nayarit | | | Mexico |
| Municipio De Bahía De Banderas, Nayarit - Direccionde | | Morelos 12 - Centro CP 63731 | Valle de Banderas | | Nayarit | | | Mexico |
| Municipio de Isla Mujeres (Garrafon) | | Carretera Garrafón Lote 9 Kilometer 6, Supermanzana 9 | | | Isla Mujeres | Q.R. | 77400 | Mexico |
| Nagico Insurances | | P.O. Box 87 NAGICO Building 26 C.A. Cannegieter Street | | | Philipsburg | | | St. Maarten |
| National Solid Waste Management Authority | | 61 Half Way Tree Road | | | Kingston 10 | | | Jamaica |
| Naturgy BAN, S.A. | | Av. Corrientes 800, Piso 29 | | | Buenos Aires | | 1043 | Argentina |
| Network Solutions, Inc. | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | Assouline & Berlowe, P.A. | Peter Emerson Berlowe | 100 SE 2nd Street, Miami Tower, Suite 3650 | Miami | FL | 33131 | |
| Network Solutions, Inc. | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | Assouline & Berlowe, P.A. | Eric Nissim Assouline | 213 E Sheridan Street, Suite 3 | Dania Beach | FL | 33004 | |
| Nevis Island Administration | | Pinney's Estate | | | Charlestown | | | Nevis |
| NextEra Energy, Inc | | 700 Universe Blvd. | | | Juno Beach | FL | 33408 | |
| Nika Industrias S.A. De C.V. | | Address unavailable at time of filing | | | | | | |
| Novelo UC Paula Soledad | | Address unavailable at time of filing | | | | | | |
| Nueva Wal Mart De Mexico S. De R.L. De C.V. | | Blvd. Adolfo Lopez Mateos No. 1701 Lomas de Plateros | Alvaro Obregón México | | CIUDAD DE MEXICO | | 01480 | Mexico |
| Ocean Adventures | | C. Mare | | | Punta Cana | | 23000 | Dominican Republic |
| Office of the Attorney General State of Florida | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| Operadora De Hoteles La Costa S.A. De C.V. | | CALLE PUNTA CELIS 0 SN PUERTO PUERTO AVENTURAS | | | Solidaridad | QUINTANA ROO | C.P. 77733 | Mexico |
| Operadora de Hoteles la Costa, S.A. de C.V. | | Carr. a Pichilingue Km | 7.5 Lomas de Palmira La Paz | | BAJA CALIFORNIA SUR | | 23010 | Mexico |
| Operadora De Ropa Deportiva Cusma, S.A. de C.V. | | Pemex S/N Int. 7 Paraíso Montessori Cuernavaca | | | MORELOS | | 62326 | Mexico |
| Organizacion RG Hermanos S.A. De C.V. | | Nuevo Edificio Municipal de Solidaridad RIVIERA, AV CTM ENTRE AV 115 Y 125 NORTE MZA | 53 LT 32, FRACC LA GRAN PLAZA DE LA, | 77712 Playa del Carmen | | Q.R. | | Mexico |
| Patrick E. Gonya, P.A. d/b/a Gonya Law | | 1000 Brickell Ave Ste 400 | | | Miami | FL | 33131-3027 | |

