# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Leisure Investments Holdings LLC, *et al*. | Case No. 25-10606 (LSS) |
| Debtors. | (Joint Administration Requested) |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the attached certification, counsel moves for the admission *pro hac vice* of Ileana Cruz, Esq., Assistant County Attorney for Miami-Dade County, Florida, to represent Miami-Dade County in the above-captioned cases.

Dated: April 2, 2025

**ARMSTRONG TEASDALE LLP**

*/s/ Eric M. Sutty*
Eric M. Sutty (No. 4007)
1007 North Market Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 416-9671
Email:  esutty@atllp.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: April 2, 2025

GERALDINE BONZON-KEENAN
Miami-Dade County Attorney

By:  */s/ Ileana Cruz*
Ileana Cruz (FL. Bar No. 419140)
Assistant County Attorney
111 N.W. First Street, Suite 2810
Mami, FL 33128
Telephone:  (305) 375-5151
E-mail (*Direct*):         ileanac@miamidade.gov
E-mail (*CM/ECF*):    cao.bkc@miamidade.gov

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.