# EXHIBIT 1

## Top 30 Creditors List

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Leisure Investments Holdings LLC, et al. |
| United States Bankruptcy Court for the: | District of Delaware (State) |
| Case number (If known): | 25-10606 |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | HAWKS CAY RESORTS REGGIE COOPER 61 HAWKS CAY BLVD DUCK KEY, FL 33050 | REGGIE COOPER EMAIL: REGGIE.COOPER@HAWKSCAY.COM | LEASE | | | | $337,202.74 |
| 2 | BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC. KIM READ, LYNN ROSSI 4800 DEERWOOD CAMPUS PARKWAY JACKSONVILLE, FL 32231 | KIM READ, LYNN ROSSI EMAIL: KIM.READ@BCBSFL.COM; LYNN.ROSSI@FLORIDABLUE.COM | BENEFITS | | | | $260,500.64 |
| 3 | ATLANTIC/PACIFIC PO BOX 874 NORTH KINGSTOWN, RI 02852 | EMAIL: INFO@ATLANTICPACIFICUSA.COM | OPERATIONS (FISH) | | | | $93,525.69 |
| 4 | FLORIDA POWER & LIGHT COMPANY (NEXTRA ENERGY, INC) KEITH FERGUSON, MARCIA PARIS 700 UNIVERSE BLVD JUNO BEACH, FL 33408 | KEITH FERGUSON, MARCIA PARIS EMAIL: KEITH.FERGUSON@FPL.COM; PMP.PARIS@FPL.COM | UTILITIES | | | | $92,672.69 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims        page 1

Debtor   Leisure Investments Holdings LLC, et al.                                  Case number (*if known*)   25-10606
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5 | ENVISION HEALTHCARE HOLDINGS, INC. J. MICHAEL BRUFF, HENRY J KRUSE 145 W. OSTEND STREET SUITE 205 BALTIMORE, MD 21230 | J. MICHAEL BRUFF, HENRY J KRUSE EMAIL: MICHAEL.BRUFF@ENVISIONHEALTH.COM; HANK@ENVISIONHEALTHCARE.COM | BENEFITS | | | | $90,640.40 |
| 6 | BIONIC ZOO & AQUARIUM, INC STEVEN GIL, PATRICK LYNCH 95 NW 13TH AVE POMPANO BEACH, FL 33069 | STEVEN GIL, PATRICK LYNCH EMAIL: INFO@BIONICBAIT.COM; SGIL@BIONICBAIT.COM; PATRICK@BIONICBAIT.COM | OPERATIONS (BAIT) | | | | $88,974.51 |
| 7 | ACENTRIA, INC. KEVIN MASON, MARY M. LAWLESS 4634 GULFSTARR DR DESTIN, FL 32541 | KEVIN MASON, MARY M. LAWLESS EMAIL: KEVIN.MASON@ACENTRIA.COM; MARY.LAWLESS@ACENTRIA.COM | INSURANCE | | | | $70,291.22 |
| 8 | AKERMAN LLP WENDI RAYMOND, DAVID RISTAINO 98 SE 7TH ST #1100 MIAMI, FL 33131 | WENDI RAYMOND, DAVID RISTAINO EMAIL: WENDI.RAYMOND@AKERMAN.COM; DAVID.RISTAINO@AKERMAN.COM | PROFESSIONAL SERVICES | | | | $62,712.00 |
| 9 | JORGE LUIS LOPEZ LAW FIRM, LLC. MARILE LOPEZ, JORGE LUIS 2665 S BAYSHORE DR #1103 COCONUT GROVE, FL 33133 | MARILE LOPEZ, JORGE LUIS EMAIL: MARILE@LOPEZGOVLAW.COM; JORGELUIS@LOPEZGOVLAW.COM | PROFESSIONAL SERVICES | | | | $60,000.00 |
| 10 | SEA SYNERGY MARINE AWARENESS & ACTIVITY CENTRE ACARD BUILDING THE MARINA CAHERSIVEEN CO.KERRY, V23 Y925 IRELAND | EMAIL: INFO@SEASYNERGY.ORG | OPERATIONS (CONSULTING) | | | | $57,180.27 |
| 11 | IDEXX LABORATORIES, INC. ANDREW EMERSON, TINA HUNT ONE IDEXX DRIVE WESTBROOK, ME 04092 | ANDREW EMERSON, TINA HUNT EMAIL: ANDREW-EMERSON@IDEXX.COM; CHRISTINE-WHICHARD@IDEXX.COM | OPERATIONS (VET) | | | | $56,439.12 |

Official Form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims         page 2

