# **<u>EXHIBIT A</u>**

- - - - - - - - - - - - - - - - - VIENE DEL VOLUMEN MCXLIII - - - - - - - - - - - - - - - - -

- - - - - - - - - - ESCRITURA NUMERO CUARENTA Y SEIS MIL TRESCIENTOS SETENTA Y DOS - - - - - - -

En la ciudad de Cancún, Municipio de Benito Juárez, Estado de Quintana Roo, a los ocho días del mes de agosto del año dos mil ocho, Yo ABOGADO MARCO ANTONIO SANCHEZ VALES, Notario Público en ejercicio, Titular de la Notaría Pública Número Tres del Estado con residencia en esta ciudad, hago constar el contrato de COMPRAVENTA que celebran de una parte la sociedad denominada GENERO CONSTRUCCIONES, SOCIEDAD ANONIMA DE CAPITAL VARIABLE por conducto de su Administrador Unico señor Arquitecto Mario Alberto Martínez Mayo y de la otra parte el señor LICENCIADO EDUARDO ALBOR VILLANUEVA, al tenor de los antecedentes y cláusulas siguientes: - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - A N T E C E D E N T E S - - - - - - - - - - - - - - - - - -

PRIMERO.- Por Escritura número treinta y dos mil ochocientos cuarenta y ocho de fecha doce de agosto del año dos mil cinco, otorgada ante la fe del Licenciado Luis Miguel Cámara Patrón, Titular de la Notaría Pública Número Treinta del Estado, inscrito el testimonio de la escritura en el Folio Inmobiliario doscientos tres mil catorce del Registro Público de la Propiedad y del Comercio en esta ciudad, Género Construcciones Sociedad Anónima de Capital Variable adquirió la posesión, la propiedad y el dominio el inmueble que a continuación se describe: « LOTE NUMERO OCHO DE LA MANZANA UNO, SUPERMANZANA TRECE DE ESTA CIUDAD, CON UNA SUPERFICIE DE SETECIENTOS OCHENTA Y CUATRO PUNTO CATORCE METROS CUADRADOS Y LAS MEDIDAS Y COLINDANCIAS SIGUIENTES: AL NORESTE, TREINTA METROS CON LOTE NUEVE; AL SUR, VEINTISEIS PUNTO CERO SEIS METROS CON AVENIDA BANCO CHINCHORRO; AL SURESTE, TRECE PUNTO TREINTA Y SEIS METROS CON AVENIDA ACANCEH Y ONCE PUNTO SESENTA Y CINCO METROS CON ESQUINA BANCO CHINCHORRO Y AVENIDA ACANCEH; AL NOROESTE, TREINTA PUNTO OCHENTA Y TRES METROS CON LOTE SIETE» . - - - - - - - - - -

SEGUNDO.- La Vendedora declara bajo protesta de decir verdad que previa la licencia de construcción y la autorización de las autoridades competentes tanto del Estado de Quintana Roo como del Municipio de Benito Juárez, realizó la construcción de un edificio en el inmueble descrito y deslindado, construcciones que se realizaron bajo su exclusiva responsabilidad. - - - - - - - - - - - - - - - - -

TERCERO.- La misma Vendedora declara haber cubierto puntualmente las cuotas de los trabajadores ante el Instituto Mexicano del Seguro Social, así como ante el INFONAVIT derivadas de la construcción. De igual forma, declara que no tiene adeudo alguno con persona física, moral o autoridad y que no tiene conocimiento de la existencia de alguna demanda en contra de la Vendedora o de sus representantes legales derivados de la construcción. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CUARTO.- El inmueble descrito y deslindado se encuentra libre de todo gravamen, al corriente en el pago del impuesto predial y por consumo de agua potable y alcantarillado, según documentos que me exhiben y que en copia envío al apéndice de esta escritura bajo los números del uno al tres inclusive.

