# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Leisure Investments Holdings LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10606 (LSS)<br><br>**Amended**[1] Notice of Appointment of Committee of Unsecured Creditors |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1. **Atlantic/Pacific Products, Inc.**, c/o: John Kosmark, P.O. Box 874, North Kingstown, RI 02852, Phone: (401) 294-9570, Fax: (401) 294-9805, E-mail: atpacusa@hotmail.com

2. **Promotions Guy LLC**, c/o Ryan Schraffenberger, 5409 Overseas Highway, Suite 308, Marathon, FL 33050, Phone: (844) 279-5628, E-mail: ryan@promotionsguy.com

3. **Xpand Staffing LLC**, 8870 W. Oakland Park Blvd., Suite 104, Sunrise, FL 33351, Phone: (954) 554-0009, E-mail: rrojas@xpandstaffing.com

           **ANDREW R. VARA**

           **United States Trustee,**
           **Regions 3 & 9**

           /s/ *Benjamin Hackman*    for
           JOSEPH J. MCMAHON, JR.
           ASSISTANT UNITED STATES TRUSTEE
           benjamin.a.hackman@usdoj.gov

DATED: May 15, 2025

Attorney assigned to these cases: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497

Debtors' Counsel: Allison Mielke, Phone: (302) 571-6600

---

[1] Amended to reflect addition of Xpand Staffing LLC to the Committee effective May 15, 2025.