# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10606 (LSS)<br>(Jointly Administered) |

## EDUARDO ALBOR'S NOTICE PURSUANT TO
## RULE 44.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

**PLEASE TAKE NOTICE** that in connection with (i) *Eduardo Albor's Verified Response to Debtors' Motion for Entry of an Order (I) Compelling Debtors' Former Officers and Other Required Persons to Turn Over Records and (II) Granting Related Relief* [ECF No. 87] and (ii) *Eduardo Albor's Verified Response to Debtors' Motion for Entry of an Order (I) Enforcing (A) the Automatic Stay and (B) the Court's Order Compelling Debtors' Former Officers and Other Required Persons to Turn Over Records, and (II) Granting Related Relief* [ECF No. 88] (collectively, the "***Albor Responses***"), pursuant to Rule 44.1 of the Federal Rules of Civil Procedure (applicable under Rule 9017 of the Federal Rules of Bankruptcy Procedure), and in accordance with the agreement between counsel for Eduardo Albor and counsel for the Debtors, Eduardo Albor hereby provides notice of his intent to introduce testimony on issues of Mexican law at the May 21, 2025 hearing on the Debtors' Motions [ECF Nos. 7 and 73].

Dated: May 16, 2025
Wilmington, Delaware

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Tel.:    (302) 425-5800
Fax:    (302) 425-5814
E-mail: mbusenkell@gsbblaw.com

-and-

James C. Moon (admitted *pro hac vice*)
Daniel N. Gonzalez (admitted *pro hac vice)*
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
Email:  jmoon@melandbudwick.com
         dgonzalez@melandbudwick.com

*Counsel to Eduardo Albor*

{03329493.DOCX.}