IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, et al.,[1] | Case No. 25-10606-LSS |
| Debtor. _____/ | |

**NOTICE OF APPEARANCE AND DEMAND
FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear on behalf of the Official Committee of Unsecured Creditors (the "Committee") and demand, pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 1109(b) and 342 of Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given in the above-captioned case and all papers served or required to be served in the above- captioned case be given to and served upon the undersigned counsel at the addresses set forth below:

| | |
|---|---|
| RAINES FELDMAN LITTRELL LLP | LAW OFFICES OF MANGANELLI, LEIDER & SAVIO, P.A. |
| Thomas J. Francella, Jr. | Christian Savio |
| 824 North Market Street, Suite 805 | 1900 N.W. Corporate Blvd., Ste. 200W |
| Wilmington, DE 10801 | Boca Raton, FL 33431 |
| (302) 772-5803 | 561-826-1740 |
| tfrancella@raineslaw.com | csavio@mls-pa.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

---

[1] Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131

whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of the Committee to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) the Committee's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) the Committee's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) the Committee's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Committee is or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Committee expressly reserves.

Dated: May 23, 2025

Respectfully submitted,

*/s/ Thomas J. Francella, Jr.*
Thomas J. Francella, Jr. (No. 3835)
RAINES FELDMAN LITTRELL LLP
824 North Market Street, Suite 805
Wilmington, DE 19801
(302) 772-5805
tfrancella@raineslaw.com

-and-

LAW OFFICES OF MANGANELLI, LEIDER & SAVIO, P.A.
Christian Savio
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431
561-826-1740
csavio@mls-pa.com

*Proposed Counsel to the Committee of Unsecured Creditors*