**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1] | Case No. 25-10606 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA FOR HEARING OF MATTERS
SCHEDULED FOR JUNE 2, 2025 AT 10:00 A.M. (ET)**

> **This proceeding will be conducted in person.**
>
> **Parties may observe the hearing remotely by registering with the Zoom link below no later than 8:00 a.m. (ET) on June 2, 2025.**
>
> **To attend this hearing remotely, please register using the eCourtAppearances tool ([available here](#) or on the Court's website https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl). After the deadline has passed, an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM
> OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**MATTERS GOING FORWARD**

1.  Debtors' Motion for Entry of an Order (I) Compelling Debtors' Former Officers and Other Required Persons to Turn Over Records and (II) Granting Related Relief [D.I. 7, 3/31/25]

    Objection Deadline:    April 28, 2025 at 4:00 p.m. (ET)

    Related Pleadings:

    A.  Declaration of Steven Robert Strom in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 10, 4//25]

---

[1] Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

33229382.1

B. Notice of Filing of Revised Proposed Order (I) Compelling Debtors' Former Officers and Other Required Persons to Turn Over Records and (II) Granting Related Relief [D.I. 22, 4/2/25]

C. Interim Order (I) Compelling Debtors' Former Officers and Other Required Persons to Turn Over Records and (II) Granting Related Relief [D.I. 38, 4/3/25]

D. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 42, 4/4/25]

E. Debtors' Motion for Entry of an Order (I) Enforcing (A) the Automatic Stay and (B) the Court's Order Compelling Debtors' Former Officers and Other Required Persons to Turn Over Records, and (II) Granting Related Relief [D.I. 73, 4/21/25]

F. Declaration of Carlo Braulio Reyes Escandón in Support of Debtors' Motion for Entry of an Order (I) Enforcing (A) the Automatic Stay and (B) the Court's Order Compelling Debtors' Former Officers and Other Required Persons to Turn Over Records, and (II) Granting Related Relief [D.I. 91, 4/28/25]

G. Declaration of Alfonso Dueñas Barajas (I) in Response to Declaration of Carlo Braulio Reyes Escandón [ECF No. 91] and (II) in Support of Eduardo Albor's Verified Response to Debtors' Motion for Entry of an Order (I) Enforcing (A) the Automatic Stay and (B) the Court's Order Compelling Debtors' Former Officers and Other Required Personnel to Turn Over Records and (II) Granting Related Relief [ECF No. 88] [D.I. 95, 4/29/25]

H. Debtors' Omnibus Reply in Support of Debtors' Motions to Compel Turnover and Enforce the Automatic Stay [D.I. 158, 5/19/25]

I. Debtors' Motion for an Order, Pursuant to Local Rule 9006-1(d), Granting the Debtors Leave and Permission to File the Debtors' Omnibus Reply in Support of Debtors' Motions to Compel Turnover and Enforce the Automatic Stay [D.I. 159, 5/19/25]

Responses Received:

J. Eduardo Albor's Verified Response to Debtors' Motion for Entry of an Order (I) Compelling Debtors' Former Officers and Other Required Persons to Turn Over Records and (II) Granting Related Relief [D.I. 87, 4/28/25]

K. Eduardo Albor's Supplemental Response to Debtors' (I) Turnover Motion [ECF No. 7] and (II) Stay Enforcement Motion [ECF 73] [D.I. 155, 5/19/25]

Additional Related Pleadings:

L. Debtors' Witness List for Hearing Set for May 21, 2025 at 10:00 a.m. (prevailing Eastern Time) [D.I. 168, 5/20/25]

33229382.1

M. Eduardo Albor's Notice of Witness List for Hearing Set for May 21, 2025 at 10:00 a.m. (prevailing Eastern Time) [D.I. 169, 5/20/25]

N. Notice of Supplemental Authority Regarding Debtors' Motions for Entry of Orders (I) Enforcing the Automatic Stay and Certain Related Relief (II) Compelling Debtors' Former Officers and Other Required Persons to Turn Over Records, and (II) Granting Related Relief [D.I. 190, 5/29/25]

Status:   This matter is scheduled for oral argument.

2. Debtors' Motion for Entry of an Order (I) Enforcing (A) the Automatic Stay and (B) the Court's Order Compelling Debtors' Former Officers and Other Required Persons to Turn Over Records, and (II) Granting Related Relief [D.I. 73, 4/21/25]

Objection Deadline:   April 28, 2025 at 1:00 p.m. (ET)

Related Pleadings:

A. Order (I) Confirming, Restating, and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and *Ipso Facto* Protections of the Bankruptcy Code, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief [D.I. 34, 4/2/25]

B. Interim Order (I) Compelling Debtors' Former Officers and Other Required Persons to Turn Over Records and (II) Granting Related Relief [D.I. 38, 4/3/25]

C. Order Shortening Notice with Respect to the Debtors (I) Motion for Entry of an Order (A) Compelling the Debtors' Former Officers and Other Required Persons to Turn Over Records and (B) Granting Related Relief; and (II) Motion for Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing the Debtors to Pay Advance Retainers to Mexican Counsel [D.I. 78, 4/22/25]

