**In re: Leisure Investments Holdings LLC, et al.**
Case No. 25-10606
Exhibit 1 - Balance Sheet (Unaudited and subject to change)
Reporting Period: March 31, 2025
*$ in USD*
MXN/USD: 0.049

| Balance Sheet | Marineland Leisure, Inc. | Gulf World Marine Park, Inc. | The Dolphin Connection, Inc. | MS Leisure Company Inc. | Aqua Tours, S.A. de C.V. | Dolphin Austral Holdings, S.A. de C.V. | Dolphin Capital Company, S. de R.L. de C.V. | Dolphin Leisure, Inc. | Ejecutivos de Turismo Sustentable, S.A. de C.V. | Icarus Investments Holdings LLC | Promotora Garrafón, S.A. de C.V. | Triton Investments Holdings LLC | Viajero Cibernético, S.A. de C.V. | Leisure Investments Holdings LLC | GWMP, LLC | Intercompany [1] | Consolidated Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Petition Number** | *25-10621* | *25-10623* | *25-10624* | *25-10610* | *25-10618* | *25-10617* | *25-10615* | *25-10616* | *25-10614* | *25-10612* | *25-10620* | *25-10608* | *25-10619* | *25-10606* | *25-10622* | | |
| **Assets** | | | | | | | | | | | | | | | | | |
| Cash | $21,780 | $79,085 | $194,226 | $23,208 | $2,418 | $1,111 | $39 | - | 15,175 | $310 | $11 | $8,489 | 48,138 | $737 | $0 | $0 | $394,727 |
| Accounts Receivable | 17,638 | 1,758 | 188,553 | 4,174 | 4,923 | - | - | - | 405,349 | - | - | - | 331,590 | - | - | - | $953,986 |
| Inventory | 20,395 | 100,407 | 38,054 | 220,653 | - | - | - | - | 472,376 | - | - | - | - | - | - | - | $851,885 |
| Other Current Assets | 630,267 | 84,411 | 161,751 | 2,306,295 | 118,145 | 285,749 | 16,669 | 23,814 | 744,593 | - | 195,250 | - | 611,966 | - | - | - | 5,178,909 |
| **Total Current Assets** | **$690,080** | **$265,661** | **$582,584** | **$2,554,331** | **$125,485** | **$286,861** | **$16,708** | **$23,814** | **$1,637,493** | **$310** | **$195,261** | **$8,489** | **$991,694** | **$737** | **$0** | **$0** | **$7,379,506** |
| | | | | | | | | | | | | | | | | | |
| Fixed Assets, Net | 5,066,227 | 6,486,626 | 776,959 | 14,930,658 | - | - | 6,901 | - | 7,141,776 | - | 2,135,398 | - | 8,869 | - | - | - | 36,553,413 |
| Other Assets | - | 50,211 | - | - | 17,606 | - | 950 | 1,813,129 | 786,166 | 14,010,490 | 661,225 | - | 19,599 | - | - | - | 17,359,375 |
| Investment in Subsidiaries | - | - | - | - | - | 873,561 | 32,552,368 | 22,651,076 | 65,203 | 7,334,027 | - | 100,501 | 2,450 | 20,130,055 | - | (83,709,240) | - |
| Intercompany Receivables | 3,037,711 | 10,356,697 | 7,560,714 | 583,440 | 73,429 | - | 1,581,043 | 9,120,775 | 2,176,530 | 2,672,216 | 2,492 | 97,696,285 | 370,803 | 288,614 | - | (135,520,751) | - |
| **Total Assets** | **$8,794,018** | **$17,159,195** | **$8,920,257** | **$18,068,428** | **$216,520** | **$1,160,422** | **$34,157,970** | **$33,608,793** | **$11,807,168** | **$24,017,042** | **$2,994,375** | **$97,805,275** | **$1,393,415** | **$20,419,406** | **$0** | **($219,229,990)** | **$61,292,294** |
| | | | | | | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | | | | | | |
| Total Current Liabilities | 3,118,737 | 2,434,576 | 429,648 | 1,350,187 | 424,173 | 1,948,309 | 498,138 | 311,757 | 17,239,874 | 390,100 | 5,585,382 | 75,501 | 5,509,094 | - | - | - | 39,315,474 |
| Long-Term Debt | - | - | - | 925,000 | - | 2,491,684 | - | - | - | - | - | 109,042,346 | 4,588 | - | - | - | 112,463,618 |
| Other Liabilities | - | - | 547,945 | - | - | - | - | - | - | - | - | - | - | - | - | - | 547,945 |
| Intercompany Payables | 1,419,470 | 1,035,714 | 410,212 | 29,693,013 | 772,654 | - | - | 10,391,863 | - | 33,303,316 | - | 575,433 | - | 298,951 | - | (77,900,626) | - |
| **Total Liabilities** | **4,538,207** | **$3,470,289** | **$1,387,804** | **$31,968,200** | **1,196,827** | **$4,439,993** | **$498,138** | **$10,703,620** | **$17,239,874** | **$33,693,416** | **$5,585,382** | **$109,693,279** | **$5,513,682** | **$298,951** | **$0** | **($77,900,626)** | **$152,327,037** |
| | | | | | | | | | | | | | | | | | |
| **Total Stockholder Equity** | **$4,255,811** | **$13,688,906** | **$7,532,453** | **($13,899,772)** | **($980,307)** | **($3,279,572)** | **$33,659,832** | **$22,905,173** | **($5,432,705)** | **($9,676,374)** | **($2,591,007)** | **($11,888,004)** | **($4,120,267)** | **$20,120,455** | **$0** | **($141,329,364)** | **($91,034,743)** |
| | | | | | | | | | | | | | | | | | |
| **Total Liabilities & Stockholder Equity** | **8,794,018** | **$17,159,195** | **$8,920,257** | **$18,068,428** | **$216,520** | **$1,160,422** | **$34,157,970** | **$33,608,793** | **$11,807,168** | **$24,017,042** | **$2,994,375** | **$97,805,275** | **$1,393,415** | **$20,419,406** | **$0** | **($219,229,990)** | **$61,292,294** |

