**In re: Leisure Investments Holdings LLC, et al.**
Case No. 25-10606
Exhibit 1 - Balance Sheet (Unaudited and Subject To Change)
Reporting Period: April 30, 2025
*$ in USD*
*MXN/USD: 0.051*

| Balance Sheet | Marineland Leisure, Inc. | Gulf World Marine Park, Inc. | The Dolphin Connection, Inc. | MS Leisure Company | Aquatours Sa De Cv | Controladora Dolphin Sa De Cv | Dolphin Austral Holdings Sa De Cv | Dolphin Capital Company S De Rl | Dolphin Leisure, INC | Ejecutivos De Turismo Sustentable | Icarus Investments Holding LLC | Promotora Garrafon Sa De Cv | Triton Investments Holdings LLC | Viajero Cibernetico Sa De Cv | Leisure Investments Holdings LLC | GWMP, LLC | Intercompany[1] | Consolidated Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Petition Number | 25-10621 | 25-10623 | 25-10624 | 25-10610 | 25-10618 | 25-10715 | 25-10617 | 25-10615 | 25-10616 | 25-10614 | 25-10612 | 25-10620 | 25-10608 | 25-10619 | 25-10606 | 25-10622 | | |
| **Assets** | | | | | | | | | | | | | | | | | | |
| Cash | 4,746 | 84,912 | 12,855 | 4,883 | 50 | 49,887 | 1,183 | $16 | - | $2,272 | $310 | 11 | $16,489 | 11,796 | 740,979 | $0 | $0 | $930,390 |
| Accounts Receivable | 17,638 | 1,165 | 437,284 | 184,656 | 5,122 | 6,163,660 | - | - | - | 548,363 | - | 56,308 | - | 335,003 | - | - | - | $7,749,198 |
| Inventory | 18,288 | 83,216 | 27,880 | 216,145 | - | 974,641 | - | - | - | 491,459 | - | - | - | - | - | - | - | $1,811,630 |
| Other Current Assets | 560,233 | 395,100 | 400,373 | 1,225,733 | 124,511 | 9,213,723 | 300,622.44 | 17,345 | 23,814 | 779,203 | - | 200,437 | - | 683,158 | - | - | - | 13,924,252 |
| **Total Current Assets** | **600,906** | **$564,393** | **$878,392** | **$1,631,417** | **$129,683** | **$16,401,911** | **$301,806** | **$17,362** | **$23,814** | **$1,821,298** | **$310** | **$256,756** | **$16,489** | **$1,029,956** | **$740,979** | **$0** | **$0** | **$24,415,470** |
| | | | | | | | | | | | | | | | | | | |
| Fixed Assets. Net | 5,041,421 | 6,456,167 | 756,773 | 14,621,480 | - | 46,862,711 | - | 7,180 | - | 7,414,892 | - | 2,220,362 | - | 8,916 | - | - | - | 83,389,901 |
| Other Assets | - | 56,450 | - | - | 14,875 | 431,987 | - | 988 | 1,813,129 | 815,134 | 14,010,490 | 688,291 | - | 20,191 | - | - | - | 17,851,535 |
| Investment in Subsidiaries | - | - | - | - | - | 54,080,075 | 908,852 | 33,867,465 | 22,651,076 | 67,837 | 7,334,027 | - | 100,501 | 2,549 | 20,130,055 | - | (139,142,436) | - |
