IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br>LEISURE INVESTMENTS HOLDINGS LLC, *et al.*, <br><br>Debtors. | Chapter 11 <br><br>Case No. 25-10606 (LSS) <br>(Jointly Administered) <br><br>RE: D.I. 280 and 281 |

**ORDER GRANTING MOTION FOR SHORTENED NOTICE AND EXPEDITED CONSIDERATION OF GELLERT SEITZ BUSENKELL & BROWN, LLC'S MOTION TO WITHDRAW AS COUNSEL FOR EDUARDO ALBOR**

AND NOW, upon consideration of the *Motion for Shortened Notice and Expedited Consideration of Gellert Seitz Busenkell & Brown, LLC's Motion to Withdraw as Counsel for Eduardo Albor* (the "Motion"), it is hereby

ORDERED AND DECREED that the Motion to Shorten is GRANTED.

The hearing on the Motion to Withdraw (as defined in the Motion) shall take place on July 7, 2025, at 2:00 am/pm (ET); and

The Objection Deadline for the Motion to Withdraw shall be at the time of the hearing.

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: July 1, 2025
Wilmington, Delaware