**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10606 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 9, 40, 134, 213, 214 & 255** |

**NOTICE OF SECOND EXTENSION OF CHALLENGE PERIOD
PURSUANT TO FOURTH INTERIM ORDER (I) AUTHORIZING DEBTORS TO
OBTAIN POSTPETITION FINANCING PURSUANT TO SECTION 364 OF THE
BANKRUPTCY CODE, (II) AUTHORIZING THE USE OF CASH COLLATERAL
PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE, (III) GRANTING
ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTIES
PURSUANT TO SECTIONS 361, 362, 363 AND 364 OF THE BANKRUPTCY CODE,
(IV) GRANTING LIENS AND SUPERPRIORITY CLAIMS, (V) MODIFYING
<u>THE AUTOMATIC STAY, AND (VI) SCHEDULING A FINAL HEARING</u>**

**PLEASE TAKE NOTICE** that, on April 1, 2025, Leisure Investments Holdings LLC and certain of its affiliates (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (collectively, the "**Chapter 11 Cases**") filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing* [Docket No. 9] (the "**DIP Motion**").

---

[1] Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

33343816.1

**PLEASE TAKE FURTHER NOTICE** that, on April 4, 2025, the Court entered the *Interim Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363, and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing* [Docket No. 40].

**PLEASE TAKE FURTHER NOTICE** that, on May 6, 2025, the Office of the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors in the Chapter 11 Cases pursuant to section 1102 of the Bankruptcy Code (the "**Committee**") [Docket Nos. 128 & 151].

**PLEASE TAKE FURTHER NOTICE** that, on May 9, 2025, the Court entered the *Second Interim Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363, and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing* [Docket No. 134].

**PLEASE TAKE FURTHER NOTICE** that, on June 10, 2025, the Court entered the *Third Interim Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363, and 364 of the Bankruptcy Code, (IV) Granting Liens and*

33343816.1

*Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing* [Docket No. 213].

**PLEASE TAKE FURTHER NOTICE** that, on June 25, 2025, the Court entered the *Fourth Interim Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363, and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing* [Docket No. 255] (the "**Fourth Interim DIP Order**").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 5 of the Fourth Interim DIP Order, the Challenge Period is scheduled to expire on July 7, 2025, which Challenge Period may be extended with the written consent of the requisite Prepetition Secured Parties in their sole discretion.

**PLEASE TAKE FURTHER NOTICE** that the Prepetition Secured Parties have consented in writing to extend the expiration of the Challenge Period solely as to the Committee from July 7, 2025, through and including July 31, 2025.

**PLEASE TAKE FURTHER NOTICE** that copies of the DIP Motion, the Fourth Interim DIP Order, or any other pleadings filed in the Chapter 11 Cases can be viewed and/or obtained by: (i) accessing the Court's website at www.deb.uscourts.gov, or (ii) from the Debtors' notice and claims agent, Kurtzman Carson Consultants, LLC dba Verita Global, at https://veritaglobal.net/dolphinco or by calling (888) 733-1434 (toll free) for U.S. and Canada

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Fourth Interim DIP Order.

33343816.1

based parties or (310) 751-2633 for international parties. Note that a PACER password is needed to access documents on the Court's website.

| | |
|---|---|
| Dated: July 7, 2025 | */s/ Allison S. Mielke*<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Robert S. Brady (No. 2847)<br>Sean T. Greecher (No. 4844)<br>Allison S. Mielke (No. 5934)<br>Jared W. Kochenash (No. 6557)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Email: rbrady@ycst.com<br>     sgreecher@ycst.com<br>     amielke@ycst.com<br>     jkochenash@ycst.com<br><br>*Counsel to the Debtors and Debtors-in-Possession* |