UNITED STATES BANKRUPTCY COURT
IN THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re. Leisure Investments Holdings LLC | § | Case No. 25-10606 |
| | § | |
| | § | Lead Case No. 25-10606 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/31/2025                    Petition Date: 03/31/2025

Months Pending: 2                                     Industry Classification: 7 1 3 1

Reporting Method:              Accrual Basis ⦿        Cash Basis ○

Debtor's Full-Time Employees (current):                                0

Debtor's Full-Time Employees (as of date of order for relief):         0


**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer


| | |
|---|---|
| /s/ Jared W. Kochenash | Jared W. Kochenash |
| Signature of Responsible Party | Printed Name of Responsible Party |
| 07/08/2025 | |
| Date | Young Conaway Stargatt & Taylor, LLP |
| | Rodney Square, 1000 N King St, Wilmington, DE 19801 |
| | Address |


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                        1

Debtor's Name: Leisure Investments Holdings LLC      Case No. 25-10606

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---:|---:|
| a. Cash balance beginning of month | $740,979 | |
| b. Total receipts (net of transfers between accounts) | $6,513,121 | $9,567,651 |
| c. Total disbursements (net of transfers between accounts) | $5,897,001 | $8,211,288 |
| d. Cash balance end of month (a+b-c) | $1,357,100 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $5,897,001 | $8,211,288 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---:|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory     (Book ⦿    Market ◯    Other ◯    (attach explanation)) | $0 |
| d. Total current assets | $1,758,300 |
| e. Total assets | $22,665,494 |
| f. Postpetition payables (excluding taxes) | $5,750,000 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $5,750,000 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $298,951 |
| n. Total liabilities (debt) (j+k+l+m) | $6,048,951 |
| o. Ending equity/net worth (e-n) | $16,616,543 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---:|---:|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---:|---:|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $-1,589,709 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-1,589,709 | $-1,866,736 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  Leisure Investments Holdings LLC                                             Case No. 25-10606

**Part 5: Professional Fees and Expenses**

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Leisure Investments Holdings LLC                                      Case No.  25-10606

|   |        |   |   |   |   |   |
|---|--------|---|---|---|---|---|
|   | xxxvii |   |   |   |   |   |
|   | xxxvii |   |   |   |   |   |
|   | xxxix  |   |   |   |   |   |
|   | xl     |   |   |   |   |   |
|   | xli    |   |   |   |   |   |
|   | xlii   |   |   |   |   |   |
|   | xliii  |   |   |   |   |   |
|   | xliv   |   |   |   |   |   |
|   | xlv    |   |   |   |   |   |
|   | xlvi   |   |   |   |   |   |
|   | xlvii  |   |   |   |   |   |
|   | xlviii |   |   |   |   |   |
|   | xlix   |   |   |   |   |   |
|   | l      |   |   |   |   |   |
|   | li     |   |   |   |   |   |
|   | lii    |   |   |   |   |   |
|   | liii   |   |   |   |   |   |
|   | liv    |   |   |   |   |   |
|   | lv     |   |   |   |   |   |
|   | lvi    |   |   |   |   |   |
|   | lvii   |   |   |   |   |   |
|   | lviii  |   |   |   |   |   |
|   | lix    |   |   |   |   |   |
|   | lx     |   |   |   |   |   |
|   | lxi    |   |   |   |   |   |
|   | lxii   |   |   |   |   |   |
|   | lxiii  |   |   |   |   |   |
|   | lxiv   |   |   |   |   |   |
|   | lxv    |   |   |   |   |   |
|   | lxvi   |   |   |   |   |   |
|   | lxvii  |   |   |   |   |   |
|   | lxviii |   |   |   |   |   |
|   | lxix   |   |   |   |   |   |
|   | lxx    |   |   |   |   |   |
|   | lxxi   |   |   |   |   |   |
|   | lxxii  |   |   |   |   |   |
|   | lxxiii |   |   |   |   |   |
|   | lxxiv  |   |   |   |   |   |
|   | lxxv   |   |   |   |   |   |
|   | lxxvi  |   |   |   |   |   |
|   | lxxvii |   |   |   |   |   |
|   | lxxvii |   |   |   |   |   |

Debtor's Name: Leisure Investments Holdings LLC     Case No. 25-10606

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $1,533,472 | $1,533,472 | $1,533,472 | $1,533,472 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Riveron Management Services, | Financial Professional | $1,101,576 | $1,101,576 | $1,101,576 | $1,101,576 |
| | ii | Verita Global LLC | Other | $98,361 | $98,361 | $98,361 | $98,361 |
| | iii | GUERRA GONZALEZ Y ASO | Special Counsel | $220,735 | $220,735 | $220,735 | $220,735 |
| | iv | Nassar Nassar y Associados | Special Counsel | $100,000 | $100,000 | $100,000 | $100,000 |
| | v | Roth & Scholl, Llp | Special Counsel | $12,800 | $12,800 | $12,800 | $12,800 |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name  Leisure Investments Holdings LLC                                    Case No.  25-10606

