# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.* | Case No. 25-10606 (LSS) (Jointly Administered) |
| Debtors. | **ECF No. 352** |

**DECLARATION OF ILEANA CRUZ REGARDING EXHIBITS IN SUPPORT OF MIAMI-DADE COUNTY'S MOTION TO LIFT THE AUTOMATIC STAY TO CONCLUDE STATE COURT EVICTION CASE, COMPEL DEBTORS TO IMMEDIATELY REJECT THE MIAMI SEAQUARIUM LEASE, AND ALLOW AND IMMEDIATELY PAY ALL POST-PETITION RENT**

Pursuant to 28 U.S.C. § 1746, Ileana Cruz, Assistant County Attorney, declares under penalty of perjury that:

Attached hereto are true and correct copies of the documents listed in the attached Exhibit Index that are identified in *Miami-Dade County's Motion to Lift the Automatic Stay to Conclude State Court Eviction Case, Compel Debtors to Immediately Reject the Miami Seaquarium Lease, and Allow and Immediately Pay All Post-Petition Rent*, filed July 16, 2025, at **ECF 352**.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT BASED ON MY PERSONAL KNOWLEDGE. MOREOVER, THE DOCUMENTS ATTACHED HERETO ARE TRUE, CORRECT, AND AUTHENTIC COPIES.

EXECUTED ELECTRONICALLY AND SERVED ON THIS **17th DAY OF JULY 2025**

        Respectfully submitted,

        GERALDINE BONZON-KEENAN
        Miami-Dade County Attorney

By:   */s/ Ileana Cruz*
     Ileana Cruz
     Melanie Spencer
     Assistant County Attorneys
     111 N.W. 1st Street, Suite 2810
     Miami, FL  33128
     Telephone:  (305) 375-5151
     E-Mail:  cao.bkc@miamidade.gov
     Direct E-Mail: ileanac@miamidade.gov

*In re Leisure Investments Holdings, Inc., et al.*
Bankr. D. Del. *25-10606-LSS*

## Miami-Dade County Motion to Lift the Automatic Stay or Compel Rejection of Seaquarium Lease, etc. [ECF. No. 352]

| Exhibit | Mot Para. | EXHIBIT INDEX |
|---|---|---|
| A | 8 | Park Legal Description |
| B | 9 | ARTICLE 7 OF HOME RULE CHARTER FOR MIAMI-DADE COUNTY |
| C | 14 | July 25, 2000: Amended and Restated Lease with Reso. R-825-00 |
| D | 15 | November 16, 2001: First Amendment to Lease with Reso. R-1256-01 |
| E | 16 | August 7, 2003: Second Amendment to Lease with Reso. R-861-03 |
| F | 17 | September 9, 2022: Third Amendment to Lease with Reso. R-991-21 |
| G | 18 | Lease Extension Agreements dated 7/7/2006, 10/6/2009, and 3/9/2020 |
| H | 20-21 | October 28, 2022: County's Notice of Non-Compliance with Lease |
| I | 23 | November 1, 2023: County's further Notice of Default of Lease |
| J | 24-25 | December 22, 2023: County's further Notice of Default of Lease |
| K | 26 | March 7, 2024: County's Notice Terminating Seaquarium Lease |
| L | 27 | Eviction Case Complaint and docket (Case No. 2024-123931-CC-05). |
| M | 28 | Eviction Case, August 19, 2024 Court Registry Order |
| N | 29 | Eviction Case, *Motion for Default Judgment* |
| O | 30 | Notice of Appeal and docket for Appeal 3D2024-1806 |
| P | 45 | Eviction Case, p. 5 n.2, *MS Leisure's Response in Opposition to the County's Motion for Default* |
| Q | 45 | Eviction Case, MSL Notice of Compliance dated Sept 18, 2024 |

**July 17, 2025**                                                                                                     **Ileana Cruz, Esq.**