# **Exhibit A**

EXHIBIT "3"

LEGAL DESCRIPTION OF DEMISED PREMISES

The following described tract of land lying and being in Section 20, Township 54 South, Range 42 East, Dade County, Florida:

Commence at the intersection of the North line of Section 20, Township 54 South, Range 42 East, Virginia Key, Dade County, Florida, and the center line of the Rickenbacker Causeway, both as shown on Sheet 2 of the Bulkhead Line Map, recorded in Plat Book 74 at Page 6 of the Public Records of Dade County, Florida; thence run South 45° 22' 07" East along said center line of Rickenbacker Causeway for a distance of 100.39 feet to a point; thence run South 29° 37' 53" West for a distance of 181.17 feet to the point of intersection with the Southwesterly right of way line of Rickenbacker Causeway, said point being the Point of Beginning of the parcel of land herein described; from said Point of Beginning run North 45° 22' 07" West along the Southwesterly right of way line of Rickenbacker Causeway for a distance of 264.81 feet; thence run South 44° 37' 53" West, a distance of 65 feet more or less to the shoreline of Biscayne Bay; thence run in a Southerly direction, meandering the shoreline of Biscayne Bay to a point on the Bulkhead Line as shown on the above-mentioned Bulkhead Line Map, said point being the point of curvature of a circular curve to the right having a radius of 450.00 feet; thence run Southwesterly along the arc of said circular curve and along said Bulkhead Line, through a central angle of 12° 30' 00" for an arc distance of 98.17 feet to the point of tangency; thence run South 31° 34' 46" West along a line tangent to the last described curve for a distance of 198.17 feet to the point of curvature of a circular curve to the left having a radius of 800.00 feet; thence run Southwesterly, Southerly, and Southeasterly, along the arc of said circular curve to the left and along the said Bulkhead Line, through a central angle of 97° 46' 01" for an arc distance of 1365.08 feet to a point on said curve which is the point of curvature of a circular curve to the left having a radius of 1190.00 feet; thence run Easterly along the arc of said circular curve to the left and along the said Bulkhead Line, through a central angle of 39° 04' 03" for an arc distance of 811.41 feet to the point of intersection with a line that is 757.17 feet Southwesterly of and parallel to the center line of Rickenbacker Causeway; thence run North 45° 22' 07" West along said line parallel to the center line of Rickenbacker Causeway for a distance of 302.52 feet; thence run North 44° 37' 53" East for a distance of 110.00 feet; thence run North 45° 22' 07" West for a distance of 218.00 feet; thence run North 44° 37' 53" East for a distance of 472.17 feet to the point of intersection with the Southwesterly right of way line of Rickenbacker Causeway; thence run North 45° 22' 07" West along the Southwesterly right of way line of Rickenbacker Causeway for a distance of 1209.18 feet to the Point of Beginning.

3    74

PAGE 1 OF 2

EXHIBIT "4"

LEGAL DESCRIPTION - OF PORTION OF DEMISED PREMISES

A PARCEL OF LAND LYING IN SECTION 20, TOWNSHIP 54 SOUTH, RANGE 42 EAST, VIRGINIA KEY, DADE COUNTY, FLORIDA AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE INTERSECTION OF THE NORTH LINE OF SECTION 20, TOWNSHIP 54 SOUTH, RANGE 42 EAST, VIRGINIA KEY, DADE COUNTY, FLORIDA WITH THE CENTER LINE OF THE RICKENBACKER CAUSEWAY AS SHOWN ON " REVISED PLAT OF SHEETS 8 & 9 METROPOLITAN DADE COUNTY, FLORIDA BULKHEAD LINE PART FOUR", ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 74 AT PAGE 6 OF THE PUBLIC RECORDS OF DADE COUNTY, FLORIDA; THENCE RUN S 45°22'07" E ALONG SAID CENTER LINE FOR 100.39 FEET; THENCE RUN S 29°37'53" E FOR 181.17 FEET TO THE POINT OF BEGINNING, SAID POINT ALSO BEING ON THE SOUTHWESTERLY RIGHT-OF-WAY LINE OF THE RICKENBACKER CAUSEWAY; THENCE RUN N 45°22'07" W ALONG SAID RIGHT-OF-WAY LINE FOR 264.81 FEET; THENCE RUN S 44°37'53" W FOR 65.00 FEET; THENCE RUN S 44°38'01" W FOR 48.00 FEET TO THE APPARENT SHORELINE; THENCE CONTINUE ALONG SAID APPARENT SHORELINE FOR THE NEXT NINE COURSES: (1) S 30°07'30" E FOR 18.69 FEET; (2) S 40°31'32" E FOR 66.78 FEET; (3) S 31°02'20" E FOR 44.90 FEET; (4) S 17°50'33" E FOR 55.45 FEET; (5) S 22°22'31" E FOR 45.25 FEET; (6) S 01°03'05" E FOR 50.20 FEET; (7) S 05°51'58" W FOR 50.33 FEET; (8) S 14°31'46" W FOR 52.46 FEET; (9) S 23°11'14" W FOR 25.80 FEET TO A POINT ON THE AFOREMENTIONED BULKHEAD LINE AS SHOWN ON SAID PLAT AND SAID POINT BEING THE POINT OF CURVATURE OF A CIRCULAR CURVE CONCAVE TO THE WEST AND HAVING A RADIUS OF 450.00 FEET AND A CENTRAL ANGLE OF 12°30'00"; THENCE RUN SOUTHERLY ALONG THE ARC OF SAID CURVE FOR 98.17 FEET TO A POINT OF TANGENCY; THENCE RUN S 31°34'46" W FOR 198.17 FEET TO A POINT OF CURVATURE OF A CIRCULAR CURVE CONCAVE TO THE EAST AND HAVING A RADIUS OF 800.00 FEET AND A CENTRAL ANGLE OF 17°05'19"; THENCE RUN SOUTHERLY ALONG THE ARC OF SAID CURVE FOR 238.60 FEET TO THE POINT OF INTERSECTION WITH THE SOUTHEASTERLY LINE OF THAT CERTAIN PARCEL OF LAND AS DESCRIBED IN DEED BOOK 3069 AT PAGE 248 OF THE PUBLIC RECORDS OF DADE COUNTY, FLORIDA, SAID INTERSECTION BEARS S 75°30'33" W FROM THE CENTER OF LAST DESCRIBED CURVE; THENCE RUN N 29°37'51" E ALONG SAID SOUTHEASTERLY LINE FOR 857.48 FEET TO THE POINT OF BEGINNING.

