**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1] | Case No. 25-10606 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On July 16, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452** [Docket No. 347]

- **Debtors' Motion for Entry of an Order (I) Establishing Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (IV) Approving Form and Manner of Notice Thereof** [Docket No. 350]

- **Notice of Submission of Costs in Connection with Orders Enforcing the Automatic Stay and Imposing Sanctions** [Docket No. 355]

Furthermore, on July 16, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit C**; and via First Class Mail upon the service list attached hereto as **Exhibit D**:

---

[1] Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

- **Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452** Docket No. 347]

Dated: July 21, 2025

    */s/ Esmeralda Aguayo*
Esmeralda Aguayo
Verita
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor | Acentria, Inc. | Jacqueline Shaw, SE RVP of Operations | jackie.shaw@acentria.com |
| Top 30 Creditor | Akerman LLP | David Ristaino | david.ristaino@akerman.com |
| Counsel to Key's Hotel Operator, LLC d/b/a Hawks Cay Resort | Allen Matkins Leck Gamble Mallory & Natsis LLP | Ivan M. Gold, Esquire | igold@allenmatkins.com |
| Top 30 Creditor | Alliance for Marine Mammal Parks & Aquariums | Kathleen Dezio | kdezio@ammpa.org |
| Top 30 Creditor | Allied Universal Security Services, LLC | Mimi Lanfranchi, Joseph Lo Blanco | mimi.lanfranchi@aus.com; joseph@ussecurityassociates.com |
| Top 30 Creditor & Committee of Unsecured Creditors Member | Atlantic / Pacific Products, Inc. | c/o: John Kosmark | info@atlanticpacificusa.com; atpacusa@hotmail.com |
| Top 30 Creditor | Atlantic Awnings & Metal Works Inc | | sales@atlanticawnings.com; Office@atlanticawnings.com |
| Counsel to the Prepetition First Lien Noteholders and DIP Lenders | Baker & McKenzie LLP | Blaire Cahn, John Dodd, Paul J. Keenan Jr., Kevin Whittam | John.dodd@bakermckenzie.com; Blaire.cahn@bakermckenzie.com; paul.keenan@bakermckenzie.com; kevin.whittam@bakermckenzie.com |
| Counsel to Key's Hotel Operator, LLC d/b/a Hawks Cay Resort | Ballard Spahr LLP | Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Top 30 Creditor | Bionic Zoo & Aquarium, Inc | Steven Gil, Patrick Lynch | sgil@bionicbait.com; patrick@bionicbait.com |
| Top 30 Creditor | Blue Cross and Blue Shield of Florida, Inc. | Kim Read, Lynn Rossi | kim.read@bcbsfl.com; lynn.rossi@floridablue.com |
| Counsel to Eduardo Albor Villanueva | Cervantes Diaz Abogados, S.C. | Alejandro Diaz Steta, Alfonso Duenas Barajas | adiaz@cdabogados.com.mx; aduenas@cdabogados.com.mx |
| Top 30 Creditor | Charles Products, Inc. | | info@charlesproducts.com |
| Counsel to Eduardo Albo Villanueva | Clyde & Co. | Vicente Banuelos | Vicente.Banuelos@Clydeco.com |
| Counsel to the Debtor Directors John Olson, Scott Olson, Donna Kassewitz, Stafford Burrowes, and Mike Wood | Cooley LLP | Michael S. Neumeister, Teresa Michaud | mneumeister@cooley.com; tmichaud@cooley.com |
| County Attorney's Office for Bay County, Florida | County Attorney's Office for Bay County | Brian Leebrick | bleebrick@baycountyfl.gov |
| County Attorney's Office for Miami Dade County, Florida | County Attorney's Office for Miami Dade County | Geri Bonzon-Keenan | gbk@miamidade.gov |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 30 Creditor | Envision Healthcare Holdings, Inc. | J. Michael Bruff, Henry J Kruse | michael.bruff@envisionhealth.com; hank@envisionhealthcare.com |
| Counsel to Tradewinds LTD | FineCounsel | J. Andrew Fine, Esq. | info@finecounsel.law; jaf@finecounsel.law |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Top 30 Creditor | Florida Power & Light Company (Nextra Energy, Inc) | Keith Ferguson, Marcia Paris | keith.ferguson@fpl.com |
| Counsel to the DIP Agent, Prepetition First Lien Collateral Agent & Prepetition Second Lien Collateral Agent (GLAS Americas LLC and GLAS USA LLC) | Foley & Lardner LLP | Adrienne K. Walker | awalker@foley.com |
| Top 30 Creditor | Food Distributor & Restaurant Supply Powell | Greg Gruber, President, Michelle Burmester, President | greg.gruber@pfgc.com; mlburmester@rfsdelivers.com |
| DIP Agent, Prepetition First Lien Collateral Agent & Prepetition Second Lien Collateral Agent | Glas Americas, LLC | Luke Russell | Luke.russell@glas.agency |
| Top 30 Creditor | Gordon Food Service Store | | store@gfs.com |
| Top 30 Creditor | Hach Company | | support@hach.com; orders@hach.com |
| Top 30 Creditor | Harrington Industrial Plastics LLC | | creditservices@hipco.com |
| Top 30 Creditor | Hawks Cay Resorts | Reggie Cooper | reggie.cooper@hawkscay.com |

