## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1] | Case No. 25-10606 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Docket Ref. No. 302** |

### ORDER EXTENDING THE DEADLINE BY WHICH THE DEBTORS MUST ASSUME OR REJECT UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY UNDER WHICH ANY OF THE DEBTORS ARE LESSEES

Upon consideration of the motion (the "**Motion**")[2] of the Debtors for entry of an order (this "**Order**"), pursuant to section 365(d)(4) of the Bankruptcy Code, granting the Debtors an extension of the statutory deadlines for the Debtors to assume or reject the Real Property Leases; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion has been given under the particular circumstances; and it appearing that no other or further notice is necessary; and this Court having reviewed the Motion; and upon

---

[1]   Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

the record of the Chapter 11 Cases; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and upon all of the proceedings had before this Court; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the deadlines for the Debtors to assume or reject the Real Property Leases are hereby extended as follows (collectively, the "**Extended Assumption and Rejection Periods**"):

| Debtor(s) | Expiration of the Extended Assumption and Rejection Period |
|---|---|
| Initial Debtors | October 27, 2025 |
| Controlodora | November 12, 2025 |
| Embassy | December 1, 2025 |

3.      This Order shall be without prejudice to the rights of the Debtors and their estates to seek an extension of the Extended Assumption and Rejection Periods with the consent of an affected Lessor(s).

4.      Notwithstanding anything to the contrary herein, entry of this Order as it relates to the lease pursuant to which Debtor MS Leisure Company, Inc. occupies and uses property of Miami-Dade County to, among other things, operate The Miami Seaquarium (the "**MSQ Lease**") is without prejudice to the rights of Miami-Dade County to argue that the MSQ Lease has been terminated, or to any rights, claims, or defenses of the Debtors in connection with the same, and shall not limit the rights of Miami-Dade County to pursue (and the Debtors and other parties in

interest to contest) relief from the automatic stay to proceed with prepetition litigation in connection with potential eviction, to the extent appropriate, prior to expiration of the Extended Assumption and Rejection Period.

5.      To the extent that the Debtors and any Lessor to any of the Real Property Leases agree to a further extension of the time by which the Debtors must assume or reject an applicable Real Property Lease, the Debtors may submit to this Court a consensual form of order approving such further extension, pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, under certification of counsel without the need for further notice or hearing.

6.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: July 22nd, 2025**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**