# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1] | Case No. 25-10606 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Matthew J. Canty, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On July 22, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit C**; and via First Class Mail upon the service lists attached hereto as **Exhibit D**, **Exhibit E**, and **Exhibit F**:

- **Order Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Non-Residential Real Property Under Which Any of the Debtors are Lessees** [Docket No. 368]

Dated: July 24, 2025

*/s/ Matthew J. Canty*
Matthew J. Canty
Verita
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor | Acentria, Inc. | Jacqueline Shaw, SE RVP of Operations | jackie.shaw@acentria.com |
| Top 30 Creditor | Akerman LLP | David Ristaino | david.ristaino@akerman.com |
| Counsel to Key's Hotel Operator, LLC d/b/a Hawks Cay Resort | Allen Matkins Leck Gamble Mallory & Natsis LLP | Ivan M. Gold, Esquire | igold@allenmatkins.com |
| Top 30 Creditor | Alliance for Marine Mammal Parks & Aquariums | Kathleen Dezio | kdezio@ammpa.org |
| Top 30 Creditor | Allied Universal Security Services, LLC | Mimi Lanfranchi, Joseph Lo Blanco | mimi.lanfranchi@aus.com; joseph@ussecurityassociates.com |
| Top 30 Creditor & Committee of Unsecured Creditors Member | Atlantic / Pacific Products, Inc. | c/o: John Kosmark | info@atlanticpacificusa.com; atpacusa@hotmail.com |
| Top 30 Creditor | Atlantic Awnings & Metal Works Inc | | sales@atlanticawnings.com; Office@atlanticawnings.com |
| Counsel to the Prepetition First Lien Noteholders and DIP Lenders | Baker & McKenzie LLP | Blaire Cahn, John Dodd, Paul J. Keenan Jr., Kevin Whittam | John.dodd@bakermckenzie.com; Blaire.cahn@bakermckenzie.com; paul.keenan@bakermckenzie.com; kevin.whittam@bakermckenzie.com |
| Counsel to Key's Hotel Operator, LLC d/b/a Hawks Cay Resort | Ballard Spahr LLP | Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Top 30 Creditor | Bionic Zoo & Aquarium, Inc | Steven Gil, Patrick Lynch | sgil@bionicbait.com; patrick@bionicbait.com |
| Top 30 Creditor | Blue Cross and Blue Shield of Florida, Inc. | Kim Read, Lynn Rossi | kim.read@bcbsfl.com; lynn.rossi@floridablue.com |
| Counsel to Eduardo Albor Villanueva | Cervantes Diaz Abogados, S.C. | Alejandro Diaz Steta, Alfonso Duenas Barajas | adiaz@cdabogados.com.mx; aduenas@cdabogados.com.mx |
| Top 30 Creditor | Charles Products, Inc. | | info@charlesproducts.com |
| Counsel to Eduardo Albo Villanueva | Clyde & Co. | Vicente Banuelos | Vicente.Banuelos@Clydeco.com |
| Counsel to the Debtor Directors John Olson, Scott Olson, Donna Kassewitz, Stafford Burrowes, and Mike Wood | Cooley LLP | Michael S. Neumeister, Teresa Michaud | mneumeister@cooley.com; tmichaud@cooley.com |
| County Attorney's Office for Bay County, Florida | County Attorney's Office for Bay County | Brian Leebrick | bleebrick@baycountyfl.gov |
| County Attorney's Office for Miami Dade County, Florida | County Attorney's Office for Miami Dade County | Geri Bonzon-Keenan | gbk@miamidade.gov |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 30 Creditor | Envision Healthcare Holdings, Inc. | J. Michael Bruff, Henry J Kruse | michael.bruff@envisionhealth.com; hank@envisionhealthcare.com |
| Counsel to Tradewinds LTD | FineCounsel | J. Andrew Fine, Esq. | jaf@finecounsel.law |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Top 30 Creditor | Florida Power & Light Company (Nextra Energy, Inc) | Keith Ferguson, Marcia Paris | keith.ferguson@fpl.com |
| Counsel to the DIP Agent, Prepetition First Lien Collateral Agent & Prepetition Second Lien Collateral Agent (GLAS Americas LLC and GLAS USA LLC) | Foley & Lardner LLP | Adrienne K. Walker | awalker@foley.com |
