## EXHIBIT 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1] | Case No. 25-10606 (LSS) |
| Debtors. | (Jointly Administered) |
| | <u>**Objection Deadline:**</u><br>**[●], 2025 at 4:00 p.m. (ET)** |

## <u>NOTICE OF PROPOSED MISCELLANEOUS ASSET SALE</u>

**PLEASE TAKE FURTHER NOTICE** that on [●], 2025, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered that certain *Order Establishing Procedures for Sales of Certain Miscellaneous Assets Outside the Ordinary Course of Business Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to Section 363 of the Bankruptcy Code* [D.I. ●] the ("**Miscellaneous Asset Sale Procedures Order**"),[2] whereby the Court authorized the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), to sell certain Miscellaneous Assets in accordance with procedures provided for therein.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Miscellaneous Asset Sale Procedures Order, the Debtors propose to sell (the "**Proposed Miscellaneous Asset Sale**") the Miscellaneous Assets as set forth on <u>**Exhibit A**</u> attached hereto.  In accordance with the Miscellaneous Asset Sale Procedures Order, <u>**Exhibit A**</u> attached hereto provides:  (i) a description of the Miscellaneous Assets that are the subject of the Proposed Miscellaneous Asset Sale; (ii) the location of the Miscellaneous Assets; (iii) the economic terms of the Proposed Miscellaneous Asset Sale; (iv) the identity of any non-debtor party to the Proposed Miscellaneous Asset Sale and whether that party is an "affiliate" or "insider" as those terms are defined under section 101 of the Bankruptcy Code; and (v) the identity of parties, if any, holding liens, claims, encumbrances or other interests in the Miscellaneous Assets.

[In connection with the sale or disposition of an Animal or Animals, the debtors will include a description of the plan for the care and transportation of such Animal(s)]

---

[1]    Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors.  For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Miscellaneous Asset Sale Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Miscellaneous Asset Sale Procedures Order, parties shall have until **[●], 2025 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**") to advise the undersigned counsel to the Debtors in writing with specific and particular bases that they object to the Proposed Miscellaneous Asset Sale.

**PLEASE TAKE FURTHER NOTICE THAT IF NO WRITTEN OBJECTION IS RECEIVED BY THE OBJECTION DEADLINE, THE ABSENCE OF A TIMELY OBJECTION TO THE PROPOSED MISCELLANEOUS ASSET SALE SHALL BE "CONSENT" TO SUCH SALE WITHIN THE MEANING OF SECTION 363(F)(2) OF THE BANKRUPTCY CODE, AND THE DEBTORS MAY CONSUMMATE THE PROPOSED MISCELLANEOUS ASSET SALE, WITHOUT FURTHER NOTICE TO ANY OTHER PARTY AND WITHOUT THE NEED FOR A HEARING, UPON ENTRY OF AN ORDER OF THE COURT SUBMITTED UNDER CERTIFICATION OF COUNSEL IN ACCORDANCE WITH THE MISCELLANEOUS ASSET SALE PROCEDURES ORDER, AND UPON ENTRY OF SUCH ORDER, THE PROPOSED MISCELLANEOUS ASSET SALE WILL BE DEEMED FULLY AUTHORIZED BY THE COURT.**

**PLEASE TAKE FURTHER NOTICE** that if a written objection to the Proposed Miscellaneous Asset Sale is timely received by the Objection Deadline, the Debtors will not proceed with the Proposed Miscellaneous Asset Sale unless (i) the objection is withdrawn or otherwise resolved; or (ii) the Court approves the Proposed Miscellaneous Asset Sale at the next regularly scheduled omnibus hearing in the Chapter 11 Cases that is at least five (5) business days after the applicable objection is filed, or at the next omnibus hearing in the Chapter 11 Cases that is agreed to by the objecting party and the Debtors.

*[Remainder of Page Intentionally Left Blank]*

Dated: [●], 2025

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email:  rbrady@ycst.com
           sgreecher@ycst.com
           amielke@ycst.com
           jkochenash@ycst.com

*Counsel to the Debtors and Debtors in Possession*

33396310.2

## **EXHIBIT A**

*[Description of Proposed Asset Sale to Be Attached]*

## **EXHIBIT 2**

**Regulatory Agencies and Governmental Authorities
To Receive Notice Regarding the Sale or Disposition of Animals**

- Department of Commerce & Investment (Cayman Islands)
- Ayuntamiento De Isla Mujeres - Direccion General De Desarrollo Urbano Y Medio Ambiente Permiso De Anuncios Publicitarios
- Comision Nacional de Areas Naturales Protegidas
- Gobierno Del Estado De Quintana Roo/ Fundacion De Parques Y Museos De Cozumel
- Gobierno Del Estado Libre Y Soberano De Quintana Roo -Licencias De Funcionamient O Estatal
- H. Ayuntamiento De Benito Juarez (Cancun)
- H. Ayuntamiento De Benito Juarez (Cancun) - Secretaria Municipal De Ecologia Y Desarrollo Urbano Licencia De Uso De Suelo
- H. Ayuntamiento De Conzumel - Direccion De Desarrollo Urbano Y Ecologia Licencia De Anuncios
- H. Ayuntamiento De Conzumel - Subdireccion De Ecologia Permiso De Operacion Ecologica
- H. Ayuntamiento De Isla Mujeres - Direccion General De Desarrollo Urbano Y Medio Ambiente Licencia De Uso De Suelo
- H. Ayuntamiento De Isla Mujeres - Direccion General De Desarrollo Urbano Y Medio Ambiente Permiso Ecologico De Operacion
- H.Ayuntamiento De Isla Mujeres Direccion General De Desarrollo Urbano Ymedio Ambiente Permiso Ecologico De Operacion
- Licencias De Funcionamient O Municipal
- Procuraduria Federal De Proteccion Al Ambiente (Profepa)
- Secretaria De Ecologia Y Medio Ambiente Del Estado De Quintana Roo
- Secretaria De Ecologia Y Medio Ambiente Del Estado De Quintana Roo (Sema)
- Semarnat (Secretaria De Medio Ambiente Y Recursos Naturales)
- City of Miami
- City of Panama City Beach
- Customs & Border Control
- Florida Department of Environmental Protection
- Florida Fish and Wildlife Conservation Commission
- State of Florida Department of Business and Professional Regulation
- State of Florida Department of Health
- Town Of Marineland, Florida
- U.S. Department of Agriculture
- U.S. Department of Health & Human Services
- U.S. Department of Transportation
- U.S. Environmental Protection Agency
- U.S. Department of Agriculture's Animal and Plant Health Inspection Service ("APHIS")
- National Oceanic and Atmospheric Administration - National Marine Fisheries Service
- U.S. Fish and Wildlife Service
- Florida Fish and Wildlife Conservation Commission
- Miami-Dade County

*The Debtors reserve their rights to update and modify this list, as may be appropriate, if the Debtors discover other relevant regulatory agencies or governmental authorities or become aware of necessary changes to the above.