IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1] | Case No. 25-10606 (LSS) |
| | (Jointly Administered) |
| Debtors. | Docket Ref. No. 343 |

**ORDER AUTHORIZING THE DEBTORS TO SEAL CERTAIN CONFIDENTIAL INFORMATION CONTAINED IN DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO SEAL CERTAIN CONFIDENTIAL INFORMATION CONTAINED IN THE DECLARATION OF ROBERT WAGSTAFF (I) IN RESPONSE TO THE CERTIFICATION OF EDUARDO ALBOR PURSUANT TO 28 U.S.C. 1746 AND (II) IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER ENFORCING (A) THE AUTOMATIC STAY AND (B) THE COURT'S (1) TURNOVER ORDER AND (2) STAY ENFORCEMENT ORDER, AND (II) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "**Seal Motion**")[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (collectively, the "**Chapter 11 Cases**") for entry of an order (the "**Order**"), authorizing the Debtors to (i) keep the Affected Exhibits under seal; and (ii) directing that the Confidential Information not be made available to anyone, other than the Holders, this Court, and the U.S. Trustee; and the Court having jurisdiction to consider the matters raised in the Seal Motion pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having authority to hear the matters raised in the Seal Motion pursuant to 28 U.S.C.

---

[1] Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC ("**Riveron**"), 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Seal Motion.

33357533

§ 157; and the Court having venue pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Seal Motion and the requested relief being a core proceeding that the Court can determine pursuant to 28 U.S.C. § 157(b)(2); and due and sufficient notice of the Seal Motion having been given under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed and considered the Seal Motion; and the Court having found that the relief requested in the Seal Motion is in the best interests of the Debtors, their estates, and the Holders implicated by the Seal Motion; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Seal Motion is GRANTED as set forth herein.

2. Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(d), the Debtors are authorized to keep the Affected Exhibits under seal.

3. The Debtors shall provide copies of the sealed versions of the Affected Exhibits, to the extent not already provided, to this Court, and the U.S. Trustee subject to Local Rule 9018-1(d) and without the prior written consent of the Holders.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Debtors are authorized to take any and all actions necessary to effectuate the relief granted herein.

6. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

**Dated: August 1st, 2025**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

33357533