# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10606 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF RESCHEDULING HEARING

**PLEASE TAKE NOTICE** that the hearing previously scheduled for October 6, 2025 at 2:00 p.m. (ET) has been rescheduled to **October 15, 2025 at 2:00 p.m. (ET)**. All matters scheduled to be heard on October 6, 2025 at 2:00 p.m. (ET) will now be heard on October 15, 2025 at 2:00 p.m. (ET).

*[signature page follows]*

---

[1] Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

33469017.1

| | |
|---|---|
| Dated: August 13, 2025 | */s/ Jared W. Kochenash* <br> **YOUNG CONAWAY STARGATT & TAYLOR, LLP** <br> Robert S. Brady (No. 2847) <br> Sean T. Greecher (No. 4484) <br> Allison S. Mielke (No. 5934) <br> Jared W. Kochenash (No. 6557) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> Telephone: (302) 571-6600 <br> Email: rbrady@ycst.com <br> sgreecher@ycst.com <br> amielke@ycst.com <br> jkochenash@ycst.com <br><br> *Counsel to the Debtors and Debtors in Possession* |

33469017.1