# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1] | Case No. 25-10606 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF SECOND AMENDED[2] AGENDA FOR HEARING OF MATTERS SCHEDULED FOR SEPTEMBER 5, 2025 AT 11:30 A.M. (ET)

**WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELLED AS NO MATTERS ARE GOING FORWARD**

## RESOLVED/ADJOURNED MATTERS

1. Debtors' Motion for Entry of an Order (I) Establishing Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (IV) Approving Form and Manner of Notice Thereof [D.I. 350, 7/16/25]

   Objection Deadline:   July 30, 2025 at 4:00 p.m. (ET)

   Related Pleadings:

   A. Notice of Filing of Spanish Translation of Bar Date Notice and Bar Date Publication Notice [D.I. 396, 7/25/25]

   B. Certificate of No Objection Regarding Docket No. 350 [D.I. 408, 7/31/25]

   C. Order (I) Establishing Bar Dates for Filing Proofs of Claim, Including Requests for

---

[1] Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

[2] **Amended items appear in bold.**

33532917.2

    Payment Under Section 503(b)(9) of the Bankruptcy Code, (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (IV) Approving Form and Manner of Notice Thereof [D.I. 413, 8/1/25]

  D. Notice of Adjourned Hearing [D.I. 414, 8/4/25]

  E. Revised Order (I) Establishing Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (IV) Approving Form and Manner of Notice Thereof [D.I. 433, 8/5/25]

 Responses Received: None.

 Status:  An order has been entered. A hearing is not required.

2. Motion to Lift the Automatic Stay to Conclude State Court Eviction Case, Compel Debtors to Immediately Reject the Miami Seaquarium Lease, and Allow and Immediately Pay All Post-Petition Rent [D.I. 352, 7/16/25]

 Objection Deadline: August 5, 2025 at 4:00 p.m. (ET); extended for the Debtors to seven days prior to the next omnibus hearing date.

 Related Pleadings: None.

 Responses Received: None.

 Status:  The parties have agreed to adjourn this matter to the next omnibus hearing date.

3. Debtors' Motion for Entry of an Order Extending the Exclusive Periods for Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [D.I. 400, 7/29/25]

 Objection Deadline: August 5, 2025 at 4:00 p.m. (ET)
 Related Pleadings:

  A. Certificate of No Objection Regarding Docket No. 400 [D.I. 438, 8/6/25]

  B. Order Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [D.I. 441, 8/11/25]

Responses Received:  None.

Status:    An order has been entered.  A hearing is not required.

**MATTER GOING FORWARD**

4.  Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [D.I. 9, 4/1/25]

    Objection Deadline:  April 28, 2025 at 4:00 p.m. (ET) (extended for certain parties)

    Related Pleadings:

    A.  Declaration of Steven Robert Strom in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 10, 4/1/25]

    B.  Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [D.I. 40, 4/4/25]

    C.  Second Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [D.I. 134, 5/9/25]

    D.  Third Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [D.I. 213, 6/10/25]

    E.  Notice of Extension of Challenge Period Pursuant to Third Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant

to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [D.I. 214, 6/11/25]

F. Debtors' Supplement to the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363, and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [D.I. 227, 6/18/25]

G. Fourth Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [D.I. 255, 6/25/25]

H. Notice of Second Extension of Challenge Period Pursuant to Fourth Interim Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [D.I. 309, 7/7/25]

I. Notice of Third Extension of Challenge Period Pursuant to Fourth Interim Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [D.I. 409, 7/31/25]

J. Notice of Adjourned Hearing [D.I. 414, 8/4/25]

K. Notice of Fourth Extension of Challenge Period Pursuant to Fourth Interim Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the

Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [D.I. 445, 8/13/25]

L. Notice of Fifth Extension of Challenge Period Pursuant to Fourth Interim Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [D.I. 464, 8/18/25]

M. Notice of Adjourned Hearing [D.I. 489, 8/22/25]

N. Notice of Sixth Extension of Challenge Period Pursuant to Fourth Interim Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [D.I. 492, 8/22/25]

O. Second Supplement to the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363, and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [D.I. 502, 9/3/25]

<u>Responses Received</u>:

P. Objection of Tradewinds Ltd. to Entry of Final DIP Financing Order and Request for Adequate Protection Pursuant to 11 U.S.C. § 363(e) [D.I. 144, 5/14/25]

Q. Limited Objection of Keys Hotel Operator Inc. to Debtors' Motion of Debtors [sic] for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, Etc. [D.I. 146, 5/14/25]

R. Informal Response of Miami Dade County

Additional Related Pleadings:

S.  Notice of Filing of Revised Final DIP Order [D.I. 506, 9/5/25]

Status:    Items P, Q, and R are resolved.  The debtors and the official committee of unsecured creditors have agreed to the terms of the Debtors' debtor-in-possession financing, and the Debtors have filed a revised form of order incorporating the terms of the resolution.  **An order has been entered.**

Dated: September 5, 2025

/s/ Allison S. Mielke
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Email: rbrady@ycst.com
         sgreecher@ycst.com
         amielke@ycst.com
         jkochenash@ycst.com

*Counsel to the Debtors and Debtors in Possession*