IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LEISURE INVESTMENTS HOLDINGS LLC,<br>*et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10606 (LSS)<br><br>(Jointly Administered) |

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Rule 2002-1(a) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the Court hereby schedules the following omnibus hearing dates:

**October 8, 2025 at 11:00 a.m. (ET)**

**October 27, 2025 at 2:00 p.m. (ET)**

**Dated:** September 8th, 2025
Wilmington, Delaware

*LAURIE SELBER SILVERSTEIN*
UNITED STATES BANKRUPTCY JUDGE

33534443.1