**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10606 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF ADJOURNED MATTERS

**PLEASE TAKE NOTICE** that, with the Court's permission, the hearing scheduled for October 8, 2025 at 11:00 a.m. (ET) (the "October 8th Hearing") has been cancelled and all matters previously scheduled for the October 8th Hearing will now be heard at a hearing scheduled for **October 17, 2025 at 10:00 a.m. (ET)**.

Dated: September 17, 2025

*/s/ Sean T. Greecher*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Email: rbrady@ycst.com
   sgreecher@ycst.com
   amielke@ycst.com
   jkochenash@ycst.com

*Counsel to the Debtors and Debtors in Possession*

---

[1] Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

33566234.1