# CERTIFICATE OF SERVICE

I, William A. Hazeltine, hereby certify that on the 6th day of October 2025, a copy of the foregoing *Objection of Tradewinds, LTD to Notice of Proposed Sale, Bidding Procedures, Auction, and Sale Hearing* was electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was served via Electronic Mail on the parties listed below.

| *Counsel to the Debtors:* | *U.S. Trustee:* |
|---|---|
| Robert S. Brady, Esq.<br>Sean T. Greecher, Esq.<br>Allison S. Mielke, Esq.<br>Jared W. Kochenash, Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>rbrady@ycst.com<br>sgreecher@ycst.com<br>amielke@ycst.com<br>jkochenash@ycst.com | Benjamin A. Hackman<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King St., Ste 2207, Lockbox 35<br>Wilmington, DE 19801<br>benjamin.a.hackman@usdoj.gov |

*Counsel to the Committee of Unsecured Creditors:*

| | |
|---|---|
| Thomas J. Francella, Jr., Esq.<br>RAINES FELDMAN LITTRELL LLP<br>824 North Market Street, Suite 805<br>Wilmington, DE 19801<br>tfrancella@raineslaw.com | Christian Savio, Esq.<br>LAW OFFICES OF MANGANELLI, LEIDER & SAVIO, P.A<br>1900 N.W. Corporate Blvd., Ste. 200W<br>Boca Raton, FL 33431<br>csavio@mls-pa.com |

*The DIP Lenders and Counsel to the DIP Lenders:*

| | |
|---|---|
| Paul J. Keenan Jr., Esq.<br>Baker & McKenzie LLP<br>830 Brickell Plaza, Suite 3100<br>Miami, FL 33131<br>paul.keenan@bakermckenzie.com | Blaire A. Cahn, Esq.<br>Baker & McKenzie LLP<br>452 Fifth Avenue<br>New York, New York 10018<br>blaire.cahn@bakermckenzie.com |

|  |  |
|---|---|
| *The DIP Agent:* | *Counsel to the DIP Agent:* |
| GLAS Americas, LLC<br>Re: Triton Investments Holdings, LLC<br>3 Second Street, Suite 206<br>Jersey City, NJ 07311<br>clientservices.usadcm@glas.agency | Adrienne K. Walker, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue, Suite 2500<br>Boston, MA 02199<br>awalker@foley.com |

*The Prepetition First Lien Agent and the Prepetition Second Lien Agent:*

GLAS Americas, LLC
Attn: Controladora Dolphin, S.A. de C.V-Collateral Agent
3 Second Street, Suite 206
Jersey City, NJ 07311
clientservices.usadcm@glas.agency

*Counsel to the Prepetition First Lien Agent and the Prepetition Second Lien Agent:*

Adrienne K. Walker, Esq.
Foley & Lardner LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199
awalker@foley.com

|  |  |
|---|---|
| October 6, 2025 | */s/ William A. Hazeltine* |
| Date | William A. Hazeltine |