# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10606 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 524** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 524

The undersigned hereby certifies that, as of the date hereof, he has received no objection to the *Fourth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2025 Through July 31, 2025* [Docket No. 524] (the "**Application**") filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on September 15, 2025.

The undersigned further certifies that he has reviewed the Court's docket in this case, and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served by 4:00 p.m. (ET) on October 6, 2025.

---

[1] Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

33630072.1

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 109], the Debtors are now authorized to pay 80% ($545,748.80) of requested fees ($682,186.00) and 100% of requested expenses ($5,615.12) on an interim basis without further order of the Court.

Dated: October 7, 2025

*/s/ Sean T. Greecher*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Email: rbrady@ycst.com
sgreecher@ycst.com
amielke@ycst.com
jkochenash@ycst.com

*Counsel to the Debtors and Debtors in Possession*