IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1] | Case No. 25-10606 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA FOR HEARING OF MATTERS
SCHEDULED FOR OCTOBER 17, 2025 AT 10:00 A.M. (ET)**

> **This proceeding will be conducted in person.**
>
> **Parties may observe the hearing remotely by registering with the Zoom link below no later than 4:00 p.m. (ET) the business day before the scheduled hearing.**
>
> **To attend this hearing remotely, please register using the eCourtAppearances tool (available here or on the Court's website https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl). After the deadline has passed, an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM
> OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

## MATTERS UNDER CERTIFICATION

1. Debtors' Motion for Entry of an Order (I) Approving Assumption and Assignment of the Miami Seaquarium Lease Free and Clear of Liens and Other Encumbrances, and (II) Granting Related Relief [D.I. 556, 9/26/25]

    Objection Deadline:    October 10, 2025 at 4:00 p.m. (ET)

---

[1] Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

33612717.1

Related Pleadings:

A. Declaration of Harold J. Bordwin in Support of Debtors' Motion for an Order (I) Approving Assumption and Assignment of the Miami Seaquarium Lease Free and Clear of Liens and Other Encumbrances, and (II) Granting Related Relief [D.I. 557, 9/26/25]

B. Declaration of Robert Wagstaff in Support of Debtors' Motion for an Order (I) Approving Assumption and Assignment of the Miami Seaquarium Lease Free and Clear of Liens and Other Encumbrances, and (II) Granting Related Relief [D.I. 558, 9/26/25]

C. Certification of Counsel Regarding *Revised* Proposed Order (I) Approving Assumption and Assignment of the Miami Seaquarium Lease Free and Clear of Liens and Other Encumbrances, and (II) Granting Related Relief [D.I. 587, 10/15/25]

Responses Received:  None.

D. Informal Response from Miami-Dade County

E. Informal Response from Resilient Aquarium LLC

Status:   A certification of counsel has been filed.  A hearing is not required unless the Court has questions or concerns.

2. Debtors' Second Motion for an Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 561, 9/29/25]

Objection Deadline:   October 13, 2025 at 4:00 p.m. (ET)

Related Pleadings:

A. Certificate of No Objection Regarding Docket No. 561 [D.I. 584, 10/14/25]

Responses Received:  None.

Status:   A certificate of no objection has been filed.  A hearing is not required unless the Court has questions or concerns.

*[Signature Page Follows]*

Dated: October 15, 2025

*/s/ Jared W. Kochenash*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Email: rbrady@ycst.com
      sgreecher@ycst.com
      amielke@ycst.com
      jkochenash@ycst.com

*Counsel to the Debtors and Debtors in Possession*