**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Leisure Investments Holdings LLC, *et al.*,<br>Debtors. | Chapter 11<br>Case No. 25-10606 (LLS)<br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Drew M. Dillworth, Esquire of Stearns Weaver Miller to represent Resilient Aquarium, LLC in the above-referenced cases.

Dated: October 17, 2025        */s/ Melissa M. Hartlipp*
                               Melissa M. Hartlipp (No. 7063)
                               COLE SCHOTZ P.C.
                               500 Delaware Avenue, Suite 600
                               Wilmington, DE 19801
                               Telephone: (302) 652-3131
                               mhartlipp@coleschotz.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Florida and Illinois (Inactive), the United States District Courts for the Middle and Southern Districts of Florida, the United States District Court for the Northern District of Illinois, the United States District Court for the Northern District of Indiana and the United States Court of Appeals for the Eleventh Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  October 17, 2025        */s/ Drew M. Dillworth*
                                Drew M. Dillworth, Esquire
                                STEARNS WEAVER MILLER
                                150 West Flagler Street, Suite 2200
                                Miami, FL 33130
                                Telephone: (305) 789-3200
                                ddillworth@stearnsweaver.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.