**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10606 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 402** |

**NOTICE OF SUCCESSFUL BIDDER WITH RESPECT
TO CERTAIN OF THE DEBTORS' ASSETS**

**PLEASE TAKE NOTICE** that, on July 29, 2025 the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered an order [Docket No. 402] (the "**Bidding Procedures Order**"):[2]  (i) approving proposed bidding procedures by which the Debtors will solicit and select the highest or otherwise best offer for the sale of substantially all or a portion of their assets (the "**Assets**") through one or more sales of the Assets (each, a "**Sale Transaction**" or "**Sale**"); (ii) establishing procedures for the assumption and assignment of executory contracts and unexpired leases, including notice of proposed cure amounts; (iii) approving the form and manner of notice with respect to certain procedures, protections, schedules, and agreements described herein and attached hereto; (iv) scheduling (a) an auction if the Debtors receive one or more timely and acceptable Qualified Bids (as defined below) and (b) a final hearing or Hearings (each, a "**Sale Hearing**") to approve one or more Sales of the Assets; and (v) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that, in consultation with their professionals and the Bid Consultation Parties and subject to finalizing definitive documentation, the Debtors selected a Successful Bidder with respect to certain of the Assets, as follows:

*[Continued on Next Page]*

---

[1] Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

| Asset(s) | Successful Bidder | Purchase Price (Cash) |
|---|---|---|
| *Tursiops truncatus* (common bottlenose dolphin) - Capri (NOAA 0010052) | Theater of the Sea, Inc. | $500,000.00 |
| *Tursiops truncatus* (common bottlenose dolphin) - Soleil (NOA000) | | |

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing to consider approval of the sale of the Assets to the Successful Bidder(s), <u>free and clear of all liens, claims, interests, and encumbrances</u> in accordance with section 363(f) of Bankruptcy Code, will be held on **October 27, 2025 at 2:00 p.m. (ET) before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19081. The Sale Hearing may be adjourned or rescheduled without further notice other than a notice or agenda filed on the docket of the Chapter 11 Cases.**

**PLEASE TAKE FURTHER NOTICE** that, at the Sale Hearing, the Debtors will seek approval of the Successful Bid. Unless the Bankruptcy Court orders otherwise, the Sale Hearing shall be an evidentiary hearing on matters relating to the Sale Transaction and there will be no further bidding at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that anyone interested in receiving more information regarding the Sale of the Debtors' assets and/or copies of any related document, including the Bidding Procedures Order, may make a written request to: counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Wilmington, DE 19801, Attn: Jared W. Kochenash (jkochenash@ycst.com). In addition, copies of the Bidding Procedures Order and this notice may be examined by interested parties (i) free of charge at the website established for these chapter 11 cases, **https://veritaglobal.net/dolphinco**, or (ii) on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted online at www.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov).

*[Signature Page Follows]*

Dated: October 17, 2025

/s/ Allison S. Mielke
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Email: rbrady@ycst.com
　　　　sgreecher@ycst.com
　　　　amielke@ycst.com
　　　　jkochenash@ycst.com

*Counsel to the Debtors and Debtors in Possession*