**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10606 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 556 & 587 |

**CERTIFICATION OF COUNSEL REGARDING *FURTHER REVISED* PROPOSED ORDER (I) APPROVING ASSUMPTION AND ASSIGNMENT OF THE MIAMI SEAQUARIUM LEASE FREE AND CLEAR OF LIENS AND OTHER ENCUMBRANCES, AND (II) GRANTING RELATED RELIEF**

On September 26, 2025, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed the *Debtors' Motion for an Order (I) Approving Assumption and Assignment of the Miami Seaquarium Lease Free and Clear of Liens and Other Encumbrances, and (II) Granting Related Relief* [Docket No. 556] (the "**Motion**").[2]  A proposed form of order approving the Motion was attached to the Motion as Exhibit A (the "**Proposed Order**").

The deadline to file objections or otherwise respond to the Motion was established as October 10, 2025 at 4:00 p.m. (ET) (the "**Objection Deadline**").  Prior to the Objection Deadline, the Debtors received informal comments from counsel to Miami-Dade County (the "**County**") and the Purchaser (together with the County, the "**Respondents**").  The Debtors and the Purchaser also entered into an amendment to the Assignment Agreement.

---

[1] Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

To resolve the County and Purchaser's comments, and to reflect that the Assignment Agreement had been amended, the Debtors submitted a revised proposed order (the "**Revised Proposed Order**") under certification of counsel. *See* Docket No. 587. Following submission of the certification of counsel, the Debtors and Purchaser entered into a second amendment to the Assignment Agreement, and a hearing on the Motion was held on October 17, 2025 (the "**Hearing**") before the United States Bankruptcy Court for the District of Delaware (the "**Court**"). As set forth on the record at the Hearing, the Court granted the relief requested in the Motion and made certain rulings requiring further revisions to the Revised Proposed Order.

Attached hereto as **Exhibit A** is a further revised proposed order (the "**Further Revised Proposed Order**") which reflects the changes requested by the Respondents and the rulings made by the Court. For the convenience of the Court and other interested parties, a blackline comparing the Revised Proposed Order against the Further Revised Proposed Order is attached hereto as **Exhibit B**.

WHEREFORE, the Debtors did not receive any objections or responses other than those described herein, the Respondents do not object to entry of the Further Revised Proposed Order, and the changes reflected in the Further Revised Proposed Order are consistent with the Court's comments at the Hearing, the Debtors respectfully request that the Court enter the Further Revised Proposed Order without further notice or a hearing at the Court's earliest convenience.

*[Signature Page Follows]*

Dated: October 17, 2025

          */s/ Jared W. Kochenash*
          **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
          Robert S. Brady (No. 2847)
          Sean T. Greecher (No. 4484)
          Allison S. Mielke (No. 5934)
          Jared W. Kochenash (No. 6557)
          Rodney Square
          1000 North King Street
          Wilmington, DE 19801
          Telephone: (302) 571-6600
          Email: rbrady@ycst.com
             sgreecher@ycst.com
             amielke@ycst.com
             jkochenash@ycst.com

          *Counsel to the Debtors and Debtors in Possession*