25-10606-LSS

RECEIVED
2025 OCT 24  AM 8:18
10/20/2025
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To the Good and Honorable Judge L. Silverstein,

Hello there and I hope you are having a good day today.

Just a few weeks ago, I took a trip down to Florida and found myself at Marineland in St. Augustine. I participated in a dolphin swim encounter (I have attached some of the pictures in this letter). I had a wonderful experience with the dolphins there as I hope you can tell by the expression of joy on my face.

A few days ago, I heard disturbing news regarding the future of Marineland and the dolphins that reside there. As I understand it, a developer wants to purchase the land but not the dolphins which would likely be shipped to another attraction in the Middle East. **I would implore you to not approve of this sale and allow the dolphins and Marineland to remain where they are** as a National Historic Landmark and as a research facility. So much has been learned about these beautiful creatures (for instance, did you know that the sounds and squeals they make do not come out of their mouths but rather their blowholes! Who knew, right?!)

Dolphins are wildly intelligent animals and have very strong social and family bonds and splitting them up would likely be so damaging to them. And imagine what it would be like for them to be out of water for hours and hours, 30,000ft up in the sky on a plane to the Middle East! Please help them to avoid such trauma of the transit and a new facility and the separation from their social groups and **allow the non-profit coalition, Save Marineland, to purchase the facility and continue to provide these beautiful animals a home** and an opportunity to serve as animal ambassadors and <u>bringers of joy.</u> I don't know if you've ever had the pleasure of meeting a dolphin up close, but it seems that people can't help but to smile and feel better around them. I certainly do!

I thank you so much for your kind time and consideration on this matter. As I recently met some of these sweet dolphins and they gave me some wonderful memories, I felt I had to write and advocate on their behalf. In closing, I will ask you, once again, to consider what is in their best interest and to protect that site and their home from the developers.

Thank you so much and do be well.
Warmly,

*Jessica J. Stith*

Jessica L. Stith

P.S. Please do read my letter into the court record and feel free to share my photos of my dolphin experience as well. Thank you!



Only one dolphin was supposed to come over to me and touch my hand but they both came over. As you can see, I was delighted!



A "superhero" push back to shore!



Basking in the sweet, dolphin love.