To: the Honorable Judge L. Silverstein
Re: Case No. 25-10606 (LSS)

From: C. Scott Taylor, PhD.
Exec. Dir. Cetacean Studies Institute
Queensland, Australia



RECEIVED
2025 OCT 24  AM 10: 04
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor:
I am writing this with a sense of urgency, sending it via email to be printed and mailed to you. I am in Australia, and 'snail' mail can take up to two weeks to get to the United States. I trust this arrangement will be acceptable.

I earned both my Honours degree (First Class) and my doctorate based on my research on dolphins and their contested relations with humans. I have had academic articles published in prestigious journals, and have spoken at international conferences many times, focused on the relations between humans and dolphins.

My research on the dolphin-human relationship began in the 1980s. I have travelled the world as both a storyteller and a scientist, engaging with both dolphins and humans, exploring this important and unique relationship.

The Marineland facility in Florida has played a significant role in my fascination with dolphins and cetaceans. I first visited in 1957, when I met Nellie, the famous dolphin who lived a very long life there. I met her again in 2007, during another visit. She had thrived, given birth, and was a grandmother by then. She was the longest-lived dolphin, born in human care, in history. Her example in the history of dolphin care and dolphin science cannot be overstated.

During my years of research I have met many scientists working in the study of dolphins. Most of the older ones have told me of how inspired they became when they visited Marineland in the 50s and 60s.

Dolphin-human relations is best defined as a mutualism...both sides derive real

benefit. Dolphins, those I term Legacy Dolphins, those with nowhere else to be outside human care, benefit from the dedication and commitment of humans. Humans who make the compassionate commitment to dolphin care universally report that their lives have been enriched by their dolphin companions.

The dolphins living at Marineland are an extended family, many actually the sons and daughters, grandsons and granddaughters, of the older dolphins. The Legacy Dolphins deserve to have their families kept together, as best practice. To separate them as part of a human financial arrangement ignores their actual life-requirement, to provide them with the best humans can provide.

The situation at Marineland, with its financial complications, brought on not by Marineland itself, but by being part of a large corporation with unsustainable debts, is deeply unfortunate. That some want to destroy a historic site where science and history is ongoing, where important relationships are ongoing, where a nice view of the ocean makes it a desirable location for apartments, is a tragedy in the making. To abandon the longstanding commitment to the dolphins living there, and the humans whose lives are deeply entwined with the dolphins, is unacceptable.

Sometimes more than money must be considered. The value of this historic site, where humans are exploring what it means to commit to care beyond limits, to make good on a promise to care for dolphins and all their descendants, in perpetuity, calls us to consider more than money, profit, and the value of a nice ocean view.

Please do not overlook the inner values, the enduring beauty of the relations between the humans and their friends, the dolphins, in your decisions. Everyone involved who has been part of the living culture of Marineland deserves support, to continue to share with each other.

Please take note that dolphins who are transported long distances often suffer from rhabdomyolysis, the breakdown of muscle tissue that leads to kidney failure, and death. This could be the fate of the 17 dolphins who call Marineland home.

A sincere effort is being made to enable the dolphins and the staff of Marineland to survive the financial chaos they are entangled in. Please do not allow an uncaring

developer, in pursuit of profit, to endanger the lives, memories and futures of so many. Marineland is an important cultural landmark, where humans and ocean creatures have worked out how to share life, to enjoy each other.

I hope you find this letter to be helpful, clarifying why it is important to support the continued, safe, healthy lives of the dolphins of Marineland and those who care for them. I urge you to consider the lives that would be affected if Marineland and its histories are abandoned by a singular focus on financial interests.

Sincerely,

C. Scott Taylor, PhD.
Australia