Leisure Investments Holdings LLC, et al.
Case No. 25-10606

Page 6 of 9

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Peluches Marinos. S.A. de C.V. | | Km.17 Mz.5 Sm. 301 No. Lte.4 | | | Alfredo V. Bonfil | Quintana Roo | 77569 | Mexico |
| Peoples Gas System, Inc. | | 200 E. Randolph St. | | | Chicago | IL | 60601-6302 | |
| Planta HBS-Delli S.A. De C.V. | | 5 Uman-Merida | 16 Paseos de Itzincab | | Uman. Yuc. | | 97390 | Mexico |
| PNC Bank NA | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | PRUITT & PRUITT, P.A. | William Earnest Pruitt | 2475 Mercer Ave., Suite 101 | West Palm Beach | FL | 33401 | |
| PNC Bank, N.A. | | The Tower at PNC Plaza | 300 Fifth Avenue | | Pittsburgh | PA | 15222 | |
| Pollos Cancun S.A. De C.V. | | CALLE SM.59 MZ.40 LTE.16 | | | Cancun | Quintana Roo | 77515 | Mexico |
| Poste Italiane, S.p.A | | Viale Europa 190 Roma | | | Roma | | 00144 | Italy |
| Presidency of the Nation - Argentina | | Casa Rosada | Balcarce 50 | | Buenos Aires | | | Argentina |
| Procuraduría Federal De Protección Al Ambiente (Profepa) | | Avenida Félix Cuevas, #6 Col. Tlacoquemécatl del Valle | Alcaldía Benito Juárez | | Ciudad de Mexico | DF | 03200 | Mexico |
| Promociones E Inversiones Almendro, S.A. De C.V. | | Carr. Cancún-Tulum Km 256, Col. Akumal Tulum | | | Codigo | Quintana Roo | 77776 | Mexico |
| Promociones Turisticas Mahahual S.A. De C.V. | | Paseo del Puerto No. 1021 Mahahual | José María Morelos | | | Quintana Roo | 77940 | Mexico |
| Promociones Turisticas Mahahual, S.A. de C.V. (Costa Maya) | | BLVD. KUKULKAN KM. 9 MANZANA 48 LOTE 8 OFICINA | 9 1RA PLANTA Zona Hotelera Benito Juárez | | Cancun | Quintana Roo (MX-ROO) | 77500 | MEXICO |
| Protección Civil Anuencia De Protección Civil | | Address unavailable at time of filing | | | | | | |
| Prudential Financial, Inc. | | 1114 Avenue of the Americas | 30th Floor | | New York | NY | 10036 | |
| Prudential Legacy Insurance Company of New Jersey | | 751 Broad Street | | | Newark | NJ | 07102 | |
| Quintana Roo Government | | Address unavailable at time of filing | | | | | | |
| Ramondelli E Saracino | | VIA DEI CESTARI N. 34 | | | ROMA | | 00186 | ITALY |
| Regions Financial Corporation | | 1900 Fifth Avenue North | | | Birmingham | AL | 35203 | |
| Renato Lenzi | | Address unavailable at time of filing | | | | | | |
| Reveles Urbina Victor Hugo | | Address unavailable at time of filing | | | | | | |
| RSM US LLP | | 2811 Ponce De Leon Blvd Suite 820 | | | Coral Gables | FL | 33134 | |
| RSUI Group Inc. | | 945 East Paces Ferry Road NE Suite 1800 | | | Atlanta | GA | 30326 | |
| Scotiabank Inverlat, S.A. | | Díaz Mirón y o Cuarta 8160, Zona Centro | | | Tijuana | B.C. | 22000 | Mexico |
| Scott Gordon Olson | | Address unavailable at time of filing | | | | | | |
| Scottsdale Insurance Co. | | 8877 N. Gainey Center Drive | | | Scottsdale | AZ | 85258-2108 | |
| Sculptor Capital LP | | 9 West 57th Street | 39th Floor | | New York | NY | 10019 | |
| Secretaría De Cultura | | Paseo de la Reforma 175 Cuauhtémoc | | | Ciudad de Mexico | DF | 06500 | Mexico |
| Secretaría De Desarrollo Agrario, Territorial Y Urbano (Sedatu) | | Nuevo León No. 210 Colonia Hipódromo Condesa | Del. Cuauhtémoc | | Ciudad de Mexico | DF | 06100 | Mexico |