Debtor   Leisure Investments Holdings LLC, et al.   Case number (*if known*)  25-10606
           Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 12 | JPMORGAN CHASE & CO.  MAUREEN A WHARTON  70 PARK AVENUE  NEW YORK, NY 10017 | MAUREEN A WHARTON  EMAIL: MAUREEN.A.WHARTON@CHASE.COM | FINANCIAL INSTITUTION | | | | $53,503.65 |
| 13 | ALLIANCE FOR MARINE MAMMAL PARKS & AQUARIUMS  KATHLEEN DEZIO  218 N. LEE STREET  STE. 200  ALEXANDRIA, VA 22314 | KATHLEEN DEZIO  EMAIL: KDEZIO@AMMPA.ORG | OPERATIONS (RESEARCH/ RESCUE) | | | | $42,455.00 |
| 14 | MIAMI-DADE WATER AND SEWER DEPARTMENT (WASD)  AMANDA KINNICK  3071 SW 38TH AVE  MIAMI, FL 33146 | AMANDA KINNICK  EMAIL: AMANDA.KINNICK@MIAMIDADE.GOV | UTILITIES | | | | $42,138.31 |
| 15 | XPAND STAFFING, LLC  ELOY RODRIGUEZ  8870 W OAKLAND PARK BLVD  SUITE 104  SUNRISE, FL 33351 | ELOY RODRIGUEZ  EMAIL: ERODRIGUEZ@XPANDSTAFFING.COM | STAFFING | | | | $40,582.31 |
| 16 | GORDON FOOD SERVICE STORE  1300 GEZON PARKWAY SW  WYOMING, MI 49509 | EMAIL: STORE@GFS.COM | OPERATIONS (FOOD SERVICE) | | | | $39,976.66 |
| 17 | CHARLES PRODUCTS, INC.  12290 WILKINS AVE  ROCKVILLE, MD 20852 | EMAIL: INFO@CHARLESPRODUCTS.COM | ADVERTISING, GRAPHIC DESING | | | | $39,614.18 |
| 18 | PROMOTIONS GUY LLC  RYAN SCHRAFFENBERGER  5409 OVERSEAS HWY  STE 308  MARATHON, FL 33050 | RYAN SCHRAFFENBERGER  EMAIL: RYAN@PROMOTIONSGUY.COM | OPERATIONS (MARKETING) | | | | $37,977.53 |

Debtor __Leisure Investments Holdings LLC, et al.__    Case number (*if known*) __25-10606__
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | J&J SNACK FOODS CORP. 265 MASON ROAD LA VERGNE, TN 37086 | EMAIL: CONSUMERRELATIONS@JJSNACK.COM | OPERATIONS (FOOD SERVICE) | | | | $34,359.54 |
| 20 | TECH EAGLES IT TJ SCOTT, RANDALL GARNER 740 VOLUNTEER PKWY SUITE 2 BRISTOL, TN 37620 | TJ SCOTT, RANDALL GARNER EMAIL: TJ@HOLSTONIT.COM; RANDALLG@TECHEAGLES.COM | IT | | | | $30,912.08 |
| 21 | HARRINGTON INDUSTRIAL PLASTICS LLC 14480 YORBA AVENUE CHINO, CA 91710 | EMAIL: CREDITSERVICES@HIPCO.COM | OPERATIONS (MAINTINANCE) | | | | $30,020.05 |
| 22 | ALLIED UNIVERSAL SECURITY SERVICES, LLC MIMI LANFRANCHI, JOSEPH LO BLANCO 161 WASHINGTON STREET SUITE 600 CONSHOHOCKEN, PA 19428 | MIMI LANFRANCHI, JOSEPH LO BLANCO EMAIL: MIMI.LANFRANCHI@AUS.COM; JOSEPH@USSECURITYASSOCIATES.COM | OPERATIONS (SECURITY) | | | | $29,548.96 |
| 23 | JACOBY DEVELOPMENT ARMOND A VARI 8200 ROBERTS DR SUITE 475 ATLANTA, GA 30350 | ARMOND A VARI EMAIL: AVARI@JACOBYDEVELOPMENT.COM | LEASE | | | | $24,899.75 |
| 24 | HACH COMPANY P.O. BOX 389 LOVELAND, CO 80539 | EMAIL: SUPPORT@HACH.COM; ORDERS@HACH.COM | OPERATIONS (WATER TESTING) | | | | $24,558.29 |
| 25 | ATLANTIC AWNINGS & METAL WORKS INC 7410 W 18TH LN HIALEAH, FL 33014 | EMAIL: SALES@ATLANTICAWNINGS.COM; OFFICE@ATLANTICAWNINGS.COM | OPERATIONS (AWNINGS) | | | | $22,000.00 |

Debtor   Leisure Investments Holdings LLC, et al.                                Case number (*if known*)  25-10606
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 26 | P1 FINANCE HOLDINGS  BILL VILLARI, LORI COLEMAN  P.O. BOX 922025  NORCROSS, GA 30010-2025 | BILL VILLARI, LORI COLEMAN  EMAIL: BVILLARI@P1FINANCE.COM; LCOLEMAN@P1FINANCE.COM | INSURANCE | | | | $19,918.03 |
| 27 | HVAC RNTL LLC  6029 CAMPUS CIRCLE DR W  SUITE 100  IRVING, TX 75063 | EMAIL: TIPSPO@TIPS-USA.COM | OPERATIONS | | | | $18,867.90 |
| 28 | NAPOLEON LAW FIRM PLLC  8225 MEMPHIS ARLINGTON RD  MEMPHIS, TN 38133 | EMAIL: ASSISTANT@NAPOLEONFIRM.COM | PROFESSIONAL SERVICES | | | | $18,800.00 |
| 29 | COMCAST CORPORATION  ROLAND TROMBLEY  55 W 46TH ST  FLOORS 33 & 34  NEW YORK, NY 10036 | ROLAND TROMBLEY  EMAIL: ROLAND@EFFECTV.COM | ADVERTISING | | | | $18,000.00 |
| 30 | FOOD DISTRIBUTOR & RESTAURANT SUPPLY POWELL  GREG GRUBER, PRESIDENT, MICHELLE BURMESTER, PRESIDENT  211 ALTON, HALL RD  CAIRO, GA 39828 | GREG GRUBER, PRESIDENT, MICHELLE BURMESTER, PRESIDENT  EMAIL: GREG.GRUBER@PFGC.COM; MLBURMESTER@RFSDELIVERS.COM | OPERATIONS (FOOD SERVICE) | | | | $17,007.95 |