QUINTO.- Bajo el número cuatro envío al apéndice de esta escritura el avalúo realizado sobre el inmueble que es materia de esta operación. - - - - - - - - - - - - - - - - - - - - - - - - - -

Expuesto lo anterior, las partes otorgan las siguientes:----------
------------------C L A U S U L A S------------------

PRIMERA.- GENERO CONSTRUCCIONES, Sociedad Anónima de Capital Variable por conducto de su Administrador Unico señor Arquitecto Mario Alberto Martinez Mayo vende y transmite al señor Licenciado EDUARDO ALBOR VILLANUEVA el inmueble descrito y deslindado en el antecedente primero de esta escritura, el cual se tiene aquí por reproducido integramente como si se insertase a la letra. ----------

SEGUNDA.- La compraventa a que se refiere la cláusula anterior la realiza la VENDEDORA en favor del Comprador sin reserva ni limitación alguna, libre de todo gravamen, sin adeudo de contribuciones y con todo cuanto de hecho y por derecho le corresponde al inmueble, incluyendo sus mejoras útiles y directas. ----------

TERCERA.- Ambas partes de común acuerdo han convenido en establecer como precio por la transmisión de la propiedad la cantidad de TRECE MILLONES DE PESOS, Moneda Nacional de los cuales corresponden TRES MILLONES NOVECIENTOS MIL PESOS, MONEDA NACIONAL al terreno y NUEVE MILLONES CIEN MIL PESOS MONEDA NACIONAL a la construcción que la Vendedora declara haber recibido del Comprador, a su entera satisfacción, con anterioridad a este acto, por lo que otorga por este medio el recibo más eficaz que en derecho proceda. ----------

CUARTA.- El Comprador recibe la posesión física y juridica del inmueble vendido, libre de ocupantes, por lo que a partir de la presente fecha será el responsable de los impuestos y derechos que se deriven del mismo. ----------

QUINTA.- La Vendedora se obliga y compromete al saneamiento de esta venta para el caso de evicción en forma y con arreglo a derecho. ----------

SEXTA.- Toda vez que en el inmueble que es materia de esta operación se encuentra construido un edificio, la Vendedora se obliga, compromete y garantiza la reparación de cualquier vicio oculto o deficiencia que apareciere en el inmueble obligándose a repararlo sin demora alguna y sin costo alguno al Comprador. ----------

En los términos anteriores concluye el otorgamiento de esta escritura certificando, Yo, el Notario:

I.- Que conozco a los comparecientes los que a mi juicio tienen capacidad legal para obligarse y contratar sin que nada me conste en contrario. ----------

II.- Que por sus generales me declararon: el Arquitecto Mario Alberto Martinez Mayo, ser originario del Distrito Federal, nacido el doce de septiembre de mil novecientos sesenta y dos, casado y con domicilio en Avenida Centenario dos mil seiscientos noventa y nueve A, casa dieciséis, Colonia Bosques de Tarango, Delegación Alvaro Obregón en la ciudad de México y de paso por esta ciudad; el Licenciado Eduardo Albor Villanueva ser originario de Mérida, Yucatán, nacido el veintiséis de noviembre de mil novecientos sesenta y seis, casado y con domicilio en el inmueble que adquiere. ----------

III.- Que el Arquitecto Mario Alberto Martinez Mayo me acreditó su personalidad con el testimonio de la Escritura mil quinientos cincuenta y ocho, de fecha veintiséis de junio del año dos mil tres,

otorgada ante la fe del Licenciado Mario Filogonio Rea Field, Notario Ciento Treinta y Cinco del Distrito Federal, testimonio del cual compulso lo conducente para remitir al apéndice de esta escritura bajo el número cinco.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IV.- Que en los términos de la Ley de Hacienda de los Municipios del Estado de Quintana Roo, en la presente operación después de realizar la deducción del impuesto sobre traslación de dominio pagado por la Vendedora, en la presente operación se causa un impuesto por la cantidad de Doscientos Veintitrés Mil Cuatrocientos Noventa y Ocho Pesos, Moneda Nacional. - - - - - - - - - - - - - - - - - - - - -

V.- Que en los términos de la Ley del Impuesto al Valor Agregado y a su Reglamento, en la presente operación se causa un impuesto por la cantidad de Un Millón Trescientos Sesenta y Cinco Mil Pesos, Moneda Nacional de acuerdo con el avalúo de las construcciones que se encuentra en el apéndice de esta escritura bajo el número cuatro. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

VI.- Que cumplí con lo dispuesto en el artículo noventa y cinco de la Ley del Notariado del Estado de Quintana Roo. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