D. Debtors' Witness List for Hearing Set for April 29, 2025 at 10:00 a.m. (prevailing Eastern Time) [D.I. 89, 4/28/25]

E. Eduardo Albor's Notice of Witness List for Hearing Set for April 29, 2025 at 9:00 a.m. (prevailing Eastern Time) [D.I. 90, 4/28/25]

F. Declaration of Carlos Reyes Escandon in Support of Debtors' Motion for Entry of an Order (I) Enforcing (A) the Automatic Stay and (B) the Court's Order Compelling Debtors' Former Officers and Other Required Persons to Turn Over Records, and (II) Granting Related Relief [D.I. 91, 4/28/25]

G. Declaration of Alfonso Dueñas Barajas (I) in Response to Declaration of Carlo Braulio Reyes Escandón [ECF No. 91] and (II) in Support of Eduardo Albor's Verified Response to Debtors' Motion for Entry of an Order (I) Enforcing (A) the Automatic Stay and (B) the Court's Order Compelling Debtors' Former Officers

and Other Required Personnel to Turn Over Records and (II) Granting Related Relief [ECF No. 88] [D.I. 95, 4/29/25]

H.  Notice of Subpoena to Testify at a Deposition Directed to Eduardo Albor [D.I. 118, 5/2/25]

I.  Debtors' Notice Pursuant to Rule 44.1 of the Federal Rules of Civil Procedure [D.I. 152, 5/16/25]

J.  Eduardo Albor's Notice Pursuant to Rule 44.1 of the Federal Rules of Civil Procedure [D.I. 153, 5/16/25]

K.  Motion of DIP Lenders and Prepetition First Lien Noteholders for Leave to File Joinder to and Reply in Support of Debtors' Motion to Enforce the Automatic Stay [D.I. 156, 5/15/25]

   i.  Notice of Motion [D.I. 161, 5/19/25]

L.  DIP Lenders' and Prepetition First Lien Noteholders' Joinder to and Reply in Support of Debtors' Motion to Enforce the Automatic Stay [D.I. 157, 5/19/25]

M.  Debtors' Omnibus Reply in Support of Debtors' Motions to Compel Turnover and Enforce the Automatic Stay [D.I. 158, 5/19/25]

N.  Debtors' Motion for an Order, Pursuant to Local Rule 9006-1(d), Granting the Debtors Leave and Permission to File the Debtors' Omnibus Reply in Support of Debtors' Motions to Compel Turnover and Enforce the Automatic Stay [D.I. 159, 5/19/25]

O.  Debtors' Notice of Filing of the Declaration of Margarita Luna Ramos in Support of Debtors' Motion for Entry of an Order (I) Enforcing (A) the Automatic Stay and (B) the Court's Order Compelling Debtors' Former Officers and Other Required Persons to Turn Over Records, and (II) Granting Related Relief [D.I. 160, 5/19/25]

Responses Received:

P.  Eduardo Albor's Verified Response to Debtors' Motion for Entry of an Order (I) Enforcing (A) the Automatic Stay and (B) the Court's Order Compelling Debtors' Former Officers and Other Required Personnel to Turn Over Records and (II) Granting Related Relief [ECF No. 73] [D.I. 88, 4/28/25]

Q.  Eduardo Albor's Supplemental Response to Debtors' (I) Turnover Motion [ECF No. 7] and (II) Stay Enforcement Motion [ECF 73] [D.I. 155, 5/19/25]

Additional Related Pleadings:

R.  Eduardo Albor's Motion for Leave to File Late Supplemental Response [D.I. 162, 5/19/25]

S.  Declaration of Darío Oscos in Support of Eduardo Albor's Verified Response to Debtors' Motion for Entry of an Order (I) Enforcing (A) the Automatic Stay and (B) the Court's Order Compelling Debtors' Former Officers and Other Required Personnel to Turn Over Records and (II) Granting Related Relief [ECF No. 88] [D.I. 164, 5/19/25]

T.  Debtors' Notice of Filing of Exhibits to the Declaration of Margarita Luna Ramos in Support of the Debtors' Motion for Entry of an Order (I) Enforcing (A) the Automatic Stay and (B) the Court's Order Compelling Debtors' Former Officers and Other Required Persons to Turn Over Records, and (II) Granting Related Relief [D.I. 166, 5/19/25]

U.  Debtors' Witness List for Hearing Set for May 21, 2025 at 10:00 a.m. (prevailing Eastern Time) [D.I. 168, 5/20/25]

V.  Eduardo Albor's Notice of Witness List for Hearing Set for May 21, 2025 at 10:00 a.m. (prevailing Eastern Time) [D.I. 169, 5/20/25]

W.  Notice of Supplemental Authority Regarding Debtors' Motions for Entry of Orders (I) Enforcing the Automatic Stay and Certain Related Relief (II) Compelling Debtors' Former Officers and Other Required Persons to Turn Over Records, and (II) Granting Related Relief [D.I. 190, 5/29/25]

Status:     This matter is scheduled for oral argument.

*[Signature Page Follows]*

Dated: May 29, 2025

*/s/ Allison M. Mielke*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4844)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Email: rbrady@ycst.com
      sgreecher@ycst.com
      amielke@ycst.com
      jkochenash@ycst.com

*Counsel to the Debtors and Debtors in Possession*