Fx Note: MXN/USD rate herein sourced from Wall Street Journal as of 3/31/2025.

1. The consolidated financial information presented herein includes certain entities that are not typically consolidated for financial reporting purposes. Debtor Controladora Dolphin, S.A. de C.V., who is the lead prepetition borrower of the Senior Secured Notes, and Debtor Embassy of the Seas have not been included in the MOR as their ch. 11 petitions were filed after the reporting period.

**In re: Leisure Investments Holdings LLC, et al.**
Case No. 25-10606
Exhibit 2 - Income Statement (Unaudited and subject to change)
Reporting Period: March 31, 2025
*$ in USD*
*MXN/USD: 0.049*

| Income Statement | Marineland Leisure, Inc. | Gulf World Marine Park, Inc. | The Dolphin Connection, Inc. | MS Leisure Company Inc. | Aqua Tours, S.A. de C.V. | Dolphin Austral Holdings, S.A. de C.V. | Dolphin Capital Company, S. de R.L. de C.V. | Dolphin Leisure, Inc. | Ejecutivos de Turismo Sustentable, S.A. de C.V. | Icarus Investments Holdings LLC | Promotora Garrafón, S.A. de C.V. | Triton Investments Holdings LLC | Viajero Cibernético, S.A. de C.V. | Leisure Investments Holdings LLC | GWMP, LLC | Consolidated Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Petition Number** | *25-10621* | *25-10623* | *25-10624* | *25-10610* | *25-10618* | *25-10617* | *25-10615* | *25-10616* | *25-10614* | *25-10612* | *25-10620* | *25-10608* | *25-10619* | *25-10606* | *25-10622* | |
| Ordinary revenue | $8,263 | $8,885 | $11,371 | $29,557 | $2,495 | $0 | $0 | $0 | $60 | $0 | 1,475 | - | 11,069 | - | - | 73,173 |
| Other income by nature | $21 | $0 | - | - | 0 | - | - | 15,460 | - | - | - | - | 0 | - | - | 15,481 |
| Cost of Goods Sold | ($405) | ($1,608) | (3,452) | (26,021) | - | - | - | - | (36) | - | - | - | (8,097) | - | - | (39,619) |
| Depreciation and amortization expenses | ($786) | ($1,798) | (121) | (1,872) | - | - | - | (1,547) | - | - | - | - | - | - | - | (6,124) |
| Other expenses | ($7,398) | ($10,647) | (4,302) | (37,896) | (3,084) | (5) | (5) | (2,226) | (2,437) | (5) | (2,980) | (3,000) | (4,574) | - | - | (78,557) |
| **Income from operational activities** | **($305)** | **($5,168)** | **$3,497** | **($36,232)** | **($589)** | **($5)** | **($5)** | **$11,687** | **($2,413)** | **($5)** | **($1,505)** | **($3,000)** | **($1,602)** | **$0** | **$0** | **(35,645)** |
| Finance income | $23 | $0 | 338 | - | - | 760 | - | 5,435 | 388 | 792 | - | 42,986 | 1,303 | - | - | 52,026 |
| Finance costs | ($10) | $5 | (52) | - | (31) | (693) | - | (5,079) | (4,709) | (10,008) | (15) | (31,183) | (645) | (85) | - | (52,505) |
| Currency exchange effect | $0 | $0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Pre-tax (loss) income** | **($292)** | **($5,163)** | **$3,782** | **($36,232)** | **($621)** | **$63** | **($5)** | **$12,044** | **($6,734)** | **($9,220)** | **($1,520)** | **$8,804** | **($945)** | **($85)** | **$0** | **($36,124)** |
| Income tax | $0 | $0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total (loss) income** | **($292)** | **($5,163)** | **$3,782** | **($36,232)** | **($621)** | **$63** | **($5)** | **$12,044** | **($6,734)** | **($9,220)** | **($1,520)** | **$8,804** | **($945)** | **($85)** | **$0** | **($36,124)** |