| Intercompany Receivables | 2,959,407 | 10,359,455 | 7,314,874 | 791,121 | 112,315 | 51,827,789 | - | 1,644,917 | 9,191,343 | 2,565,418 | 2,695,916 | 2,593 | 96,612,918 | 571,979 | 1,598,272 | - | (188,248,318) | - |
| **Total Assets** | **8,601,734** | **$17,436,465** | **$8,950,039** | **$17,044,018** | **$256,873** | **$169,604,472** | **$1,210,658** | **$35,537,911** | **$33,679,362** | **$12,684,579** | **$24,040,742** | **$3,168,002** | **$96,729,909** | **$1,633,591** | **$22,469,306** | **$0** | **($327,390,754)** | **$125,656,906** |
| | | | | | | | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | | | | | | | |
| Total Current Liabilities | 2,595,659 | 2,366,771 | 487,068 | 569,404 | 483,867 | 78,617,292 | 4,475,788 | 518,415 | 311,757 | 17,533,224 | 390,100 | 5,903,712 | 75,501 | 5,820,295 | 2,050,000 | - | - | 122,198,853 |
| Long-Term Debt | - | - | - | 1,074,618 | - | 76,555,794 | - | - | - | - | - | - | 111,905,896 | 4,774 | - | - | - | 189,541,082 |
| Other Liabilities | - | - | 549,101 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 549,101 |
| Intercompany Payables | 1,496,603 | 1,179,692 | 411,786 | 28,233,893 | 799,589 | 41,174,724 | - | - | 10,391,863 | - | 33,603,557 | - | 587,937 | - | 298,951 | - | (118,178,594) | - |
| **Total Liabilities** | **4,092,262** | **$3,546,463** | **$1,447,955** | **$29,877,916** | **$1,283,455** | **196,347,810** | **$4,475,788** | **$518,415** | **$10,703,620** | **$17,533,224** | **$33,993,656** | **$5,903,712** | **$112,569,334** | **$5,825,069** | **$2,348,951** | **$0** | **($118,178,594)** | **$312,289,036** |
| | | | | | | | | | | | | | | | | | | |
| **Total Stockholder Equity** | **$4,509,472** | **$13,890,002** | **$7,502,084** | **($12,833,898)** | **($1,026,582)** | **($26,743,338)** | **($3,265,130)** | **$35,019,495** | **$22,975,742** | **($4,848,645)** | **($9,952,914)** | **($2,735,711)** | **($15,839,425)** | **($4,191,477)** | **$20,120,355** | **$0** | **($209,212,160)** | **($186,632,130)** |
| | | | | | | | | | | | | | | | | | | |
| **Total Liabilities & Stockholder Equity** | **8,601,734** | **$17,436,465** | **$8,950,039** | **$17,044,018** | **$256,873** | **$169,604,472** | **$1,210,658** | **$35,537,911** | **$33,679,362** | **$12,684,579** | **$24,040,742** | **$3,168,002** | **$96,729,909** | **$1,633,591** | **$22,469,306** | **$0** | **($327,390,754)** | **$125,656,906** |