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |
| xxxvii |  |  |  |  |  |  |
| xxxviii |  |  |  |  |  |  |
| xxxix |  |  |  |  |  |  |
| xl |  |  |  |  |  |  |
| xli |  |  |  |  |  |  |
| xlii |  |  |  |  |  |  |
| xliii |  |  |  |  |  |  |
| xliv |  |  |  |  |  |  |
| xlv |  |  |  |  |  |  |
| xlvi |  |  |  |  |  |  |
| xlvii |  |  |  |  |  |  |
| xlviii |  |  |  |  |  |  |
| xlix |  |  |  |  |  |  |
| l |  |  |  |  |  |  |
| li |  |  |  |  |  |  |
| lii |  |  |  |  |  |  |
| liii |  |  |  |  |  |  |
| liv |  |  |  |  |  |  |
| lv |  |  |  |  |  |  |
| lvi |  |  |  |  |  |  |

Debtor's Name  Leisure Investments Holdings LLC                                Case No.  25-10606

| | | | | | | |
|---|---|---|---|---|---|---|
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxvii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |

Debtor's Name Leisure Investments Holdings LLC                                   Case No. 25-10606

|    |        |   |   |   |   |   |
|----|--------|---|---|---|---|---|
|    | xcix   |   |   |   |   |   |
|    | c      |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) | | $1,533,472 | $1,533,472 | $1,533,472 | $1,533,472 |

| **Part 6: Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○  No ● |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○  No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ●  No ○ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ●  No ○  N/A ○ |
| i. | Do you have: Worker's compensation insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ● (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ● (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ● (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ |

Debtor's Name  Leisure Investments Holdings LLC    Case No. 25-10606

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Robert Wagstaff    Robert Wagstaff

Signature of Responsible Party    Printed Name of Responsible Party

Chief Restructuring Officer    07/08/2025

Title    Date

Debtor's Name Leisure Investments Holdings LLC                                    Case No. 25-10606


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

Debtor's Name  Leisure Investments Holdings LLC                                           Case No.  25-10606


Bankruptcy1to50


Bankruptcy51to100


NonBankruptcy1to50


NonBankruptcy51to100

Debtor's Name  Leisure Investments Holdings LLC                                    Case No.  25-10606


PageThree


PageFour

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1] | Case No. 25-10606 (LSS) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY,
AND DISCLAIMERS REGARDING MONTHLY OPERATING REPORTS**

On March 31, 2025, Leisure Investments Holdings LLC and certain of its affiliates, as debtors and debtors in possession (collectively with Controlodora (as defined below), the "**Debtors**")[2] in the above-captioned chapter 11 cases (collectively, the "**Chapter 11 Cases**"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**").  On April 16, 2025 and May 4, 2025, Controladora Dolphin, S.A. de C.V. and Embassy of the Seas Limited, respectively, also filed voluntary petitions for relief pursuant to chapter 11 of the Bankruptcy Code.  The Chapter 11 Cases are being jointly administered solely for procedural purposes under the lead case, *In re Leisure Investments Holdings LLC, et al.*, Case No. 25-10606 (LSS) (Bankr. D. Del.).  On May 6, 2025, the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed an official committee of unsecured creditors in the Chapter 11 Cases pursuant to section 1102(a) of the Bankruptcy Code [Docket No. 128].  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  Information regarding the Debtors, including their business operations, their corporate and capital structure, and the events leading to the commencement of the Chapter 11 Cases is set forth in detail in the *Declaration of Steven Robert Strom in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings* [Docket No. 10] (the "**First Day Declaration**").  Additional information about the Chapter 11 Cases, including the Court's docket in the Chapter 11 Cases and claims information, is available free of charge at the Debtors' restructuring website: https://www.veritaglobal.net/dolphinco.

---

[1] Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

33329686.2

The Debtors' monthly operating reports, including any supporting documentation (collectively, the "**MORs**"), are unaudited and have been prepared solely for the purpose of complying with the monthly operating requirements applicable in the Chapter 11 Cases and the applicable U.S Trustee guidelines. The financial information contained in the MORs is presented on a preliminary basis and is limited in scope. The MORs are not prepared in accordance with accounting principles generally accepted in the United States of America ("**U.S. GAAP**") or procedures that would typically be applied to the Debtors' financial statements in accordance with international financial reporting standards ("**IFRS**") and do not include all the information and footnotes required by U.S. GAAP and IFRS. Upon the application of such procedures, the financial information may be subject to changes, and such changes could be material.