CONTAINING 1.41 ACRES MORE OR LESS, SUBJECT TO DEDICATIONS, RESTRICTIONS AND EASEMENTS OF RECORD.

SURVEYOR'S CERTIFICATE:

WE HEREBY CERTIFY: THAT THE ATTACHED "SKETCH TO ACCOMPANY LEGAL DESCRIPTION" IS TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF AS RECENTLY PREPARED UNDER OUR DIRECTION AND FURTHER, THAT SAID SKETCH MEETS THE INTENT OF THE MINIMUM TECHNICAL STANDARDS FOR LAND SURVEYING IN THE STATE OF FLORIDA PURSUANT TO CHAPTER 472.027, FLORIDA STATUTES AND RULE 21HH-6 OF THE FLORIDA ADMINISTRATIVE CODE.

POST, BUCKLEY, SCHUH & JERNIGAN, INC.

By: *Carlos M. del Valle*
Carlos M. del Valle
Professional Land Surveyor No. 4408
State of Florida
DATE: SEP 1 1 1990

NOTE: THIS SKETCH IS NOT VALID UNLESS SIGNED AND EMBOSSED WITH SURVEYOR'S RAISED SEAL.

*MIAMI SEAQUARIUM*
SKETCH TO ACCOMPANY LEGAL DESCRIPTION

| NO. | DATE | REVISIONS | | |
|---|---|---|---|---|
| | | | SCALE | AS SHOWN |
| | | | JOB NO | 01-396.00 |
| | | | F.B. NO. | N.A. |
| | | | FILE NO | 335 |
| | | | DRAWN | D.W. DEANS |
| | | | CHECKED | C.M. del VALLE |
| | | | DATE | 9-11-90 |

Post, Buckley, Schuh & Jernigan, Inc.
CONSULTING ENGINEERS and PLANNERS
8600 N.W. 36th STREET MIAMI, FLORIDA 33166-6622 592-7275 FAX:599-0449