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor | HVAC RNTL LLC | | TIPSPO@TIPS-USA.COM |
| Top 30 Creditor | Idexx Laboratories, Inc. | Andrew Emerson, Tina Hunt | andrew-emerson@idexx.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Top 30 Creditor | J&J Snack Foods Corp. | | consumerrelations@jjsnack.com |
| Top 30 Creditor | Jacoby Development | Armond A Vari | avari@jacobydevelopment.com |
| Top 30 Creditor | Jorge Luis Lopez Law Firm, LLC. | | marile@lopezgovlaw.com; jorgeluis@lopezgovlaw.com |
| Counsel to Bay County, Florida | Klehr Harrison Harvey Branzburg LLP | Richard M. Beck | rbeck@klehr.com |
| Counsel to the Debtor Directors John Olson, Scott Olson, Donna Kassewitz, Stafford Burrowes, and Mike Wood | Landis Rath & Cobb LLP | Adam G. Landis, Matthew B. McGuire, Katherine S. Dute | landis@lrclaw.com; mcguire@lrclaw.com; dute@lrclaw.com |
| Counsel to Sculptor Capital Management, Inc. (Prepetition Second Lien Noteholders) | Latham & Watkins LLP | James Ktsanes | James.ktsanes@lw.com |
| Proposed Counsel to the Committee of Unsecured Creditors | Law Offices Of Manganelli, Leider & Savio, P.A. | Christian Savio | csavio@mls-pa.com |
| Counsel to The Prudential Insurance Company of America, Prudential Legacy Insurance Company of New Jersey, and Cigna Health and Life Insurance Company (together the "DIP Lenders") | Lewis Brisbois Bisgaard & Smith LLP | Scott D. Cousins, Ann M. Kashishian | scott.cousins@lewisbrisbois.com; ann.kashishian@lewisbrisbois.com |
| Top 30 Creditor | Miami-Dade Water and Sewer Department (WASD) | Amanda Kinnick | Amanda.Kinnick@miamidade.gov |
| Top 30 Creditor | Napoleon Law Firm PLLC | | assistant@napoleonfirm.com; hilton@napoleonfirm.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | benjamin.a.hackman@usdoj.gov |
| Top 30 Creditor | P1 Finance Holdings | Bill Villari, Lori Coleman, Ashley Dunoff | bvillari@p1finance.com; lcoleman@p1finance.com; adunoff@p1finance.com |
| Top 30 Creditor & Committee of Unsecured Creditors Member | Promotions Guy LLC | c/o Ryan Schraffenberger | ryan@promotionsguy.com |
| Proposed Counsel to the Committee of Unsecured Creditors | Raines Feldman Littrell LLP | Thomas J. Francella, Jr. | tfrancella@raineslaw.com |
| Counsel to Roth & Scholl | Roth & Scholl | Jeffrey C. Roth, Esq. | jeff@rothandscholl.com |
| Counsel to Eduardo Albor Villanueva | Santamarina y Steta, S.C. | Carlos Brehm T | cbrehm@s-s.mx |
| Top 30 Creditor | Sea Synergy Marine Awareness & Activity Centre | Sea Synergy | info@seasynergy.org |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to Tradewinds LTD | Sullivan Hazeltine Allinson LLC | William A. Hazeltine, Esq. | whazeltine@sha-llc.com |
| Top 30 Creditor | Tech Eagles IT | TJ Scott, Randall Garner | tj@holstonit.com; randallg@techeagles.com |
| Counsel to the DIP Agent, Prepetition First Lien Collateral Agent & Prepetition Second Lien Collateral Agent (GLAS Americas LLC and GLAS USA LLC) | Troutman Pepper Locke, LLP | Evelyn J. Meltzer | evelyn.meltzer@troutman.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Top 30 Creditor & Committee of Unsecured Creditors Member | Xpand Staffing, LLC | Eloy Rodriguez | erodriguez@xpandstaffing.com; rrojas@xpandstaffing.com |