| Top 30 Creditor | Food Distributor & Restaurant Supply Powell | Greg Gruber, President, Michelle Burmester, President | greg.gruber@pfgc.com; mlburmester@rfsdelivers.com |
| DIP Agent, Prepetition First Lien Collateral Agent & Prepetition Second Lien Collateral Agent | Glas Americas, LLC | Luke Russell | Luke.russell@glas.agency |
| Top 30 Creditor | Gordon Food Service Store | | store@gfs.com |
| Top 30 Creditor | Hach Company | | support@hach.com; orders@hach.com |
| Top 30 Creditor | Harrington Industrial Plastics LLC | | creditservices@hipco.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor | Hawks Cay Resorts | Reggie Cooper | reggie.cooper@hawkscay.com |
| Top 30 Creditor | HVAC RNTL LLC | | TIPSPO@TIPS-USA.COM |
| Top 30 Creditor | Idexx Laboratories, Inc. | Andrew Emerson, Tina Hunt | andrew-emerson@idexx.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Top 30 Creditor | J&J Snack Foods Corp. | | consumerrelations@jjsnack.com |
| Top 30 Creditor | Jacoby Development | Armond A Vari | avari@jacobydevelopment.com |
| Top 30 Creditor | Jorge Luis Lopez Law Firm, LLC. | | marile@lopezgovlaw.com; jorgeluis@lopezgovlaw.com |
| Counsel to Bay County, Florida | Klehr Harrison Harvey Branzburg LLP | Richard M. Beck | rbeck@klehr.com |
| Counsel to the Debtor Directors John Olson, Scott Olson, Donna Kassewitz, Stafford Burrowes, and Mike Wood | Landis Rath & Cobb LLP | Adam G. Landis, Matthew B. McGuire, Katherine S. Dute | landis@lrclaw.com; mcguire@lrclaw.com; dute@lrclaw.com |
| Counsel to Sculptor Capital Management, Inc. (Prepetition Second Lien Noteholders) | Latham & Watkins LLP | James Ktsanes | James.ktsanes@lw.com |
| Counsel to the Committee of Unsecured Creditors | Law Offices Of Manganelli, Leider & Savio, P.A. | Christian Savio | csavio@mls-pa.com |
| Counsel to The Prudential Insurance Company of America, Prudential Legacy Insurance Company of New Jersey, and Cigna Health and Life Insurance Company (together the "DIP Lenders") | Lewis Brisbois Bisgaard & Smith LLP | Scott D. Cousins, Ann M. Kashishian | scott.cousins@lewisbrisbois.com; ann.kashishian@lewisbrisbois.com |
| Top 30 Creditor | Miami-Dade Water and Sewer Department (WASD) | Amanda Kinnick | Amanda.Kinnick@miamidade.gov |
| Top 30 Creditor | Napoleon Law Firm PLLC | | assistant@napoleonfirm.com; hilton@napoleonfirm.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | benjamin.a.hackman@usdoj.gov |
| Top 30 Creditor | P1 Finance Holdings | Bill Villari, Lori Coleman, Ashley Dunoff | bvillari@p1finance.com; lcoleman@p1finance.com; adunoff@p1finance.com |
| Top 30 Creditor & Committee of Unsecured Creditors Member | Promotions Guy LLC | c/o Ryan Schraffenberger | ryan@promotionsguy.com |
| Counsel to the Committee of Unsecured Creditors | Raines Feldman Littrell LLP | Thomas J. Francella, Jr. | tfrancella@raineslaw.com |
| Counsel to Roth & Scholl | Roth & Scholl | Jeffrey C. Roth, Esq. | jeff@rothandscholl.com |
| Counsel to Eduardo Albor Villanueva | Santamarina y Steta, S.C. | Carlos Brehm T | cbrehm@s-s.mx |
| Top 30 Creditor | Sea Synergy Marine Awareness & Activity Centre | Sea Synergy | info@seasynergy.org |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to Tradewinds LTD | Sullivan Hazeltine Allinson LLC | William A. Hazeltine, Esq. | whazeltine@sha-llc.com |
| Top 30 Creditor | Tech Eagles IT | TJ Scott, Randall Garner | tj@holstonit.com; randallg@techeagles.com |
| Counsel to the DIP Agent, Prepetition First Lien Collateral Agent & Prepetition Second Lien Collateral Agent (GLAS Americas LLC and GLAS USA LLC) | Troutman Pepper Locke, LLP | Evelyn J. Meltzer | evelyn.meltzer@troutman.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Top 30 Creditor & Committee of Unsecured Creditors Member | Xpand Staffing, LLC | Eloy Rodriguez | erodriguez@xpandstaffing.com; rrojas@xpandstaffing.com |