| Secretaria De Ecología Y Medio Ambiente Del Estado De Quintana Roo | | Av. Efraín Aguilar 418, Campestre | | | Chetumal | QR | 77030 | Mexico |
| Secretaria De Ecología Y Medio Ambiente Del Estado De Quintana Roo (Sema) | | Av. Efraín Aguilar 418 entre Rtno. 3 y Dimas Sansores | Campestre | | Chetumal | QR | 77030 | Mexico |
| Secretaría De Economía | | Pachuca 189 Col. Condesa | Demarcacion Territorial Cuauhtemoc | | Ciudad de Mexico | DF | 06140 | Mexico |
| Secretaría De Educación Pública (Sep) | | República de Argentina 28 Centro Histórico | | | Ciudad de Mexico | DF | 06020 | Mexico |
| Secretaría De Infraestructura, Comunicaciones Y Transportes (Sict) | | Insurgentes Sur 1089 Col. Nochebuena | | | Ciudad de Mexico | DF | 03720 | Mexico |
| Secretaría De Marina (Semar) | Head of the Transparency Unit | Rear admiral Juan Antonio Pineda Berdeja | Avenida Heroica Escuela Naval Militar No. 861, | Los Cipreses, Coyoacan | Ciudad de Mexico | DF | 04830 | Mexico |
| Secretaría De Salud | | Av. Marina Nacional número 60 | Colonia Tacuba | Demarcación Territorial Miguel Hidalgo | Ciudad de Mexico | DF | 11410 | Mexico |
| Secretaría De Turismo (Sectur) | | Avenida Presidente Masaryk 172 Bosques de Chapultepec | | | Ciudad de Mexico | DF | 11580 | Mexico |
| Segovia Lopez Miguel Angel | | Address unavailable at time of filing | | | | | | |
| Seguros Atlas, S.A. | | Paseo de los Tamarindos No. 60 | P.B. Bosques de las Lomas | Cuajimalpa de Morelos México | CIUDAD DE MEXICO | | 05120 | Mexico |
| Semarnat (Secretaría De Medio Ambiente Y Recursos Naturales) | | Av. Ejército Nacional 223, Col. Anáhuac, Del. Miguel Hidalgo, Distrito Federal | | | Ciudad de Mexico | DF | 11320 | Mexico |
| Semarnat (Secretaría De Medio Ambiente Y Recursos Naturales) - Autorización Impacto Ambiental | | Av. Ejército Nacional 223 | Col. Anáhuac | | Ciudad de Mexico | DF | 11320 | Mexico |
| Semarnat (Secretaría De Medio Ambiente Y Recursos Naturales) - Aviso De No Requerimiento | | Av. Ejército Nacional 223 | Col. Anáhuac | | Ciudad de Mexico | DF | 11320 | Mexico |
| Semarnat (Secretaría De Medio Ambiente Y Recursos Naturales) - Exención De Autorización De Impacto | | Av. Ejército Nacional 223 Col. Anáhuac | | | Ciudad de Mexico | DF | 11320 | Mexico |
| Sergio Said Jacome Palma | | Address unavailable at time of filing | | | | | | |
| Servicio De Administración Tributaria | | Av. Hidalgo 77 | Col Guerro | | Ciudad de Mexico | DF | 06300 | Mexico |
| Servicio De Administración Tributaria De Quintana Roo | | Avenida 5 de Mayo No. 75 | Col Centro | | Chetumal | QR | 77090 | Mexico |
| Servicios Aventour, S.A. de C.V. | | Avenida Chichun Itza, Región 97 Manzana 12 Lote 8 Zona Industrial | Benito Juárez,C.P. | | Cancun | Quintana Roo | 77530 | Mexico |
| Servicios Estatales De Salud En Quintana Roo (Sesa) | | Av. Efraín Aguilar 418, Campestre | | | Chetumal | QR | 77030 | Mexico |
| Sigma Foodservice Comercial, S. De R.L. De C.V. | | Acueducto No. 610 El Lechugal Santa Catarina | | | NUEVO LEON | | 66376 | Mexico |
| Solid Waste Management Corporation St. Kitts | | P.O. Box 1280 | Taylors Range | | Basseterre | | | |