VII.- Que leí en alta voz el contenido total de la presente escritura y después expliqué su valor y alcance legal y hecho lo anterior, los comparecientes firmaron ante mí lo que certifico y doy fe.- Testado: DIEZ.- TREINTA.- Ciento Sesenta y Tres.- punto Veintinueve.- Dos.- No vale.- Entrelíneas: TRECE.- de los cuales corresponden TRES MILLONES NOVECIENTOS MIL PESOS, MONEDA NACIONAL al terreno y NUEVE MILLONES CIEN MIL PESOS MONEDA NACIONAL a la construcción.- Doscientos Veintitrés.- Tres.- Sesenta y Cinco.- Si vale.- Doy Fe.- Mario Alberto Martínez Mayo.- Firma.- Eduardo Albor Villanueva.- Firma.- Sánchez Vales.- Firma.- Sello Notarial.- - - - - - - - - - - - - - - - - - - - - - - - - -

AUTORIZACION.- En la ciudad de Cancún, Quintana Roo, a los Veintisiete días del mes de Agosto del año dos mil ocho, autorizo definitivamente la escritura que antecede en virtud de habérseme comprobado estar cubiertos los Impuestos y Derechos correspondientes. Acumulando a fojas ocho del Legajo de Documentos del Apéndice, constancias de pago a la Oficina Recaudadora de Rentas del Estado.- Doy fe.- Sánchez Vales.- Firma.- Sello Notarial.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEL MARGEN IZQUIERDO.- Sello Notarial.- Escritura Número Cuarenta y Seis Mil Trescientos Setenta y Dos, que contiene el contrato de Compraventa que celebran de una parte la sociedad denominada Genero Construcciones, Sociedad Anónima de Capital Variable por conducto de su Administrador Unico señor Arquitecto Mario Alberto Martínez Mayo y de la otra parte el señor Licenciado Eduardo Albor Villanueva.- Doy fe.- Sánchez Vales.- Rúbrica.- - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - DOCUMENTOS DEL APENDICE - - - - - - - - - - - - - - - - -

UNO.- Copia del Certificado de Libertad de Gravamen.- - - - - - - - - - - - - - - - - - - - - -

DOS.- Copia del pago del Impuesto Predial.- - - - - - - - - - - - - - - - - - - - - - - - - - -

TRES.- Copia de la Constancia de no adeudo por consumo de Agua Potable y Alcantarillado.- - - - - -

CUATRO.- Copia del Avalúo Bancario practicado sobre el bien inmueble.- - - - - - - - - - - - - -

CINCO.- Copia Certificada de la Escritura número mil quinientos cincuenta y ocho, de fecha

veintiséis de junio del año dos mil tres, otorgada ante la fe del Licenciado Mario Filogonio Rea Field, Notario Ciento Treinta y Cinco del Distrito Federal, que acredita la personalidad del señor Mario Alberto Martínez Mayo.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SEIS.- Mapas de la Cédula Catastral.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SIETE.- Constancias de pago a la Oficina de Tesorería Municipal, constante de dos hojas útiles.- - -

OCHO.- Constancias de pago a la Oficina de Recaudadora de Rentas del Estado, constante de dos hojas útiles.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ES CONFORME A LA ESCRITURA MATRIZ QUE SE ENCUENTRA EXTENDIDA, FIRMADA Y AUTORIZADA EN EL VOLUMEN MCXXXV, DEL TOMO CCXXV, A FOJAS CIENTO SESENTA Y CUATRO DEL PROTOCOLO DE LA NOTARIA PUBLICA NUMERO TRES DEL ESTADO, QUE ES A MI CARGO Y A LOS DOCUMENTOS QUE OBRAN EN EL LEGAJO RESPECTIVO DEL APENDICE. Y A SOLICITUD DEL SEÑOR LICENCIADO EDUARDO ALBOR VILLANUEVA, EXPIDO ESTE PRIMER TESTIMONIO, EN LA CIUDAD DE CANCUN, ESTADO DE QUINTANA ROO, A LOS VEINTISIETE DIAS DEL MES DE AGOSTO DEL AÑO DOS MIL OCHO.- DOY FE.-





Secretaría de Hacienda
Dirección General del Registro Público de la Propiedad y del Comercio del Estado de Quintana Roo.