Fx Note: MXN/USD rate herein sourced from Wall Street Journal as of 3/31/2025.

**In re: Leisure Investments Holdings LLC, et al.**
Case No. 25-10606
Exhibit 3 - Receipts and Disbursements (Unaudited and subject to change)
Reporting Period: March 31, 2025
*$ in USD*
*MXN/USD: 0.049*

| Receipts and Disbursements | Marineland Leisure, Inc. | Gulf World Marine Park, Inc. | The Dolphin Connection, Inc. | MS Leisure Company Inc. | Aqua Tours, S.A. de C.V. | Dolphin Austral Holdings, S.A. de C.V. | Dolphin Capital Company, S. de R.L. de C.V. | Dolphin Leisure, Inc. | Ejecutivos de Turismo Sustentable, S.A. de C.V. | Icarus Investments Holdings LLC | Promotora Garrafón, S.A. de C.V. | Triton Investments Holdings LLC | Viajero Cibernético, S.A. de C.V. | Leisure Investments Holdings LLC | GWMP, LLC | Consolidated Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Petition Number** | *25-10621* | *25-10623* | *25-10624* | *25-10610* | *25-10618* | *25-10617* | *25-10615* | *25-10616* | *25-10614* | *25-10612* | *25-10620* | *25-10608* | *25-10619* | *25-10606* | *25-10622* | |
| **Beginning Cash Balance (Bank)** | $17,369 | $65,399 | $319,941 | $9,775 | $703 | $1,111 | $39 | $0 | $13,180 | $310 | $11 | $8,489 | $45,156 | $737 | $0 | $482,221 |
| **Receipts:** | | | | | | | | | | | | | | | | |
| Collections | $30,375 | $28,284 | $31,232 | $92,144 | $2,448 | $0 | $0 | $0 | $11,806 | $0 | $0 | $0 | $23,984 | $0 | $0 | $220,273 |
| Intercompany inflows | 25,000 | - | 50,000 | - | - | - | - | - | - | - | - | - | - | - | - | $75,000 |
| DIP Draws | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | **$55,375** | **28,284** | **81,232** | **92,144** | **2,448** | **-** | **-** | **-** | **11,806** | **-** | **-** | **-** | **23,984** | **-** | **-** | **295,273** |
| **Disbursements:** | | | | | | | | | | | | | | | | |
| Operating Expenses | (50,964) | (14,599) | (181,948) | (78,710) | (733) | - | - | - | (9,811) | - | - | - | (21,003) | - | $0 | (357,768) |
| Restructuring Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepetition Debt Repayment | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany outflows | - | - | (25,000) | - | - | - | - | - | - | - | - | - | - | - | - | (25,000) |
| **Total Disbursements** | **(50,964)** | **(14,599)** | **(206,948)** | **(78,710)** | **(733)** | **-** | **-** | **-** | **(9,811)** | **-** | **-** | **-** | **(21,003)** | **-** | **-** | **(382,768)** |
| **Net Cash Flow** | **4,411** | **13,686** | **(125,716)** | **13,434** | **1,715** | **-** | **-** | **-** | **1,995** | **-** | **-** | **-** | **2,982** | **-** | **-** | **(87,494)** |
| **Ending Cash Balance (Bank)** | $21,780 | $79,085 | $194,226 | $23,208 | $2,418 | $1,111 | $39 | $0 | $15,175 | $310 | $11 | $8,489 | $48,138 | $737 | $0 | $394,727 |

Fx Note: MXN/USD rate herein sourced from Wall Street Journal as of 3/31/2025.