Fx Note: MXN/USD rate herein sourced from Wall Street Journal as of 4/30/2025.

1. The consolidated financial information presented herein includes certain entities that are not typically consolidated for financial reporting purposes. Debtor Embassy of the Seas has not been included in the MOR as their ch. 11 petitions were filed after the reporting period.

**In re: Leisure Investments Holdings LLC, et al.**
Case No. 25-10606
Exhibit 2 - Income Statement (Unaudited and Subject To Change)
Reporting Period: April 30, 2025
*$ in USD*
*MXN/USD: 0.051*

| Income Statement | Marineland Leisure, Inc. | Gulf World Marine Park, Inc. | The Dolphin Connection, Inc. | MS Leisure Company | Aquatours Sa De Cv | Controladora Dolphin Sa De Cv | Dolphin Austral Holdings Sa De Cv | Dolphin Capital Company S De Rl | Dolphin Leisure, INC | Ejecutivos De Turismo Sustentable | Icarus Investments Holding LLC | Promotora Garrafon Sa De Cv | Triton Investments Holdings LLC | Viajero Cibernetico Sa De Cv | Leisure Investments Holdings LLC | GWMP, LLC | Consolidated Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Petition Number** | *25-10621* | *25-10623* | *25-10624* | *25-10610* | *25-10618* | *25-10715* | *25-10617* | *25-10615* | *25-10616* | *25-10614* | *25-10612* | *25-10620* | *25-10608* | *25-10619* | *25-10606* | *25-10622* | |
| Ordinary revenue | $342,457 | $188,605 | $326,834 | $1,025,637 | 68,085 | 3,512,125 | $0 | $0 | $0 | $196,014 | $0 | 58,736 | - | 343,080 | - | - | 6,061,573 |
| Other income by nature | $0 | $0 | - | $0 | 5 | 9,317 | - | - | - | - | - | - | - | 1 | 1 | - | 9,323 |
| Cost of Goods Sold | ($25,999) | ($49,706) | (19,516) | ($92,548) | - | (705,546) | - | - | - | - | - | - | - | (214,514) | (214,514) | - | (1,322,342) |
| Depreciation and amortization expenses | ($24,357) | ($55,732) | (3,748) | ($58,041) | - | - | - | - | - | - | - | - | - | - | - | - | (141,877) |
| Other expenses | ($475,389) | ($314,425) | (325,166) | ($939,799) | (77,196) | (3,030,996) | - | (174) | (205) | (19,718) | - | (97,633) | (3,000) | (119,742) | (119,742) | - | (5,523,186) |
| **Income from operational activities** | **($183,287)** | **($231,258)** | **($21,596)** | **($64,750)** | **($9,107)** | **($215,100)** | **$0** | **($174)** | **($205)** | **$176,296** | **$0** | **($38,897)** | **($3,000)** | **$8,825** | **($334,255)** | **$0** | **(916,509)** |
| Finance income | $683 | $152 | 10,144 | $0 | 279 | 6,354,725 | (167,754) | - | 70,568 | 974,813 | 23,700 | - | 42,986 | 117,727 | 117,727 | - | 7,545,750 |
| Finance costs | $0 | $0 | (1,574) | ($187,739) | (3,987) | (3,584,261) | 20,805 | - | - | (334,054) | (300,240) | (1,137) | (31,183) | (60,414) | (60,414) | - | (4,544,197) |
| Currency exchange effect | $0 | $0 | - | $0 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Pre-tax (loss) income** | **($182,604)** | **($231,106)** | **($13,026)** | **($252,489)** | **($12,814)** | **$2,555,364** | **($146,949)** | **($174)** | **$70,363** | **$817,055** | **($276,541)** | **($40,034)** | **$8,804** | **$66,138** | **($276,942)** | **$0** | **$2,085,044** |
| Income tax | $0 | $0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total (loss) income** | **($182,604)** | **($231,106)** | **($13,026)** | **($252,489)** | **($12,814)** | **$2,555,364** | **($146,949)** | **($174)** | **$70,363** | **$817,055** | **($276,541)** | **($40,034)** | **$8,804** | **$66,138** | **($276,942)** | **$0** | **$2,085,044** |

Fx Note: MXN/USD rate herein sourced from Wall Street Journal as of 4/30/2025.

**In re: Leisure Investments Holdings LLC, et al.**
Case No. 25-10606
Exhibit 1 - Receipts and Disbursements (Unaudited and Subject To Change)
Reporting Period: April 30, 2025
*$ in USD*
*MXN/USD: 0.051*