Historically, Debtors Leisure Investments Holdings LLC, Triton Investments Holdings LLC, MS Leisure Company, Icarus Investments Holdings LLC, Ejecutivos de Turismo Sustentable S.A. de C.V., Dolphin Capital Company, S. de R.L. de C.V., Dolphin Leisure, Inc., Dolphin Austral Holdings, S.A. de C.V., Aqua Tours, S.A. de C.V., Viajero Cibernético, S.A. de C.V., Promotora Garrafón, S.A. de C.V., Marineland Leisure, Inc., GWMP, LLC, Gulf World Marine Park, Inc., and The Dolphin Connection, Inc. prepared unaudited quarterly and annual financial statements. The MORs generally reflect operations and financial positions of the Debtors on a non-consolidated basis and exclude information regarding non-Debtor affiliates. Furthermore, the monthly financial information contained herein has not been subjected to the same level of accounting review and testing that the Debtors apply in the preparation of their quarterly and annual financial information. Accordingly, the amounts listed in the MORs will likely differ, at times materially, from the historic financial reports.

The MORs should not be relied upon for information relating to current or future financial condition, events, or performance of any of the Debtors or their affiliates, as the results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future. The Debtors have prepared the MORs using the best presently available information, but there can be no assurance that such information is complete, and the MORs may be subject to revision. These notes, statements, and limitations pertain to, are incorporated by reference in, and comprise an integral part of, the MORs, and should be referred to, and referenced in connection with, any review of the MORs.

The financial information contained herein is presented per the Debtors' books and records without, among other things, all of the adjustments or reclassifications that may be necessary or typical with respect to consolidating financial statements or in accordance with U.S. GAAP and IFRS and, therefore, should be considered preliminary. In preparing the MORs, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the MORs, subsequent information or discovery may result in material changes to the MORs. As a result, inadvertent errors or omissions may exist given the complexity of the Debtors' business. The Debtors hereby reserve the right to amend or supplement the MOR, if necessary.

Neither independent auditors nor any other independent accountants have audited, reviewed, compiled, examined, or performed any procedures with respect to the financial information. The signatory to the MORs has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their advisors and professionals, and has not (and could not have) personally verified the accuracy of each such statement, representation, and answer contained in the MORs.

Nothing contained in the MORs shall constitute a waiver or admission by the Debtors in any respect nor shall the MORs or any information set forth herein waive or release any of the Debtors' rights, claims, or defenses with respect to the Chapter 11 Cases, or their estates, including with respect to, among other things, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers. The Debtors are reviewing their assets and liabilities on an ongoing basis, including, without limitation, with respect to intercompany claims and obligations, and nothing contained in the MORs shall constitute a waiver of any of the Debtors' or their affiliates' rights with respect to such assets, liabilities, claims, and obligations that may exist.

1. **Currency** – All amounts shown in the MORs are in U.S. Dollars rounded to the nearest dollar, unless otherwise indicated. For the sole purpose of the MORs, foreign currency amounts have been converted to U.S. Dollars using published exchange rates as of the last date of the reporting period.[3] Debtors Leisure Investments Holdings LLC, Triton Investments Holdings LLC, MS Leisure Company, Marineland Leisure, Inc., GWMP, LLC, Icarus Investments Holdings LLC, The Dolphin Connection, Inc., Dolphin Leisure, Inc. and Gulf World Marine Park, Inc. maintain their financial books and records in U.S. dollars. Debtors Ejecutivos de Turismo Sustentable S.A. de C.V., Dolphin Capital Company, S. de R.L. de C.V., Dolphin Austral Holdings, S.A. de C.V., Aqua Tours, S.A. de C.V., Viajero Cibernético, S.A. de C.V. and Promotora Garrafón, S.A. de C.V maintain their financial books and records in Mexican Pesos.

2. **Intercompany Transactions and Balance** – Intercompany balances are deemed prepetition liabilities solely for the purposes of Part 2: Asset and Liability Status. However, the Debtors are still assessing whether some or all of these balances constitute prepetition liabilities.

3. **Prepetition Claims** – The allocation of the Debtors' liabilities to prepetition and postpetition claims remains subject to further review. The Debtors relied on their latest estimates at the time of the filing of the MORs to allocate liabilities on a prepetition and postpetition basis.

---

[3] The applicable exchange rates can be found in the header of the attached supporting exhibits.