4-1    75



MIAMI SEAQUARIUM
SKETCH TO ACCOMPANY LEGAL DESCRIPTION

MDC Stay Relief, Ex. A 0003

| PAGE 1 OF 2 | EXHIBIT "4-A" |
|---|---|

## LEGAL DESCRIPTION - OF ADJACENT PROPERTY

A PARCEL OF LAND LYING IN SECTION 20, TOWNSHIP 54 SOUTH, RANGE 42 EAST, VIRGINIA KEY, DADE COUNTY, FLORIDA AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE INTERSECTION OF THE NORTH LINE OF SECTION 20, TOWNSHIP 54 SOUTH, RANGE 42 EAST, VIRGINIA KEY, DADE COUNTY, FLORIDA WITH THE CENTER LINE OF THE RICKENBACKER CAUSEWAY AS SHOWN ON " REVISED PLAT OF SHEETS 8 & 9 METROPOLITAN DADE COUNTY, FLORIDA BULKHEAD LINE PART FOUR", ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 74 AT PAGE 6 OF THE PUBLIC RECORDS OF DADE COUNTY, FLORIDA; THENCE RUN S 89°56'17" E ALONG SAID NORTH LINE OF SECTION 20 FOR 249.37 FEET TO A POINT OF INTERSECTION WITH THE NORTHEASTERLY RIGHT-OF-WAY LINE OF THE RICKENBACKER CAUSEWAY, SAID RIGHT-OF-WAY LINE BEING 175.00 FEET NORTHEASTERLY OF, AS MEASURED AT RIGHT ANGLES TO AND PARALLEL WITH SAID CENTER LINE OF THE RICKENBACKER CAUSEWAY AND SAID POINT OF INTERSECTION BEING THE POINT OF BEGINNING OF THE HEREINAFTER DESCRIBED PARCEL OF LAND; THENCE RUN N 45°22'07" W ALONG SAID RIGHT-OF-WAY LINE FOR 295.18 FEET TO A POINT; THENCE RUN N 44°37'53" E FOR 300.00 FEET TO A POINT; THENCE RUN S 45°22'07" E FOR 1473.99 FEET TO A POINT; THENCE RUN S 44°37'53" W FOR 300.00 FEET TO A POINT OF INTERSECTION WITH SAID NORTHEASTERLY RIGHT-OF-WAY LINE OF THE RICKENBACKER CAUSEWAY; THENCE RUN N 45°22'07" W ALONG SAID RIGHT-OF-WAY LINE FOR 1178.81 FEET TO THE POINT OF BEGINNING.

CONTAINING 10.15 ACRES MORE OR LESS AND SUBJECT TO DEDICATIONS, RESTRICTIONS AND EASEMENTS OF RECORD.

SURVEYOR'S NOTES:

1. THE BEARINGS AS SHOWN HEREON ARE DERIVED FROM THE REVISED PLAT OF SHEETS 8 & 9 METROPOLITAN DADE COUNTY, FLORIDA BULKHEAD LINE PART FOUR, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 74 AT PAGE 6 OF THE PUBLIC RECORDS OF DADE COUNTY, FLORIDA.

2. THIS "SKETCH TO ACCOMPANY LEGAL DESCRIPTION" DOES NOT REPRESENT A FIELD BOUNDARY SURVEY.

3. THERE MAY BE RESTRICTIONS ON THIS PARCEL THAT ARE NOT SHOWN THAT MAY BE FOUND IN THE PUBLIC RECORDS OF DADE COUNTY, FLORIDA.

SURVEYOR'S CERTIFICATE:

WE HEREBY CERTIFY: THAT THE ATTACHED "SKETCH TO ACCOMPANY LEGAL DESCRIPTION" IS TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF AS RECENTLY PREPARED UNDER OUR DIRECTION AND FURTHER, THAT SAID SKETCH MEETS THE INTENT OF THE MINIMUM TECHNICAL STANDARDS FOR LAND SURVEYING IN THE STATE OF FLORIDA PURSUANT TO CHAPTER 472.027, FLORIDA STATUTES AND RULE 21HH-6 OF THE FLORIDA ADMINISTRATIVE CODE.

POST, BUCKLEY, SCHUH & JERNIGAN, INC.

By: *[signature]*
Carlos M. del Valle
Professional Land Surveyor No. 4408
State of Florida
DATE: 9/14/90

NOTE: THIS SKETCH IS NOT VALID UNLESS SIGNED AND EMBOSSED WITH SURVEYOR'S RAISED SEAL.

## MIAMI SEAQUARIUM
### SKETCH TO ACCOMPANY LEGAL DESCRIPTION

| NO | DATE | REVISIONS |
|---|---|---|

**Post, Buckley, Schuh & Jernigan, Inc.**
CONSULTING ENGINEERS and PLANNERS
8600 N.W. 36th STREET  MIAMI, FLORIDA 33166-6622  592-7275  FAX 599-0448

| SCALE | AS SHOWN |
|---|---|
| JOB NO | 01-396.00 |
| F.B NO | N.A. |
| FILE NO | 337 |
| DRAWN | D.W. DEANS |
| CHECKED | C.M. del VALLE |
| DATE | 9-14-90 |

4-A-1

77

MDC Stay Relief, Ex. A 0004

PAGE 2 OF 2

N44°37'53"E
300.00'
175'

295.18'

P.O.B. 269.37'

S89°56'17"E

NORTH LINE OF
SECTION 20-54-42
8650.22'

P.O.C.

RICKENBACKER CAUSEWAY
(P.B. 74, PAGE 6 DADE COUNTY PUBLIC RECORDS)

N 45°22'07" W  1473.99'

10.15 ACRES ±

S 45°22'07" E  1873.99'

1170.81'

NE CORNER OF
SEC. 20-54-42
DADE COUNTY, FLORIDA

175'
300.00'
S44°37'53"W

NE'ly R/W LINES

N

SCALE: 1" = 200'

MIAMI SEAQUARIUM
SKETCH TO ACCOMPANY LEGAL DESCRIPTION

4-A-2      78

MDC Stay Relief, Ex. A 0005

## EXHIBIT 5

SKETCH OF PUBLIC PARKING EXTENSION AREA



PARCELS B and C
As Acknowledged by Dade County
Resolution No. R-467-67
Adopted April 24, 1967

MDC Stay Relief Ex. A 0006