# Exhibit B

Exhibit B
**Core/2002 Service List**
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | Acentria, Inc. | Jacqueline Shaw, SE RVP of Operations | 4634 Gulfstarr Dr | | | Destin | FL | 32541 | |
| Top 30 Creditor | Akerman LLP | David Ristaino | 98 SE 7th St #1100 | | | Miami | FL | 33131 | |
| Top 30 Creditor | Alliance for Marine Mammal Parks & Aquariums | Kathleen Dezio | 218 N. Lee Street | Ste. 200 | | Alexandria | VA | 22314 | |
| Top 30 Creditor | Allied Universal Security Services, LLC | Mimi Lanfranchi, Joseph Lo Blanco | 161 Washington Street | Suite 600 | | Conshohocken | PA | 19428 | |
| Top 30 Creditor & Committee of Unsecured Creditors Member | Atlantic / Pacific Products, Inc. | c/o: John Kosmark | PO Box 874 | | | North Kingstown | RI | 02852 | |
| Top 30 Creditor | Atlantic Awnings & Metal Works Inc | | 7410 W 18th Ln | | | Hialeah | FL | 33014 | |
| Top 30 Creditor | Bionic Zoo & Aquarium, Inc | Steven Gil, Patrick Lynch | 95 NW 13th Ave | | | Pompano Beach | FL | 33069 | |
| Top 30 Creditor | Blue Cross and Blue Shield of Florida, Inc. | Kim Read, Lynn Rossi | 4800 Deerwood Campus Parkway | | | Jacksonville | FL | 32231 | |
| Counsel to Eduardo Albor Villanueva | Cervantes Diaz Abogados, S.C. | Alejandro Diaz Steta, Alfonso Duenas Barajas | Goldsmith 135 | Polanco, Miguel Hidalgo | | Ciudad de Mexico | | 11550 | Mexico |
| Top 30 Creditor | Charles Products, Inc. | | 12290 Wilkins Ave | | | Rockville | MD | 20852 | |
| Counsel to Eduardo Albo Villanueva | Clyde & Co. | Vicente Banuelos | Garza Tello | Camino a Santa Teresa No. 187 C PISO 3 | | Parques del Pedregal | | 14010 | Mexico |
| Top 30 Creditor | Comcast Corporation | Roland Trombley | 55 W 46th St | Floors 33 & 34 | | New York | NY | 10036 | |
| County Attorney's Office for Bay County, Florida | County Attorney's Office for Bay County | Brian Leebrick | 840 W 11th Street | | | Panama City | FL | 32401 | |
| County Attorney's Office for Miami Dade County, Florida | County Attorney's Office for Miami Dade County | Geri Bonzon-Keenan | 111 NW 1st Street, Suite 2810 | | | Miami | FL | 33128 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Top 30 Creditor | Envision Healthcare Holdings, Inc. | J. Michael Bruff, Henry J Kruse | 20 Burton Hills Blvd, Suite 300 | | | Nashville | TN | 37215 | |
| Counsel to Tradewinds LTD | FineCounsel | J. Andrew Fine, Esq. | 115 E. Main Street | | | Durham | NC | 27707 | |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| Top 30 Creditor | Florida Power & Light Company (Nextra Energy, Inc) | Keith Ferguson, Marcia Paris | 700 Universe Blvd | | | Juno Beach | FL | 33408 | |
| Top 30 Creditor | Food Distributor & Restaurant Supply Powell | Greg Gruber, President, Michelle Burmester, President | 211 Alton, Hall Rd | | | Cairo | GA | 39828 | |
| DIP Agent, Prepetition First Lien Collateral Agent & Prepetition Second Lien Collateral Agent | Glas Americas, LLC | Luke Russell | 3 Second Street Suite 206 | | | Jersey City | NJ | 07311 | |
| Top 30 Creditor | Gordon Food Service Store | | 1300 Gezon Parkway SW | | | Wyoming | MI | 49509 | |
| Top 30 Creditor | Hach Company | | P.O. Box 389 | | | Loveland | CO | 80539 | |
| Top 30 Creditor | Harrington Industrial Plastics LLC | | 14480 Yorba Avenue | | | Chino | CA | 91710 | |
| Top 30 Creditor | Hawks Cay Resorts | Reggie Cooper | 61 Hawks Cay Blvd | | | Duck Key | FL | 33050 | |
| Top 30 Creditor | HVAC RNTL LLC | | 6029 Campus Circle Dr W | Suite 100 | | Irving | TX | 75063 | |
| Top 30 Creditor | Idexx Laboratories, Inc. | Andrew Emerson, Tina Hunt | One IDEXX Drive | | | Westbrook | ME | 04092 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Top 30 Creditor | J&J Snack Foods Corp. | | 265 Mason Road | | | La Vergne | TN | 37086 | |
| Top 30 Creditor | Jacoby Development | Armond A Vari | 8200 Roberts Dr Suite 475 | | | Atlanta | GA | 30350 | |
| Top 30 Creditor | Jorge Luis Lopez Law Firm, LLC. | | 2665 S Bayshore Dr #1103 | | | Coconut Grove | FL | 33133 | |
| Top 30 Creditor | JPMorgan Chase & Co. | Maureen A Wharton | 270 Park Avenue | | | New York | NY | 10017 | |