# Exhibit B

**Exhibit B**
**Landlord Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Miami-Dade County, Florida (via Parks, Recreation and Open Spaces Department) | Perry I. Perez | perry.perez@miamidade.gov |

# Exhibit C

**Exhibit C**
**Objecting & Responding Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Miami-Dade County | Armstrong Teasdale LLP | Eric M. Sutty | esutty@atllp.com |
| Counsel to Miami-Dade County | Office of the Miami-Dade County Attorney | Ileana Cruz and Melanie Spencer, Assistant County Attorneys | ileanac@miamidade.gov; cao.bkc@miamidade.gov |

# Exhibit D

Exhibit D
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | Acentria, Inc. | Jacqueline Shaw, SE RVP of Operations | 4634 Gulfstarr Dr | | | Destin | FL | 32541 | |
| Top 30 Creditor | Akerman LLP | David Ristaino | 98 SE 7th St #1100 | | | Miami | FL | 33131 | |
| Top 30 Creditor | Alliance for Marine Mammal Parks & Aquariums | Kathleen Dezio | 218 N. Lee Street | Ste. 200 | | Alexandria | VA | 22314 | |
| Top 30 Creditor | Allied Universal Security Services, LLC | Mimi Lanfranchi, Joseph Lo Blanco | 161 Washington Street | Suite 600 | | Conshohocken | PA | 19428 | |
| Top 30 Creditor & Committee of Unsecured Creditors Member | Atlantic / Pacific Products, Inc. | c/o: John Kosmark | PO Box 874 | | | North Kingstown | RI | 02852 | |
| Top 30 Creditor | Atlantic Awnings & Metal Works Inc | | 7410 W 18th Ln | | | Hialeah | FL | 33014 | |
| Top 30 Creditor | Bionic Zoo & Aquarium, Inc | Steven Gil, Patrick Lynch | 95 NW 13th Ave | | | Pompano Beach | FL | 33069 | |
| Top 30 Creditor | Blue Cross and Blue Shield of Florida, Inc. | Kim Read, Lynn Rossi | 4800 Deerwood Campus Parkway | | | Jacksonville | FL | 32231 | |
| Counsel to Eduardo Albor Villanueva | Cervantes Diaz Abogados, S.C. | Alejandro Diaz Steta, Alfonso Duenas Barajas | Goldsmith 135 | Polanco, Miguel Hidalgo | | Ciudad de Mexico | | 11550 | Mexico |
| Top 30 Creditor | Charles Products, Inc. | | 12290 Wilkins Ave | | | Rockville | MD | 20852 | |
| Counsel to Eduardo Albo Villanueva | Clyde & Co. | Vicente Banuelos | Garza Tello | Camino a Santa Teresa No. 187 C PISO 3 | | Parques del Pedregal | | 14010 | Mexico |
| Top 30 Creditor | Comcast Corporation | Roland Trombley | 55 W 46th St | Floors 33 & 34 | | New York | NY | 10036 | |
| County Attorney's Office for Bay County, Florida | County Attorney's Office for Bay County | Brian Leebrick | 840 W 11th Street | | | Panama City | FL | 32401 | |
| County Attorney's Office for Miami Dade County, Florida | County Attorney's Office for Miami Dade County | Geri Bonzon-Keenan | 111 NW 1st Street, Suite 2810 | | | Miami | FL | 33128 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Top 30 Creditor | Envision Healthcare Holdings, Inc. | J. Michael Bruff, Henry J Kruse | 20 Burton Hills Blvd, Suite 300 | | | Nashville | TN | 37215 | |
| Counsel to Tradewinds LTD | FineCounsel | J. Andrew Fine, Esq. | 115 E. Main Street, Suite A | | | Durham | NC | 27707 | |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| Top 30 Creditor | Florida Power & Light Company (Nextra Energy, Inc) | Keith Ferguson, Marcia Paris | 700 Universe Blvd | | | Juno Beach | FL | 33408 | |
| Top 30 Creditor | Food Distributor & Restaurant Supply Powell | Greg Gruber, President, Michelle Burmester, President | 211 Alton, Hall Rd | | | Cairo | GA | 39828 | |
| DIP Agent, Prepetition First Lien Collateral Agent & Prepetition Second Lien Collateral Agent | Glas Americas, LLC | Luke Russell | 3 Second Street Suite 206 | | | Jersey City | NJ | 07311 | |
| Top 30 Creditor | Gordon Food Service Store | | 1300 Gezon Parkway SW | | | Wyoming | MI | 49509 | |
| Top 30 Creditor | Hach Company | | P.O. Box 389 | | | Loveland | CO | 80539 | |