Leisure Investments Holdings LLC, et al.
Case No. 25-10606

Page 7 of 9

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Soluciones En Limpieza Cozuclean S. De R.L. De C.V. | | Av Juárez entre 100 y 105 av Col, Av Lic Benito Juárez 480 | Emiliano Zapata | | Cozumel | Q.R. | 77620 | Mexico |
| St. James Municipal Corporation | | 19A Union Street | | | Montego Bay | St. James | | Jamaica |
| St. Johns County Utility Department | | 500 San Sebastian View | | | St Augustine | FL | 32084 | |
| St. Kitts & Nevis Cable Communications Ltd. d/b/a The Cable | | Cayon & New Street | PO Box 18 | | Basseterre | | | St. Kitts and Nevis |
| St. Kitts & Nevis Inland Revenue Department | | Bay Road, Basseterre, St. Kitts, Main Street | | | Charlestown | | | Nevis |
| St. Kitts Electricity Company, Ltd. | | PO Box 245 | Central Street | | Basseterre | | | St. Kitts and Nevis |
| Stafford Burrowes | | Address unavailable at time of filing | | | | | | |
| Stafford Burrowes | | Address unavailable at time of filing | | | | | | |
| State of Florida Department of Business and Professional Regulation | | 2601 Blair Stone Road | | | Tallahassee | FL | 32399-1027 | |
| State of Florida Department of Health | | 4052 Bald Cypress Way, Bin A-11 | | | Tallahassee | FL | 32399-1719 | |
| Tax Administration Jamaica | | 116 East Street | | | Kingston | | | Jamaica |
| Te La Ponemos Facil S.A. De C.V. | | Calle 15 No. 321-B | Ciudad Industrial Merida | | YUCATAN | | 97288 | Mexico |
| Telecentro, S.A. | | Avenida Brigadier General Juan Manuel de Rosas 2860 (Ex Provincias Unidas) San Justo | | | Buenos Aires | | B1754FTU | Argentina |
| Telecom Argentina, S.A. | | Oficinas Centrales; Datacenter Corporativo | Gral. Hornos 690 | | Buenos Aires | | 1272 | Argentina |
| Telefónica de Argentina, S.A. | | Arenales 1540 | | | Buenos Aires | | C1061AAR | Argentina |
| Telefónica, S.A. | | GRAN VIA 28 | | | Madrid | ES-M | 28013 | Spain |
| The Cigna Group | | 900 Cottage Grove Road | | | Bloomfield | CT | 06002 | |
| The Prudential Insurance Company of America and Cigna Health and Life Insurance Co | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | Avila Rodriguez Hernandez Mena & Garro LLP | Daniel Oswaldo Mena, Martha Rosa Mora | 2525 Ponce De Leon Blvd., Suite 1225 | Coral Gables | FL | 33134 | |
| The Water Authority of the Cayman Islands | | P.O. Box 1104 | | | Grand Cayman | | KY1-1102 | CAYMAN ISLANDS |
| The Water Authority of the Cayman Islands | | 13G Red Gate Road | | | George Town | | KY1-1101 | Cayman Islands |
| Thona Seguros, S.A. | | Av. Insurgentes Sur 1605, piso 22, Col. San José Insurgentes | Alc. Benito Juárez | | CDMX | | CP 03900 | Mexico |
| TIM, S.p.A. | | Via di Val Cannuta, 162 | | | Rome | | 00166 | Italy |
| T-Mobile US, Inc. | | 12920 SE 38th St | | | Bellevue | WA | 98006 | |
| Toallera Popular, S.A. de C.V. | | Blvd. Luis Donaldo Colosio Manzana 1 | Lote 40 SM 308 | | Cancun | Quintana Roo | C.P. 77560 | Mexico |
| Total Play Telecomunicaciones, S.A. de C.V. | | Av. San Jerónimo 252, Piso 6 | Colonia La Otra Banda, Alcaldía Coyoacán | | Ciudad de Mexico | DF | 04510 | Mexico |
| Town Of Marineland, Florida | | 176 Marina Dr | | | Marineland | FL | 32080 | |
| Tradewinds Ltd., v. Grupo Dolphin Discovery | Allen Vellone Wolf Helfrich & Factor PC | Averil Koenig Andrews, Patrick D. Vellone | 1600 Stout Street, Suite 1900 | | Denver | CO | 80202 | |
| Tradewinds Ltd., v. Grupo Dolphin Discovery | Corder Law Offices | Travis A. Corder | 815 Moraga Drive Suite 300 | | Los Angeles | CA | 90049 | |
| Tradewinds Ltd., v. Grupo Dolphin Discovery | Lorium PLLC D/B/A Lorium Law | Joey Michael Grant | 197 South Federal Highway | Suite 200 | Boca Raton | FL | 33432 | |
| Transportadora Villa Caribe, S. De R.L De C.V | | Ahuehuete 10, 77533 | | | Cancun | Q.R. | | Mexico |
| Travis William Burke | | Address unavailable at time of filing | | | | | | |
| Tropigas Dominicana, S.r.l | | Av. Winston Churchill | esquina calle Rafael Augusto Sánchez, Piantini | | Santo Domingo | | | Dominican Republic |
| Troutman Pepper Locke | Adrienne K. Walker | 111 Huntington Avenue | 9th Floor | | Boston | MA | 02199 | |
| Turismo De Aventura S.A. De C.V. | | Av. Tulúm Sur Mza. 3 Lote 2 No. 290 Primer Piso | | | Cancun | QUINTANA ROO | 77500 | Mexico |
| U.S. Agency For International Development | | 1300 Pennsylvania Ave, NW | | | Washington | DC | 20004 | |
| U.S. Department of Agriculture | | 1400 Independence Ave. SW | | | Washington | DC | 20250 | |
| U.S. Department of Commerce | | 1401 Constitution Ave., NW | | | Washington | DC | 20230 | |
| U.S. Department of Defense | | 1400 Defense Pentagon | | | Washington | DC | 20301-1400 | |
| U.S. Department of Education | | 400 Maryland Ave., SW | | | Washington | DC | 20202 | |
| U.S. Department of Energy | | 1000 Independence Ave., SW | | | Washington | DC | 20585 | |
| U.S. Department of Health & Human Services | | 200 Independence Ave., SW | | | Washington | DC | 20201 | |
| U.S. Department of Homeland Security | | 2707 Martin Luther King Jr Ave SE | | | Washington | DC | 20528-0525 | |
| U.S. Department of Justice | | 950 Pennsylvania Ave., NW | | | Washington | DC | 20530 | |
| U.S. Department of Labor | | 200 Constitution Ave., NW | | | Washington | DC | 20210 | |
| U.S. Department of State | | 2201 C Street NW | | | Washington | DC | 20520 | |
| U.S. Department of The Interior | | 1849 C St., NW | | | Washington | DC | 20240 | |
| U.S. Department of the Treasury | | 1500 Pennsylvania Ave., NW | | | Washington | DC | 20220 | |
| U.S. Department of Transportation | | 1200 New Jersey Ave., SE | | | Washington | DC | 20590 | |
| U.S. Department of Veterans Affairs | | 810 Vermont Avenue, NW | | | Washington | DC | 20420 | |
| U.S. Environmental Protection Agency | | 1200 Pennsylvania Ave. NW | | | Washington | DC | 20460 | |
| U.S. Small Business Administration | | 409 3rd St., SW | | | Washington | DC | 20416 | |
| U.S. Social Security Administration | | 6401 Security Blvd. | | | Baltimore | MD | 21235 | |
| UniCredit, S.p.A | | Piazza Gae Aulenti 3 - Tower A, | | | Milano | | 20154 | Italy |
| Unione Dei Comuni Della Bassa Romagna | | Piazza dei Martiri n.1 | | | Lugo | RA | 48022 | Italy |
| Unione di Banche Italiane, S.p.A | | Piazza Vittorio Veneto | 8 Bergamo | | | | 24122 | Italy |
| Valeria Margarita Albor Dominguez | | Address unavailable at time of filing | | | | | | |