OFICINA REGISTRAL: CANCUN

Emisión: 02/09/2008

**BOLETA DE REGISTRO**

CalificacionFirma.RDF
215284_28-08-2008_12-37-11.tif

215284

EL C. CALIFICADOR YOLANDA PEREZ MARTINEZ HACE CONSTAR QUE EN VIRTUD DE LA SOLICITUD PRESENTADA POR LIC MARCO ANTONIO SANCHEZ VALES CON MOTIVO DEL DOCUMENTO NO. 46,372 QUEDA(N) REGISTRADO(S) EL (LOS) ACTO(S) QUE A CONTINUACIÓN SE DESCRIBE(N)

| DESCRIPCIÓN ACTO | FOLIO | OFICINA | FECHA DE REGISTRO | HORA DE REGISTRO | NÚM. CONSECUTIVO DEL ACTO |
|---|---|---|---|---|---|
| Traslativo de dominio | 203014 | CANCUN | 02/09/2008 | 13:05:26 | 6 |

C. CALIFICADOR

AUTORIZÓ

AGAPITO MAGAÑA SANCHEZ
DELEGADO DEL RPP CANCUN



[Seal that reads: UNITED MEXICAN STATES, MARCO ANTONIO SÁNCHEZ VALES, PUBLIC NOTARY No. 3, CANCÚN Q. ROO, STATE OF QUINTANA ROO]

FROM VOLUME MCXLIII

DEED NUMBER FORTY-SIX THOUSAND THREE HUNDRED SEVENTY-TWO

In the city of Cancun, Municipality of Benito Juarez, State of Quintana Roo, on the eighth day of August of two thousand eight, I, MARCO ANTONIO SÁNCHEZ VALES, Public Notary, head of Notary Public Number Three of the State with residence in this city, do hereby certify the PURCHASE AND SALE agreement, entered into, on the one hand, by the company called GENERO CONSTRUCCIONES, SOCIEDAD ANONIMA DE CAPITAL VARIABLE through its Sole Administrator, Mario Alberto Martínez Mayo and on the other hand, Mr. EDUARDO ALBOR VILLANUEVA, in accordance with the following clauses and background:

BACKGROUND

FIRST.- By Deed number thirty-two thousand eight hundred and forty-eight dated August twelfth, two thousand five, granted before Luis Miguel Cámara Patron, head of Notary Public number Thirty of the State, registered in the Property Folio two hundred three thousand fourteen of the Public Registry of Property and Commerce in this city, Genero Construcciones Sociedad Anonima, de Capital Variable acquired the possession, ownership and the domain of the property described below: * LOT NUMBER EIGHT OF BLOCK ONE, SUPER BLOCK THIRTEEN OF THIS CITY, WITH AN AREA OF SEVEN HUNDRED EIGHTY-FOUR POINT FOURTEEN SQUARE METERS AND THE FOLLOWING MEASUREMENTS AND BOUNDARIES: TO THE NORTHEAST, THIRTY METERS WITH LOT NINE; TO THE SOUTH, TWENTY-SIX POINT ZERO SIX METERS WITH BANCO CHINCHORRO AVENUE; TO THE SOUTHEAST, THIRTEEN POINT THIRTY-SIX METERS WITH ACANCEH AVENUE AND ELEVEN POINT SIXTY-FIVE METERS WITH THE CORNER OF BANCO CHINCHORRO AND ACANCEH AVENUE; TO THE NORTHWEST, THIRTY POINT EIGHTY-THREE METERS WITH LOT SEVEN*.

SECOND.- The Seller represents under oath that prior to the construction license and authorization of the competent authorities of both the State of Quintana Roo and the Municipality of Benito Juárez, it carried out the construction of a building in the property described and delimited, constructions that were carried out under his exclusive responsibility.

THIRD.- The Seller represents that it has timely paid the workers contributions to the Mexican Social Security Institute, as well as to INFONAVIT derived from the construction. In addition, the Seller also represents that it has no debts with any individual, legal entity or authority and that it is not aware of the existence of any claim against the Seller or its legal representatives arising from the construction.

FOURTH.- The described and delimited property is free of all encumbrances, up to date in the payment of the property tax and the water and sewage payment, according to the documents that I have received, and a copy of which I send to the appendix of this deed under numbers one to three inclusive.

FIFTH.- Under number four I am sending to the appendix of this deed the appraisal on the property that is the subject of this transaction.

Therefore, the parties agree as follows:

CLAUSES

FIRST.- GENERO CONSTRUCCIONES, Sociedad Anonima de Capital Variable through its Sole Administrator, Mario Alberto Martínez Mayo sells and conveys to EDUARDO ALBOR VILLANUEVA the property described and delimited in the first precedent of this deed, which is deemed herein reproduced in its entirety as if it were inserted verbatim.