**In re: Leisure Investments Holdings LLC, et al.**
Case No. 25-10606
Exhibit 4 - Bank Accounts
Reporting Period: March 31, 2025
*$ in USD*
*MXN/USD: 0.049*

| Entity | Petition Number | Bank Name | Account Number | Ending Balance (USD) |
| --- | --- | --- | --- | --- |
| Aqua Tours, S.A. de C.V. | 25-10618 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****63 50 | $2,418 |
| Dolphin Austral Holdings, S.A. de C.V. | 25-10617 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****8266 | 23 |
| Dolphin Austral Holdings, S.A. de C.V. | 25-10617 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7197 | 1,088 |
| Dolphin Capital Company, S. de R.L. de C.V. | 25-10615 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****0627 | 39 |
| Dolphin Leisure, Inc. | 25-10616 | JPMorgan Chase Bank, N.A. | ****3120 | - |
| Dolphin Leisure, Inc. | 25-10616 | PNC Bank, National Association | ****6754 | - |
| Dolphin Leisure, Inc. | 25-10616 | JPMorgan Chase Bank, N.A. | ****8015 | - |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****3589 | 5,321 |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7416 | 121 |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7432 | 5,908 |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7491 | 63 |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7513 | 269 |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | Santander | ****8966 | 1,706 |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****3316 | 289 |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7572 | 750 |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7653 | - |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7734 | - |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7769 | 541 |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | Santander | ****5231 | 208 |
| GWMP, LLC | 25-10622 | n/a | | |
| Icarus Investments Holdings LLC | 25-10612 | JPMorgan Chase Bank, N.A. | ****3392 | 310 |
| Leisure Investments Holdings LLC | 25-10606 | Flagstar Bank, N.A | ****2416 | - |
| Leisure Investments Holdings LLC | 25-10606 | JPMorgan Chase Bank, N.A. | ****8831 | 737 |
| Promotora Garrafón, S.A. de C.V. | 25-10620 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7497 | 11 |
| Triton Investments Holdings LLC | 25-10608 | JPMorgan Chase Bank, N.A. | *****1198 | 8,489 |
| Viajero Cibernético, S.A. de C.V. | 25-10619 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****2823 | 2,299 |
| Viajero Cibernético, S.A. de C.V. | 25-10619 | Scotiabank Inverlat, S.A., Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat | **** 5286 | - |
| Viajero Cibernético, S.A. de C.V. | 25-10619 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | **** 3381 | 45,838 |
| Viajero Cibernético, S.A. de C.V. | 25-10619 | Scotiabank Inverlat, S.A., Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat | ****8100 | - |
| Gulf World Marine Park, Inc. | 25-10623 | Cadence Bank | ****2715 | 79,085 |
| Gulf World Marine Park, Inc. | 25-10623 | JPMorgan Chase Bank, N.A. | ****6288 | - |
| Marineland Leisure, Inc. | 25-10621 | Bank of America, N.A. | ****4212 | 20,064 |
| Marineland Leisure, Inc. | 25-10621 | JPMorgan Chase Bank, N.A. | ****6380 | 1,715 |
| MS Leisure Company Inc. | 25-10610 | Bank of America, N.A. | ****8190 | 22,322 |
| MS Leisure Company Inc. | 25-10610 | JPMorgan Chase Bank, N.A. | ****6329 | 886 |
| The Dolphin Connection, Inc. | 25-10624 | Bank of America, N.A. | ****3252 | 194,064 |
| The Dolphin Connection, Inc. | 25-10624 | JPMorgan Chase Bank, N.A. | ****7720 | 90 |
| The Dolphin Connection, Inc. | 25-10624 | JPMorgan Chase Bank, N.A. | ****3900 | 71 |
| **Consolidated Entities** | | | | **$394,727** |

Fx Note: MXN/USD rate herein sourced from Wall Street Journal as of 3/31/2025.