| Receipts and Disbursements | Marineland Leisure, Inc. | Gulf World Marine Park, Inc. | The Dolphin Connection, Inc. | MS Leisure Company | Aquatours Sa De Cv | Controladora Dolphin Sa De Cv | Dolphin Austral Holdings Sa De Cv | Dolphin Capital Company S De Rl | Dolphin Leisure, INC | Ejecutivos De Turismo Sustentable | Icarus Investments Holding LLC | Promotora Garrafon Sa De Cv | Triton Investments Holdings LLC | Viajero Cibernetico Sa De Cv | Leisure Investments Holdings LLC | GWMP, LLC | Consolidated Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Petition Number | 25-10621 | 25-10623 | 25-10624 | 25-10610 | 25-10618 | 25-10715 | 25-10617 | 25-10615 | 25-10616 | 25-10614 | 25-10612 | 25-10620 | 25-10608 | 25-10619 | 25-10606 | 25-10622 | |
| **Beginning Cash Balance (Bank)** | $21,780 | $79,085 | $194,226 | $23,208 | $2,418 | $79,339 | $1,111 | $39 | $0 | $15,175 | $310 | $11 | $8,489 | $48,138 | $737 | $0 | $474,066 |
| **Receipts:** | | | | | | | | | | | | | | | | | |
| Collections | 349,825 | 186,048 | 324,430 | $1,076,751 | $75,157 | $3,083,026 | $51 | $0 | - | $189,882 | $0 | $0 | $8,000 | $318,169 | $629,902 | - | $6,241,241 |
| DIP Draw | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,500,000 | - | 1,500,000 |
| **Total Receipts** | $349,825 | 186,048 | 324,430 | 1,076,751 | 75,157 | 3,083,026 | 51 | - | - | 189,882 | - | - | 8,000 | 318,169 | 2,129,902 | - | $7,741,241 |
| **Disbursements:** | | | | | | | | | | | | | | | | | |
| Operating Expenses | (58,785) | (205,304) | (20,757) | (126,662) | (125,059) | (5,176,084) | (25) | (25) | - | (433,348) | - | (37,145) | - | (282,351) | (1,864,087) | - | (8,329,631) |
| Restructuring Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Restructuring Professional Fee Escrow | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (450,000) | - | (450,000) |
| Currency exchange effect | (0) | 83 | 0 | (146) | (534) | 1,446,077 | 46 | 2 | - | 76,211 | - | 37,150 | - | 44,820 | (200) | - | 1,603,509 |
| **Total Disbursements** | (58,785) | (205,221) | (20,757) | (126,807) | (125,593) | (3,730,007) | 21 | (23) | - | (357,138) | - | 5 | - | (237,530) | (2,314,287) | - | (7,176,122) |
| **Reconciling Items:** | | | | | | | | | | | | | | | | | |
| Intercompany inflows | 64,000 | 25,000 | 392,000 | 151,000 | 94,894 | 1,946,801 | - | - | - | 467,779 | - | 34,552 | - | 89,832 | 924,628 | - | 4,190,486 |
| Intercompany outflows | (372,074) | - | (877,044) | (1,119,269) | (46,826) | (1,329,273) | - | - | - | (313,426) | - | (34,557) | - | (206,812) | - | - | (4,299,281) |
| **Total Reconciling Items** | (308,074) | 25,000 | (485,044) | (968,269) | 48,069 | 617,528 | - | - | - | 154,353 | - | (5) | - | (116,981) | 924,628 | - | (108,795) |
| **Net Cash Flow** | ($17,033) | $5,827 | ($181,371) | ($18,325) | ($2,367) | (29,453) | $72 | ($23) | $0 | ($12,903) | $0 | ($0) | $8,000 | ($36,342) | $740,242 | $0 | 565,120 |
| **Ending Cash Balance (Bank)** | $4,746 | $84,912 | $12,855 | $4,883 | $50 | $49,887 | $1,183 | $16 | $0 | $2,272 | $310 | $11 | $16,489 | $11,796 | $740,979 | $0 | $930,390 |

Fx Note: MXN/USD rate herein sourced from Wall Street Journal as of 4/30/2025.

**In re: Leisure Investments Holdings LLC, et al.**
Case No. 25-10606
Exhibit 4 - Bank Accounts
Reporting Period: April 30, 2025
*$ in USD*
MXN/USD: 0.051