33329686.2                                     3

4. **Long-Term Debt** – Debtor Triton Investments Holdings LLC is the borrower under the DIP Loan.  Debtor Controladora is the issuer of the prepetition Senior Secured Notes ("**1L Notes**").  Certain other Debtors are guarantors of the 1L Notes and DIP Loan. Debtor Triton Investment Holdings LLC is the issuer of the prepetition Second Lien Guaranteed Secured Floating Rate Notes ("**2L Notes**"). Certain other Debtors are guarantors of the 2L Notes.  To maintain consistency with their respective internal financial statements, the liabilities under the 1L Notes and the 2L Notes have been excluded from the MORs for Debtors who are not the primary borrower or issuer under each facility. The liabilities under the DIP Loan are reported under Debtor Leisure Investments Holdings LLC.

5. **Carrying Value of Assets** – Unless otherwise noted, the MORs reflect the book value of the assets as recorded on the Debtors' books and records as of the end of the month and is not based upon an estimate of their current market value.  The Debtors reserve their right to amend or adjust the value of each asset set forth herein.

6. **Insurance and Taxes** – The Debtors are currently working to obtain full access to their books and records from their prior management, including all insurance policies and the status of payments on account of taxes.  The information presented in the MORs, particularly regarding insurance and taxes, is based on the best available information, and the Debtors reserve the right to amend, modify, or supplement the MORs.

7. **Payments on Account of Prepetition Debt** – Due to obstruction from the Debtors' prior management, the Debtors were unable to gain meaningful access to their books and records until June 2025. Based on the Debtors' review of the books and records, it appears that certain payments on account of prepetition debts were made in the postpetition period during these Chapter 11 Cases.  The Debtors are currently investigating these payments and reserve all rights with respect thereto.

**In re: Leisure Investments Holdings LLC, et al.**
Case No. 25-10606
Exhibit 1 - Balance Sheet (Unaudited and Subject To Change)
Reporting Period: May 31, 2025
*$ in USD*
*MXN/USD: 0.051*