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to Sculptor Capital Management, Inc. (Prepetition Second Lien Noteholders) | Latham & Watkins LLP | James Ktsanes | 330 North Wabash Avenue, Suite 2800 | | | Chicago | IL | 60611 | |
| Top 30 Creditor | Miami-Dade Water and Sewer Department (WASD) | Amanda Kinnick | 3071 SW 38th Ave | | | Miami | FL | 33146 | |
| Top 30 Creditor | Napoleon Law Firm PLLC | | 2525 Ponce De Leon Blvd, Suite 300 | | | Coral Gables | FL | 33134 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | 844 King St Ste 2207 | Lockbox 35 | J. Caleb Boggs Federal Building | Wilmington | DE | 19801 | |
| Top 30 Creditor | P1 Finance Holdings | Bill Villari, Lori Coleman, Ashley Dunoff | P.O. Box 922025 | | | Norcross | GA | 30010-2025 | |
| Top 30 Creditor & Committee of Unsecured Creditors Member | Promotions Guy LLC | c/o Ryan Schraffenberger | 5409 Overseas Hwy | Ste 308 | | MARATHON | FL | 33050 | |
| Counsel to Eduardo Albor Villanueva | Santamarina y Steta, S.C. | Carlos Brehm T | Campos Eliseos 345, floors 2 and 3 Chapultepec Polanco | Miguel Hidalgo | | Mexico City | | 11560 | Mexico |
| Top 30 Creditor | Sea Synergy Marine Awareness & Activity Centre | Sea Synergy | ACARD Building | The Marina | Cahersiveen | Co.Kerry | | V23 Y925 | Ireland |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Top 30 Creditor | Tech Eagles IT | TJ Scott, Randall Garner | 740 Volunteer Pkwy Suite 2 | | | Bristol | TN | 37620 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |
| Top 30 Creditor & Committee of Unsecured Creditors Member | Xpand Staffing, LLC | Eloy Rodriguez | 8870 W Oakland Park Blvd | Suite 104 | | Sunrise | FL | 33351 | |