Exhibit D
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | Harrington Industrial Plastics LLC | | 14480 Yorba Avenue | | | Chino | CA | 91710 | |
| Top 30 Creditor | Hawks Cay Resorts | Reggie Cooper | 61 Hawks Cay Blvd | | | Duck Key | FL | 33050 | |
| Top 30 Creditor | HVAC RNTL LLC | | 6029 Campus Circle Dr W | Suite 100 | | Irving | TX | 75063 | |
| Top 30 Creditor | Idexx Laboratories, Inc. | Andrew Emerson, Tina Hunt | One IDEXX Drive | | | Westbrook | ME | 04092 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Top 30 Creditor | J&J Snack Foods Corp. | | 265 Mason Road | | | La Vergne | TN | 37086 | |
| Top 30 Creditor | Jacoby Development | Armond A Vari | 8200 Roberts Dr Suite 475 | | | Atlanta | GA | 30350 | |
| Top 30 Creditor | Jorge Luis Lopez Law Firm, LLC. | | 2665 S Bayshore Dr #1103 | | | Coconut Grove | FL | 33133 | |
| Top 30 Creditor | JPMorgan Chase & Co. | Maureen A Wharton | 270 Park Avenue | | | New York | NY | 10017 | |
| Counsel to Sculptor Capital Management, Inc. (Prepetition Second Lien Noteholders) | Latham & Watkins LLP | James Ktsanes | 330 North Wabash Avenue, Suite 2800 | | | Chicago | IL | 60611 | |
| Top 30 Creditor | Miami-Dade Water and Sewer Department (WASD) | Amanda Kinnick | 3071 SW 38th Ave | | | Miami | FL | 33146 | |
| Top 30 Creditor | Napoleon Law Firm PLLC | | 2525 Ponce De Leon Blvd, Suite 300 | | | Coral Gables | FL | 33134 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | 844 King St Ste 2207 | Lockbox 35 | J. Caleb Boggs Federal Building | Wilmington | DE | 19801 | |
| Top 30 Creditor | P1 Finance Holdings | Bill Villari, Lori Coleman, Ashley Dunoff | P.O. Box 922025 | | | Norcross | GA | 30010-2025 | |
| Top 30 Creditor & Committee of Unsecured Creditors Member | Promotions Guy LLC | c/o Ryan Schraffenberger | 5409 Overseas Hwy | Ste 308 | | MARATHON | FL | 33050 | |
| Counsel to Eduardo Albor Villanueva | Santamarina y Steta, S.C. | Carlos Brehm T | Campos Eliseos 345, floors 2 and 3 Chapultepec Polanco | Miguel Hidalgo | | Mexico City | | 11560 | Mexico |
| Top 30 Creditor | Sea Synergy Marine Awareness & Activity Centre | Sea Synergy | ACARD Building | The Marina | Cahersiveen | Co.Kerry | | V23 Y925 | Ireland |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Top 30 Creditor | Tech Eagles IT | TJ Scott, Randall Garner | 740 Volunteer Pkwy Suite 2 | | | Bristol | TN | 37620 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |
| Top 30 Creditor & Committee of Unsecured Creditors Member | Xpand Staffing, LLC | Eloy Rodriguez | 8870 W Oakland Park Blvd | Suite 104 | | Sunrise | FL | 33351 | |