Leisure Investments Holdings LLC, et al.
Case No. 25-10606

Page 8 of 9

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Viajes Acuáticos Turquesa, S.A. De C.V. | | CALLE DE ACCESO L 28 MZ. 16 L 37 EDIFICIO A 3ER. | PISO LOCAL H BENITO JUAREZ SM. 309 | | Cancun | Quintana Roo | 77560 | Mexico |
| Vodafone Italia, S.p.A. | | Vodafone Village | via Lorenteggio, 240 | | Milano | | 20147 | Italy |
| Water Services Department St. Kitts | | P.O. Box 80 | | | Basseterre | | | St. Kitts and Nevis |
| Wells Fargo Bank, N.A. | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | Marks Gray Conroy & Gibbs | John Bradford Kent | PO Box 447 | Jacksonville | FL | 32201 | |
| WideOpenWest, Inc. | | 7887 E. Belleview Avenue | | | Englewood | CO | 80111 | |
| Wieckerth Guido Vilalta | | Address unavailable at time of filing | | | | | | |
| Wilmington Trust Company | | 1100 N Market St | | | Wilmington | DE | 19801 | |
| Wilmington Trust Corporation, Wilmington Trust N.A., Wilmington Trust | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | Alston and Bird LLP | Christopher Allen Riley | 1201 West Peachtree Street | Atlanta | GA | 30309-3424 | |
| Wind Tre S.p.A. | | Via Monte Rosa, 91 | | | Milano | | 20149 | Italy |
| Wireless Ventures (Cayman Islands) Ltd | T/A Digicel | PO Box 700 | | | Grand Cayman | | KY1-1107 | Cayman Islands |
| Wireless Ventures (Cayman Islands) Ltd | | P.O. Box 309 GT | | | Grand Cayman | | | CAYMAN ISLANDS |
| Wise US, Inc. | | 30 W 26th St | | | New York | NY | 10010 | |

Leisure Investments Holdings LLC, et al.
Case No. 25-10606

Page 9 of 9