[Illegible signature]



SECOND - The sale and purchase referred to in the preceding clause is made by the SELLER in favor of the Buyer without any reservation or limitation whatsoever, free of all encumbrances, with no taxes owed and with all the rights deriving therefrom, including its useful and direct improvements.

THIRD. - Both parties by mutual agreement have agreed to establish as price for the transfer of the property the amount of THIRTEEN MILLION PESOS, National Currency, of which THREE MILLION NINE HUNDRED THOUSAND PESOS, NATIONAL CURRENCY correspond to the land, and NINE MILLION ONE HUNDRED THOUSAND PESOS NATIONAL CURRENCY to the construction that the Seller represents to have received from the Buyer, to its entire satisfaction, prior to this act, for which reason it hereby grants the most effective receipt according to law.

FOURTH.- The Buyer receives the physical and legal possession of the property sold, free of occupants, and therefore, as of this date, he shall be responsible for the taxes and duties deriving therefrom.

FIFTH.- The Seller undertakes and guarantees to provide compensation for this sale in case of eviction according to the law.

SIXTH.- Since in the property subject matter of this transaction a building is constructed, the Seller undertakes, commits and guarantees to repair any hidden defect or deficiency that may appear in the real estate, being obliged to repair it without any delay and without any cost to the Buyer.

In the foregoing terms the execution of this deed is concluded, and I, the Notary, certify the following:

I.- That I know the parties who, in my opinion, have the legal capacity to bind themselves and contract, without any evidence to the contrary.

II.- That the both parties represented the following to me: Mario Alberto Martínez Mayo, to be a native of the Federal District, born on September twelfth, nineteen hundred and sixty two, married and with domicile in Avenida Centenario 2699-A, casa dieciséis, Colonia Bosques de Tarango, Delegación Álvaro Obregón in Mexico City and passing through this city; Eduardo Albor Villanueva, to be a native of Merida, Yucatan, born on November twenty-sixth, nineteen sixty-sixth, married and with domicile in the property he is acquiring.

III.- That the Mario Alberto Martinez Mayo proved his capacity with copy of Deed one thousand five hundred and fifty-eight, dated June twenty-six of the year two thousand three, granted before Mario Filogonio Rea Field, Notary One Hundred and Thirty-Five of the Federal District, copy of which I compile the pertinent part and add it to the appendix of this deed under number five.

IV.- That under the terms of the Finance Law of the Municipalities of the State of Quintana Roo, in this transaction, after deducting the tax on transfer of ownership paid by the Seller, in the present operation a tax in the amount of Two Hundred Twenty-Three Thousand Four Hundred Ninety-Eight Pesos, National Currency.

V.- That under the terms of the Value Added Tax Law and its Regulations, in this transaction, a tax in the amount of One Million Three Hundred and Sixty-Five Thousand Pesos, National Currency, is due according to the appraisal of the constructions added in the appendix of this deed under number four.

VI.- That I complied with the provisions of article ninety-five of the Law of the Notary Public of the State of Quintana Roo.

VII.- That I read aloud all the contents of this deed and then explained its value and legal scope. Thereafter, the parties signed it before me, which I certify and attest.- Certified: TEN.- THIRTY.- one hundred and sixty-three.- point twenty-nine.- two:- No value.- Between lines: THIRTEEN.- of which THREE MILLION NINE HUNDRED THOUSAND PESOS, NATIONAL CURRENCY correspond to the land and NINE MILLION ONE HUNDRED THOUSAND PESOS NATIONAL CURRENCY to the construction.- Two hundred twenty-three.- Three.- Sixty-five.- With value.- I attest.- Mario Alberto Martínez Mayo.- Signature.- Eduardo Albor Villanueva.- Signature.- Sánchez Vales.- Signature.- Notarial Seal.



[Seal that reads: UNITED MEXICAN STATES, MARCO ANTONIO SÁNCHEZ VALES, PUBLIC NOTARY No. 3, CANCÚN Q. ROO, STATE OF QUINTANA ROO]

AUTHORIZATION.- In the city of Cancun, Quintana Roo, on the twenty-seventh day of the month of August of the year two thousand eight, I finally authorize the above-mentioned deed, since it was proven to me that the corresponding taxes and duties have been paid.- I add to page eight of the Record of Documents of the Appendix, proof of payment to the State Revenue Collector's Office.- I attest.- Sanchez Vales.- Signature.- Notarial Seal.