| Entity | Petition Number | Bank Name | Account Number | Ending Balance (USD) |
|---|---|---|---|---|
| Aqua Tours, S.A. de C.V. | 25-10618 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****63 50 | $50 |
| Dolphin Austral Holdings, S.A. de C.V. | 25-10617 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****8266 | 50 |
| Dolphin Austral Holdings, S.A. de C.V. | 25-10617 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7197 | 1,133 |
| Dolphin Capital Company, S. de R.L. de C.V. | 25-10615 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****0627 | 16 |
| Dolphin Leisure, Inc. | 25-10616 | JPMorgan Chase Bank, N.A. | *****3120 | - |
| Dolphin Leisure, Inc. | 25-10616 | PNC Bank, National Association | ****6754 | - |
| Dolphin Leisure, Inc. | 25-10616 | JPMorgan Chase Bank, N.A. | ****8015 | - |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****3589 | 48 |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7416 | 80 |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | *****7432 | 3 |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | *****7491 | 20 |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7513 | 4 |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | Santander | ****8966 | 710 |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****3316 | 317 |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | *****7572 | 550 |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | *****7653 | (190) |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | *****7734 | (148) |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | *****7769 | 491 |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | Santander | ****5231 | 387 |
| GWMP, LLC | 25-10622 | n/a | | - |
| Icarus Investments Holdings LLC | 25-10612 | JPMorgan Chase Bank, N.A. | *****3392 | 310 |
| Leisure Investments Holdings LLC | 25-10606 | Flagstar Bank, N.A | ****2416 | 740,242 |
| Leisure Investments Holdings LLC | 25-10606 | JPMorgan Chase Bank, N.A. | ****8831 | 737 |
| Promotora Garrafón, S.A. de C.V. | 25-10620 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7497 | 11 |
| Triton Investments Holdings LLC | 25-10608 | JPMorgan Chase Bank, N.A. | *****1198 | 16,489 |
| Viajero Cibernético, S.A. de C.V. | 25-10619 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****2823 | 49 |
| Viajero Cibernético, S.A. de C.V. | 25-10619 | Scotiabank Inverlat, S.A., Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat | **** 5286 | 11,051 |
| Viajero Cibernético, S.A. de C.V. | 25-10619 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | **** 3381 | 64 |
| Viajero Cibernético, S.A. de C.V. | 25-10619 | Scotiabank Inverlat, S.A., Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat | ****8100 | 631 |
| Gulf World Marine Park, Inc. | 25-10623 | Cadence Bank | *****2715 | 84,912 |
| Gulf World Marine Park, Inc. | 25-10623 | JPMorgan Chase Bank, N.A. | ****6288 | - |
| Marineland Leisure, Inc. | 25-10621 | Bank of America, N.A. | ****4212 | 619 |
| Marineland Leisure, Inc. | 25-10621 | JPMorgan Chase Bank, N.A. | ****6380 | 4,128 |
| MS Leisure Company Inc. | 25-10610 | Bank of America, N.A. | ****8190 | 3,997 |
| MS Leisure Company Inc. | 25-10610 | JPMorgan Chase Bank, N.A. | ****6329 | 886 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****20 83 | (302) |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****21 34 | 7 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****17 62 | 4,283 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****15 37 | 4 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****87 45 | 30 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****64 36 | 0 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****48 39 | 1 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****42 04 | 2 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****11 59 | 5 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****80 18 | 4 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****79 84 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****80 34 | 2 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****80 50 | 4 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | Banco Mercantil del Norte, S.A., Institución de Banca Múltiple, Grupo Financiero Banorte. | ****13 60 | 73 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | Banco Mercantil del Norte, S.A., Institución de Banca Múltiple, Grupo Financiero Banorte. | ****18 43 | 46 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BANAMEX, S.A. | ****2039 | 42 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BANAMEX, S.A. | ****2004 | 0 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BANAMEX, S.A. | ****3355 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | CI BANCO | ****5704 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | CI BANCO | ****2562 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | INTERCAM | ****4545 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | INTERCAM | ****4537 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | Scotiabank Inverlat, S.A., Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat | ****9308 | 189 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | Banco Santander México, S.A., Institución de Banca Múltiple, Grupo Financiero Santander México. | ****6830 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****5625 | (26,524) |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****23 63 | 6,097 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****22 31 | 918 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | *****76 96 | 112 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****14 46 | 98 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****14 70 | 96 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****15 19 | 36 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****15 27 | 15 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****15 51 | 22 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****00 57 | 32 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****92 16 | 28 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | Banco Mercantil del Norte, S.A., Institución de Banca Múltiple, Grupo Financiero Banorte. | ****39 53 | 1,976 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | Banco Mercantil del Norte, S.A., Institución de Banca Múltiple, Grupo Financiero Banorte. | *****55 16 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BANAMEX, S.A. | ****2 519 | 95 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | INTERCAM | ****4511 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | Scotiabank Inverlat, S.A., Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat | ****8568 | 24,046 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | Banco Santander México, S.A., Institución de Banca Múltiple, Grupo Financiero Santander México. | ****2971 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | Cibanco | *****5821 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****6847 | 1,442 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | PNC Bank, National Association | *****7124 | 37,006 |
| The Dolphin Connection, Inc. | 25-10624 | Bank of America, N.A. | ****3252 | 12,693 |
| The Dolphin Connection, Inc. | 25-10624 | JPMorgan Chase Bank, N.A. | *****7720 | 90 |
| The Dolphin Connection, Inc. | 25-10624 | JPMorgan Chase Bank, N.A. | ****3900 | 72 |
| **Consolidated Entities** | | | | **$930,390** |

Fx Note: MXN/USD rate herein sourced from Wall Street Journal as of 4/30/2025