| Balance Sheet | Marineland Leisure, Inc. | Gulf World Marine Park, Inc. | The Dolphin Connection, Inc. | MS Leisure Company | Aquatours Sa De Cv | Controladora Dolphin Sa De Cv | Dolphin Austral Holdings Sa De Cv | Dolphin Capital Company S De Rl | Dolphin Leisure, INC | Ejecutivos De Turismo Sustentable | Icarus Investments Holding LLC | Promotora Garrafon Sa De Cv | Triton Investments Holdings LLC | Viajero Cibernetico Sa De Cv | Leisure Investments Holdings LLC | GWMP, LLC | Embassy of the Seas Limited | Intercompany[1] | Consolidated Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Petition Number | 25-10621 | 25-10623 | 25-10624 | 25-10610 | 25-10618 | 25-10715 | 25-10617 | 25-10615 | 25-10616 | 25-10614 | 25-10612 | 25-10620 | 25-10608 | 25-10619 | 25-10606 | 25-10622 | 25-10818 | | |
| **Assets** | | | | | | | | | | | | | | | | | | | |
| Cash | $11,399 | $257,311 | $66,729 | $71,553 | $3,017 | $65,758 | $1,178 | $0 | $0 | $28,448 | $0 | $7 | $16,489 | $1,162 | $1,357,100 | $0 | $0 | $0 | $1,880,152 |
| Accounts Receivable | 17,638 | 1,165 | 437,284 | 184,656 | 5,170 | 6,016,373 | - | - | - | 340,595 | - | 122,744 | - | 265,838 | - | - | - | - | $7,391,462 |
| Inventory | 18,946 | 83,231 | 27,880 | 216,145 | - | 899,179 | - | - | - | 496,141 | - | - | - | - | - | - | - | - | $1,741,522 |
| Other Current Assets | 494,768 | 296,611 | 182,213 | 1,225,733 | 123,735 | 9,517,952 | 306,856.27 | 17,513 | 23,814 | 796,212 | - | 204,568 | - | 718,742 | 401,200 | - | - | - | 14,309,915 |
| **Total Current Assets** | **542,751** | **$638,317** | **$714,105** | **$1,698,087** | **$131,922** | **$16,499,262** | **$308,034.43** | **$17,513** | **$23,814** | **$1,661,396** | **$0** | **$327,319** | **$16,489** | **$985,742** | **$1,758,300** | **$0** | **$0** | **$0** | **$25,323,051** |
| Fixed Assets. Net | 5,017,064 | 6,406,675 | 753,025 | 14,563,439 | - | 47,237,828 | - | 7,248 | - | 7,469,973 | - | 2,240,198 | - | 8,687 | - | - | - | - | 83,704,137 |
| Other Assets | - | 50,211 | - | - | 13,584 | 434,350 | - | 997 | 1,813,129 | 820,079 | 14,010,490 | 695,070 | - | 23,066 | - | - | 47,253 | - | 17,908,230 |
| Investment in Subsidiaries | - | - | - | - | - | 54,595,253 | 917,510 | 34,190,094 | 22,651,076 | 68,483 | 7,334,027 | - | 100,501 | 2,573 | 20,130,055 | - | 36,411,188 | (176,400,760) | - |
| Intercompany Receivables | 2,959,407 | 10,359,455 | 7,314,874 | 1,717,424 | 137,835 | 54,745,115 | - | 1,660,586 | 9,263,709 | 3,266,916 | 2,720,274 | 2,618 | 97,566,798 | 621,952 | 777,140 | - | - | (193,114,104) | - |
| **Total Assets** | **$8,519,222** | **$17,454,658** | **$8,782,005** | **$17,978,950** | **$283,342** | **$173,511,808** | **$1,225,545** | **$35,876,438** | **$33,751,727** | **$13,286,846** | **$24,064,791** | **$3,265,205** | **$97,683,788** | **$1,642,020** | **$22,665,494** | **-** | **$36,458,441** | **($369,514,863)** | **$126,935,418** |
| **Liabilities** | | | | | | | | | | | | | | | | | | | |
| Total Current Liabilities | 2,634,080 | 2,313,157 | 556,073 | 490,995 | 518,534 | 80,180,491 | 34,181 | 38,819 | 311,757 | 4,005,639 | 390,100 | 4,652,057 | 75,501 | 2,455,305 | 5,750,000 | - | 71,151 | - | 104,477,841 |
| Long-Term Debt | - | - | - | 1,074,618 | - | 77,192,058 | - | - | - | - | - | - | 112,863,667 | 4,819 | - | - | - | - | 191,135,162 |
| Other Liabilities | - | - | 617,470 | - | - | - | - | - | - | - | - | - | - | - | - | - | 8,347 | - | 625,817 |
| Intercompany Payables | 1,496,603 | 1,429,867 | 412,143 | 28,233,893 | 812,388 | 40,983,220 | 4,453,335 | 484,689 | 10,391,863 | 14,699,266 | 33,912,140 | 1,419,657 | 592,576 | 3,403,876 | 298,951 | - | 35,331,932 | (178,356,400) | - |
| **Total Liabilities** | **4,130,683** | **$3,743,024** | **$1,585,686** | **$29,799,507** | **$1,330,923** | **$198,355,770** | **$4,487,517** | **$523,508** | **$10,703,620** | **$18,704,905** | **$34,302,240** | **$6,071,713** | **$113,531,744** | **$5,864,000** | **$6,048,951** | **$0** | **$35,411,430** | **($178,356,400)** | **$296,238,821** |
| **Total Stockholder Equity** | **$4,388,539** | **$13,711,633** | **$7,196,319** | **($11,820,556)** | **($1,047,580)** | **($24,843,962)** | **($3,261,972)** | **$35,352,930** | **$23,048,107** | **($5,418,059)** | **($10,237,449)** | **($2,806,509)** | **($15,847,956)** | **($4,221,980)** | **$16,616,543** | **$0** | **$1,047,011** | **($191,158,464)** | **($169,303,403)** |
| **Total Liabilities & Stockholder Equity** | **$8,519,222** | **$17,454,658** | **$8,782,005** | **$17,978,950** | **$283,342** | **173,511,808** | **1,225,545** | **$35,876,438** | **$33,751,727** | **$13,286,846** | **$24,064,791** | **$3,265,205** | **$97,683,788** | **$1,642,020** | **$22,665,494** | **$0** | **$36,458,441** | **($369,514,863)** | **$126,935,418** |

Fx Note: MXN/USD rate herein sourced from Wall Street Journal as of 5/31/2025.

1. The consolidated financial information presented herein includes certain entities that are not typically consolidated for financial reporting purposes.