# Exhibit C

**Exhibit C**
**Litigation Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
| --- | --- | --- |
| Bank of America, N.A. | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | e-service@noalawfirm.com |
| BBVA Compass Bank | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | bbloch@sblawfirmfl.com |
| Festival Fun Parks, LLC | Barry S. Turner | bt@bstpa.com |
| Festival Fun Parks, LLC | Thomas Johnson | thomas.johnson@palaceentertainment.com |
| Miami-Dade County v. MS Leisure Corporation | Geraldine Bonzon-Keenan, Melanie J. Spencer, Brianna E. Donet | Melanie.Spencer@miamidade.gov; Brianna.Donet@miamidade.gov; Yohana.Ramos@miamidade.gov |
| Network Solutions, Inc. | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | ena@assoulineberlowe.com |
| Network Solutions, Inc. | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | peb@assoulineberlowe.com |
| PNC Bank NA | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | wep@pruittpruittlaw.com |
| The Prudential Insurance Company of America and Cigna Health and Life Insurance Co | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | dmena@avilalaw.com; mmora@avilalaw.com |
| Tradewinds Ltd., v. Grupo Dolphin Discovery | Allen Vellone Wolf Helfrich & Factor PC | aandrews@allen-vellone.com; pvellone@allen-vellone.com |
| Tradewinds Ltd., v. Grupo Dolphin Discovery | Corder Law Offices | travisacorder@gmail.com |
| Tradewinds Ltd., v. Grupo Dolphin Discovery | Lorium PLLC D/B/A Lorium Law | jgrant@marshallgrant.com |
| Wells Fargo Bank, N.A. | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | jkent@marksgray.com |
| Wilmington Trust Corporation, Wilmington Trust N.A., Wilmington Trust | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | chris.riley@alston.com |

# Exhibit D

**Exhibit D**
**Litigation Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Bank of America, N.A. | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | The Noa Law Firm, P.A. | Joseph Anthony Noa , Jr. | P.O. Box 941958 | Miami | FL | 33194 | |
| BBVA Compass Bank | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | Sapurstein & Bloch PA | Bruce Eric Bloch | 9700 South Dixie Highway, Suite 1000 | Miami | FL | 33156 | |
| Festival Fun Parks, LLC | Barry S. Turner | PO Box 330189 | | | Miami | FL | 33233 | |
| Festival Fun Parks, LLC | Thomas Johnson | 285 East Waterfront Drive, Suite 150 | | | Homestead | PA | 15120 | |
| MDC v. MS Leisure Corporation Complaint | | 4400 Rickenbacker Cswy | | | Miami | FL | 33149 | |
| Miami-Dade County v. MS Leisure Corporation | Geraldine Bonzon-Keenan, Melanie J. Spencer, Brianna E. Donet | Stephen P. Clark Center | 111 NW 1st Street, Suite 2810 | | Miami | FL | 33128 | |
| Network Solutions, Inc. | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | Assouline & Berlowe, P.A. | Peter Emerson Berlowe | 100 SE 2nd Street, Miami Tower, Suite 3650 | Miami | FL | 33131 | |
| Network Solutions, Inc. | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | Assouline & Berlowe, P.A. | Eric Nissim Assouline | 213 E Sheridan Street, Suite 3 | Dania Beach | FL | 33004 | |
| Ocean Adventures | | C. Mare | | | Punta Cana | | 23000 | Dominican Republic |
| PNC Bank NA | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | PRUITT & PRUITT, P.A. | William Earnest Pruitt | 2475 Mercer Ave., Suite 101 | West Palm Beach | FL | 33401 | |
| The Prudential Insurance Company of America and Cigna Health and Life Insurance Co | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | Avila Rodriguez Hernandez Mena & Garro LLP | Daniel Oswaldo Mena, Martha Rosa Mora | 2525 Ponce De Leon Blvd., Suite 1225 | Coral Gables | FL | 33134 | |
| Tradewinds Ltd., v. Grupo Dolphin Discovery | Allen Vellone Wolf Helfrich & Factor PC | Averil Koenig Andrews, Patrick D. Vellone | 1600 Stout Street, Suite 1900 | | Denver | CO | 80202 | |
| Tradewinds Ltd., v. Grupo Dolphin Discovery | Corder Law Offices | Travis A. Corder | 815 Moraga Drive Suite 300 | | Los Angeles | CA | 90049 | |
| Tradewinds Ltd., v. Grupo Dolphin Discovery | Lorium PLLC D/B/A Lorium Law | Joey Michael Grant | 197 South Federal Highway | Suite 200 | Boca Raton | FL | 33432 | |
| Wells Fargo Bank, N.A. | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | Marks Gray Conroy & Gibbs | John Bradford Kent | PO Box 447 | Jacksonville | FL | 32201 | |
| Wilmington Trust Corporation, Wilmington Trust N.A., Wilmington Trust | Re Tradewinds Ltd., v. Grupo Dolphin Discovery | Alston and Bird LLP | Christopher Allen Riley | 1201 West Peachtree Street | Atlanta | GA | 30309-3424 | |