# Exhibit E

Exhibit E
Landlords Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Banco Santander S.A. | | Santander Group City Av. de Cantabria | s/n 28660 Boadilla del Monte | MADRID | | | SPAIN |
| Bird Rock Beach Hotel St. Kitts | | PO Box 227 | West Indies | Basseterre | St. Kitts | | Saint Kitts and Nevis |
| Cabo De Las Corrientes S.A. | | COLON 3073 PISO 8 DPTO A Mar del Plata | | Buenos Aires | | C1016ACA | Argentina |
| CWI Keys Hotel LLC | | 15601 Dallas Parkway | Suite 600 | Addison | TX | 75001 | |
| Hawks Cay Resort | | 61 Hawks Cay Blvd | | Duck Key | FL | 33050 | |
| La Fundacion de Parques y Museos de Cozumel | | Av. Pedro Joaquin Coldwell #70 Col. Centro | | Cozumel | QR | C.P. 77600 | Mexico |
| Miami-Dade County | | 111 NW 1st St # 2510 | | Miami | FL | 33128 | |
| Miami-Dade County, Florida (via Parks, Recreation and Open Spaces Department) | Perry I. Perez | 275 NW 2nd Street Fifth Floor | | Miami | FL | 33128 | |
| Municipio de Isla Mujeres (Garrafon) | | Carretera Garrafon Lote 9 Kilometer 6, Supermanzana 9 | | Isla Mujeres | Q.R. | 77400 | Mexico |
| Operadora De Hoteles La Costa S.A. De C.V. | | CALLE PUNTA CELIS 0 SN PUERTO PUERTO AVENTURAS | | Solidaridad | QR | C.P. 77733 | Mexico |
| Operadora de Hoteles la Costa, S.A. de C.V. | | Carr. a Pichilingue Km | 7.5 Lomas de Palmira La Paz | BAJA CALIFORNIA SUR | | 23010 | Mexico |
| Promociones E Inversiones Almendro, S.A. De C.V. | | Carr. Cancun-Tulum Km 256, Col. Akumal Tulum | | Codigo | QR | 77776 | Mexico |
| Promociones Turisticas Mahahual S.A. De C.V. | | Paseo del Puerto No. 1021 Mahahual | Jose Maria Morelos | | QR | 77940 | Mexico |
| Promociones Turisticas Mahahual, S.A. de C.V. (Costa Maya) | | BLVD. KUKULKAN KM. 9 MANZANA 48 LOTE 8 OFICINA | 9 1RA PLANTA Zona Hotelera Benito Juarez | Cancun | QR | 77500 | MEXICO |
| Quintana Roo Government | | Interior 22 y 23, Carr. Cancun Tulum | | Cancun | Q.R. | 77500 | Mexico |
| Quintana Roo Government | | Calle de 5 de mayo n 19 con Carmen Ochoa de Merino | Col. Centro | Chetumal | Q.R. | C.P. 77000 | Mexico |
| Turismo De Aventura S.A. De C.V. | | Av. Tulum Sur Mza. 3 Lote 2 No. 290 Primer Piso | | Cancun | QR | 77500 | Mexico |
| Viajes Acuaticos Turquesa, S.A. De C.V. | | CALLE DE ACCESO L 28 MZ. 16 L 37 EDIFICIO A 3ER. | PISO LOCAL H BENITO JUAREZ SM. 309 | Cancun | QR | 77560 | Mexico |

# Exhibit F

**Exhibit F**
**Objecting & Responding Party Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to Miami-Dade County | Office of the Miami-Dade County Attorney | Ileana Cruz and Melanie Spencer, Assistant County Attorneys | 111 N.W. First Street, Suite 2810 | Miami | FL | 33128 |