LEFT MARGIN.- Notarial Seal.- Deed Number Forty-Six Thousand Three Hundred Seventy-Two, containing the Purchase and Sale Agreement executed, on the one hand, by Genero Construcciones, Sociedad Anonima de Capital Variable through its Sole Administrator, Mario Alberto Martínez Mayo and by the other, Eduardo Albor Villanueva.- I attest.- Sanchez Vales.-Initials.

APPENDIX DOCUMENTS

ONE.- Copy of the No-Liens Certificate.

TWO.- Copy of the Property Tax payment.

THREE. - Copy of the compliance certificate for consumption of Drinkable Water and Sewage.

FOUR.- Copy of the Bank Appraisal performed on the real estate.

FIVE.- Certified copy of Deed number one thousand five hundred fifty-eight, dated June twenty-six of two thousand three, granted before Mario Filogonio Rea Field, Notary One Hundred Thirty-five of the Federal District, that proves the capacity of Mario Alberto Martínez Mayo.

[illegible text]

SEVEN.- Proof of payment to the Municipal Treasury Office, consisting of two useful sheets.

EIGHT.- Proof of payment to the State Revenue Collector's Office, consisting of two useful sheets. sheets.

IT IS IN CONFORMITY WITH THE MATRIX DEED THAT IS AVAILABLE, SIGNED AND AUTHORIZED IN VOLUME MCXXXV, OF VOLUME CCXXV, ON PAGE ONE HUNDRED SIXTY-FOUR OF THE PROTOCOL OF NOTARY PUBLIC NUMBER THREE OF THE STATE, WHICH IS HEADED BY ME, AND WITH THE DOCUMENTS THAT ARE IN THE RESPECTIVE FILE OF THE APPENDIX. AND AT THE REQUEST OF EDUARDO ALBOR VILLANUEVA, I ISSUE THIS FIRST COPY IN THE CITY OF CANCUN, STATE OF QUINTANA ROO, ON THE TWENTY-SEVENTH DAY OF AUGUST OF TWO THOUSAND EIGHT.- I ATTEST.

[Illegible signature]

[Seal that reads: UNITED MEXICAN STATES, MARCO ANTONIO SÁNCHEZ VALES, NOTARY PUBLIC No. 3, CANCÚN Q. ROO, STATE OF QUINTANA ROO]

[Illegible signature]



## Secretary of the Treasury

## General Directorate of the Public Registry of Property and Commerce of the State of Quintana Roo.

[Coat of arms: GOV QUINTANA ROO]   **REGISTRY OFFICE: CANCUN**   Issue: 09/02/2008

CalificacionFirma.RDF

**REGISTRATION FORM**   215284_28-08-2008_12-37-11.tif

215284

YOLANDA PÉREZ MARTÍNEZ, AS APPRAISER, STATES THAT CONSIDERING THE APPLICATION SUBMITTED BY MARCO ANTONIO SANCHEZ VALES IN RELATION TO DOCUMENT NO. 46,372 THE FOLLOWING ACT(S) DESCRIBED BELOW IS (ARE) HEREBY RECORDED:

| ACT DESCRIPTION | FOLIO | OFFICE | DATE OF REGISTRATION | TIME OF REGISTRATION | ACT CONSECUTIVE NUMBER |
|---|---|---|---|---|---|
| Transfer of ownership | 203014 | Cancun | 09/02/2008 | 13:05:26 | 6 |

APPRAISER

[Illegible signature]

[Seal that reads: GOVERNMENT OF THE STATE OF QUINTANA ROO, UNITED MEXICAN STATES, PUBLIC REGISTRY OF THE PROPERTY AND COMMERCE, DELEGATION CANCÚN, Q. ROO]

AUTHORIZED

[Illegible signature]
AGAPITO MAGAÑA SÁNCHEZ
RPP CANCUN DELEGATE

___oOo___

I, **HILDA ALEJANDRA RODRÍGUEZ RICO**, expert translator in English-Spanish, and Spanish-English, as stated in Resolution number 42-04/2024 of the Judiciary Council of Mexico City, published in the Judicial Newsletter of the Judiciary in Mexico City dated February 23 of 2024, with mobile number +52 (55) 2497 5627 and email clientes@rodriguezrico.com

_____C E R T I F Y_____

That to the best of my knowledge, this document of __4__ page(s), is an accurate, proper and complete translation into English of the document submitted to me, but no qualification is made in relation to the authenticity, validity of legality thereof.——

Mexico City, on ___April___, ___28th___ of 2025.