**In re: Leisure Investments Holdings LLC, et al.**
Case No. 25-10606
Exhibit 2 - Income Statement (Unaudited and Subject To Change)
Reporting Period: May 31, 2025
*$ in USD*
MXN/USD: 0.051

| Income Statement | Marineland Leisure, Inc. | Gulf World Marine Park, Inc. | The Dolphin Connection, Inc. | MS Leisure Company | Aquatours Sa De Cv | Controladora Dolphin Sa De Cv | Dolphin Austral Holdings Sa De Cv | Dolphin Capital Company S De RI | Dolphin Leisure, INC | Ejecutivos De Turismo Sustentable | Icarus Investments Holding LLC | Promotora Garrafon Sa De Cv | Triton Investments Holdings LLC | Viajero Cibernetico Sa De Cv | Leisure Investments Holdings LLC | GWMP, LLC | Embassy of the Seas Limited | Consolidated Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Petition Number** | *25-10621* | *25-10623* | *25-10624* | *25-10610* | *25-10618* | *25-10715* | *25-10617* | *25-10615* | *25-10616* | *25-10614* | *25-10612* | *25-10620* | *25-10608* | *25-10619* | *25-10606* | *25-10622* | *25-10818* | |
| Ordinary revenue | $114,766 | $40,564 | $17,499 | $56,819 | $17,721 | $2,184,696 | $0 | $0 | $0 | $0 | $0 | $42,844 | $0 | $207,216 | $0 | $0 | $0 | $2,682,125 |
| Other income by nature | $0 | $0 | - | - | 3 | 4,127 | - | - | - | - | - | - | - | 1 | - | - | - | 4,131 |
| Cost of Goods Sold | ($8,941) | ($2,830) | (17,244) | (68,035) | - | (597,319) | - | - | - | - | - | - | - | (115,524) | - | - | - | (809,894) |
| Depreciation and amortization expenses | ($24,357) | ($55,732) | (3,748) | (58,041) | - | - | - | - | - | - | - | - | - | - | - | - | - | (141,877) |
| Other expenses | ($201,470) | ($235,988) | (309,902) | (723,040) | (39,801) | (2,573,656) | - | (176) | (205) | (20,572) | - | (86,082) | - | (102,478) | (1,589,709) | - | - | (5,883,080) |
| **Income from operational activities** | **($120,002)** | **($253,986)** | **($313,395)** | **($792,297)** | **($22,076)** | **($982,151)** | **$0** | **($176)** | **($205)** | **($20,572)** | **$0** | **($43,238)** | **$0** | **($10,786)** | **($1,589,709)** | **$0** | **$0** | **($4,148,594)** |
| | | | | | | | | | | | | | | | | | | |
| Finance income | $0 | $0 | - | - | 678 | 4,959,083 | (55,655) | - | 72,366 | 64,856 | 24,358 | - | 953,880 | 53,830 | - | - | - | 6,073,395 |
| Finance costs | $0 | $0 | - | - | (3,569) | (1,654,239) | 21,393 | - | - | (424,104) | (308,583) | (1,508) | (962,411) | (31,157) | - | - | (285,778) | (3,649,957) |
| Currency exchange effect | $0 | $0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,356,739 | 1,356,739 |
| **Pre-tax (loss) income** | **($120,002)** | **($253,986)** | **($313,395)** | **($792,297)** | **($24,968)** | **$2,322,693** | **($34,262)** | **($176)** | **$72,160** | **($379,820)** | **($284,225)** | **($44,747)** | **($8,531)** | **$11,888** | **($1,589,709)** | **$0** | **$1,070,961** | **($1,439,377)** |
| | | | | | | | | | | | | | | | | | | |
| Income tax | $0 | $0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total (loss) income** | **($120,002)** | **($253,986)** | **($313,395)** | **($792,297)** | **($24,968)** | **2,322,693** | **($34,262)** | **($176)** | **$72,160** | **($379,820)** | **($284,225)** | **($44,747)** | **($8,531)** | **$11,888** | **($1,589,709)** | **$0** | **$1,070,961** | **($368,416)** |

Fx Note: MXN/USD rate herein sourced from Wall Street Journal as of 5/31/2025.

**In re: Leisure Investments Holdings LLC, et al.**
Case No. 25-10606
Exhibit 3 - Receipts and Disbursements (Unaudited and Subject To Change)
Reporting Period: May 31, 2025
$ in USD
MXN/USD: 0.051

| Receipts and Disbursements | Marineland Leisure, Inc. | Gulf World Marine Park, Inc. | The Dolphin Connection, Inc. | MS Leisure Company | Aquatours Sa De Cv | Controladora Dolphin Sa De Cv | Dolphin Austral Holdings Sa De Cv | Dolphin Capital Company S De RI | Dolphin Leisure, INC | Ejecutivos De Turismo Sustentable | Icarus Investments Holding LLC | Promotora Garrafon Sa De Cv | Triton Investments Holdings LLC | Viajero Cibernetico Sa De Cv | Leisure Investments Holdings LLC | GWMP, LLC | Embassy of the Seas Limited | Consolidated Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Petition Number | 25-10621 | 25-10623 | 25-10624 | 25-10610 | 25-10618 | 25-10715 | 25-10617 | 25-10615 | 25-10616 | 25-10614 | 25-10612 | 25-10620 | 25-10608 | 25-10619 | 25-10606 | 25-10622 | 25-10818 | |
| Beginning Cash Balance (Bank) | $4,746 | $84,912 | $12,855 | $4,883 | $50 | $49,887 | $1,183 | $16 | $0 | $2,272 | $310 | $11 | $16,489 | $11,796 | $740,979 | $0 | $4,807 | $935,197 |
| **Receipts:** | | | | | | | | | | | | | | | | | | |
| Collections | 17,665 | 181,206 | 202,377 | 232,433 | 60,295 | 2,572,169 | 25 | - | - | 3,322 | - | - | - | 227,589 | 1,133,604 | - | - | 4,630,685 |
| DIP Draw | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4,250,000 | - | - | 4,250,000 |
| Total Receipts | 17,665 | 181,206 | 202,377 | 232,433 | 60,295 | 2,572,169 | 25 | - | - | 3,322 | - | - | - | 227,589 | 5,383,604 | - | - | 8,880,685 |
| **Disbursements:** | | | | | | | | | | | | | | | | | | |
| Operating Expenses | (10,082) | (8,807) | (148,502) | (165,763) | (82,455) | (4,067,260) | - | - | - | (740,651) | - | (32,556) | - | (190,482) | (2,382,857) | - | (4,431) | (7,833,845) |
| Restructuring Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Restructuring Professional Fee Escrow | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (3,486,576) | - | - | (3,486,576) |
| Currency exchange effect | (930) | 0 | 0 | - | 565 | 1,025,265 | (30) | (16) | - | 438,065 | (310) | 10 | - | (10,572) | (27,569) | - | (376) | 1,424,103 |
| Total Disbursements | (11,013) | (8,806) | (148,502) | (165,763) | (81,890) | (3,041,995) | (30) | (16) | - | (302,585) | (310) | (32,546) | - | (201,054) | (5,897,001) | - | (4,807) | (9,896,318) |
| **Reconciling Items:** | | | | | | | | | | | | | | | | | | |
| Intercompany inflows | - | - | - | - | 62,464 | 1,478,560 | - | - | - | 655,289 | - | 32,541 | - | 135,062 | 1,129,517 | - | - | 3,493,433 |
| Intercompany outflows | - | - | - | - | (37,902) | (992,863) | - | - | - | (329,850) | - | - | - | (172,230) | - | - | - | (1,532,845) |
| Total Reconciling Items | - | - | - | - | 24,562 | 485,697 | - | - | - | 325,439 | - | 32,541 | - | (37,168) | 1,129,517 | - | - | 1,960,588 |
| Net Cash Flow | 11,399 | 257,311 | 66,729 | 71,553 | (21,545) | (419,939) | 1,178 | - | - | (299,263) | (310) | (32,546) | - | 26,535 | (513,397) | - | (4,807) | (1,015,633) |
| Ending Cash Balance (Bank) | $11,399 | $257,311 | $66,729 | $71,553 | $3,017 | $65,758 | $1,178 | $0 | $0 | $28,448 | $0 | $7 | $16,489 | $1,162 | $1,357,100 | $0 | $0 | $1,880,152 |

Fx Note: MXN/USD rate herein sourced from Wall Street Journal as of 5/31/2025.

**In re: Leisure Investments Holdings LLC, et al.**
Case No. 25-10606
Exhibit 4 - Bank Accounts
Reporting Period: May 31, 2025
$ in USD
MXN/USD: 0.051

| Entity | Petition Number | Bank Name | Account Number | Ending Balance (USD) |
|---|---|---|---|---|
| Aqua Tours, S.A. de C.V. | 25-10618 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****63 50 | 3,017 |
| Dolphin Austral Holdings, S.A. de C.V. | 25-10617 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****8266 | 26 |
| Dolphin Austral Holdings, S.A. de C.V. | 25-10617 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7197 | 1,152 |
| Dolphin Capital Company, S. de R.L. de C.V. | 25-10615 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****0627 | - |
| Dolphin Leisure, Inc. | 25-10616 | JPMorgan Chase Bank, N.A. | ****3120 | - |
| Dolphin Leisure, Inc. | 25-10616 | PNC Bank, National Association | ****6754 | - |
| Dolphin Leisure, Inc. | 25-10616 | JPMorgan Chase Bank, N.A. | ****8015 | - |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****3589 | - |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7416 | - |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7432 | - |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7491 | - |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7513 | - |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | Santander | ****8966 | 26 |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****3316 | 1,500 |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7572 | - |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7653 | - |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7734 | - |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7769 | - |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. | 25-10614 | Santander | ****5231 | 26,922 |
| GWMP, LLC | 25-10622 | n/a | | - |
| Icarus Investments Holdings LLC | 25-10612 | JPMorgan Chase Bank, N.A. | ****3392 | - |
| Leisure Investments Holdings LLC | 25-10606 | Flagstar Bank, N.A | ****2416 | 1,356,262 |
| Leisure Investments Holdings LLC | 25-10606 | JPMorgan Chase Bank, N.A. | ****8831 | 837 |
| Promotora Garrafón, S.A. de C.V. | 25-10620 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****7497 | 7 |
| Triton Investments Holdings LLC | 25-10608 | JPMorgan Chase Bank, N.A. | *****1198 | 16,489 |
| Viajero Cibernético, S.A. de C.V. | 25-10619 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****2823 | 776 |
| Viajero Cibernético, S.A. de C.V. | 25-10619 | Scotiabank Inverlat, S.A., Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat | **** 5286 | - |
| Viajero Cibernético, S.A. de C.V. | 25-10619 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | **** 3381 | 386 |
| Viajero Cibernético, S.A. de C.V. | 25-10619 | Scotiabank Inverlat, S.A., Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat | ****8100 | - |
| Gulf World Marine Park, Inc. | 25-10623 | Cadence Bank | ****2715 | 257,311 |
| Gulf World Marine Park, Inc. | 25-10623 | JPMorgan Chase Bank, N.A. | ****6288 | - |
| Marineland Leisure, Inc. | 25-10621 | Bank of America, N.A. | ****4212 | 8,201 |
| Marineland Leisure, Inc. | 25-10621 | JPMorgan Chase Bank, N.A. | ****6380 | 3,198 |
| MS Leisure Company Inc. | 25-10610 | Bank of America, N.A. | ****8190 | 70,667 |
| MS Leisure Company Inc. | 25-10610 | JPMorgan Chase Bank, N.A. | ****6329 | 886 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****20 83 | 72 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****21 34 | 16 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****17 62 | 622 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****15 37 | 10 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****87 45 | 30 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****64 36 | 3 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****48 39 | 1,051 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****42 04 | 55 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****11 59 | 2 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****80 18 | 0 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****79 84 | 133 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****80 34 | 7,085 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****80 50 | 844 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | Banco Mercantil del Norte, S.A., Institución de Banca Múltiple, Grupo Financiero Banorte. | ****13 60 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | Banco Mercantil del Norte, S.A., Institución de Banca Múltiple, Grupo Financiero Banorte. | ****18 43 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BANAMEX, S.A. | ****2039 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BANAMEX, S.A. | ****2004 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BANAMEX, S.A. | ****3355 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | CI BANCO | ****5704 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | CI BANCO | ****2562 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | INTERCAM | ****4545 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | INTERCAM | ****4537 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | Scotiabank Inverlat, S.A., Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat | ****9308 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | Banco Santander México, S.A., Institución de Banca Múltiple, Grupo Financiero Santander México. | ****6830 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****5625 | 1,347 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****23 63 | 386 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****22 31 | 868 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****76 96 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****14 46 | 93 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****14 70 | 70 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****15 19 | 6,216 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****15 27 | 30 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****15 51 | 10,135 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****00 57 | 16 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****92 16 | 48 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | Banco Mercantil del Norte, S.A., Institución de Banca Múltiple, Grupo Financiero Banorte. | ****39 53 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | Banco Mercantil del Norte, S.A., Institución de Banca Múltiple, Grupo Financiero Banorte. | ****55 16 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BANAMEX, S.A. | ****2 519 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | INTERCAM | ****4511 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | Scotiabank Inverlat, S.A., Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat | ****8568 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | Banco Santander México, S.A., Institución de Banca Múltiple, Grupo Financiero Santander México. | ****2971 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | Cibanco | ****5821 | - |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México. | ****6847 | 1,273 |
| Controladora Dolphin, S.A. de C.V. | 25-10715 | PNC Bank, National Association | ****7124 | 35,352 |
| Embassy of the Seas Limited | 25-10818 | PNC Bank, National Association | ****5741 | - |
| Embassy of the Seas Limited | 25-10818 | Wise Business | ****1128 | - |
| The Dolphin Connection, Inc. | 25-10624 | Bank of America, N.A. | ****3252 | 66,567 |
| The Dolphin Connection, Inc. | 25-10624 | JPMorgan Chase Bank, N.A. | ****7720 | 90 |
| The Dolphin Connection, Inc. | 25-10624 | JPMorgan Chase Bank, N.A. | ****3900 | 72 |
| **Consolidated Entities** | | | | **$1,880,152** |

Fx Note: MXN/USD rate herein sourced from Wall Street Journal as of 5/31/2025.