**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1] | Case No. 25-10606 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Objection Deadline:** December 1, 2025 at 4:00 p.m. (ET) |

**DEBTORS' FIRST NOTICE OF PROPOSED**
**MISCELLANEOUS ANIMAL ASSET TRANSFERS**

      **PLEASE TAKE FURTHER NOTICE** that on July 29, 2025, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered that certain *Order Establishing Procedures for Sales of Certain Miscellaneous Assets Outside the Ordinary Course of Business Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to Section 363 of the Bankruptcy Code* [Docket No. 401] (the "**Miscellaneous Asset Sale Procedures Order**"),[2] whereby the Court authorized the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), to sell and/or otherwise transfer certain assets, including the Debtors' animals, in accordance with procedures provided for therein.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Miscellaneous Asset Sale Procedures Order, the Debtors propose to transfer ownership (the "**Proposed Asset Transfers**") of certain animals, as set forth below and on **Exhibits A-1** through **A-9** attached hereto (the "**Asset Transfer Summaries**"):

| Exhibit No. | Transferor/ Owner | Transferee | Location | Animal(s) |
|---|---|---|---|---|
| A-1 | The Dolphin Connection Inc. | Brookfield Zoo | Brookfield Zoo | 1 Bottlenose Dolphin |
| A-2 | MS Leisure Company | NOVA Wild LLC | Miami Seaquarium | 27 American Flamingos |

---

[1]    Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Miscellaneous Asset Sale Procedures Order.

33772447.9

| A-3 | MS Leisure Company | Tanganyika Wildlife Park | Miami Seaquarium | 11 African Penguins |
|-----|--------------------|--------------------------|------------------|---------------------|
| A-4 | MS Leisure Company | Seattle Aquarium | Miami Seaquarium | 1 Harbor Seal |
| A-5 | MS Leisure Company | Miami-Dade County "Zoo Miami" | Miami Seaquarium | 2 Argentine Black and White Tegu<br>1 Bearded Dragon<br>1 Blue Tongued Skink<br>1 Ball Python<br>1 Uromastyx |
| A-6 | MS Leisure Company | Dolphin Life, Inc. | Miami Seaquarium | 4 Bottlenose Dolphins |
| A-7 | MS Leisure Company | Dolphin Research Center | Miami Seaquarium | 2 Sea Lions, 3 Harbor Seals, 2 Dolphins |
| A-8 | MS Leisure Company | Sea Lion Splash, LLC | Miami Seaquarium | 3 Harbor Seals, 9 Sea Lions |
| A-9 | MS Leisure Company | Indianapolis Zoological Society | Miami Seaquarium | 4 Bottlenose Dolphins |

The Asset Transfer Summaries include each applicable animal transfer agreement and provide: (i) a description of the animals proposed to be transferred; (ii) the geographic location of the animals; (iii) the material terms of the Proposed Asset Transfers; (iv) the identity of any non-debtor party to the Proposed Asset Transfers and whether that party is an "affiliate" or "insider"; and (v) the identity of parties, if any, holding relevant liens, claims, encumbrances or other interests in the assets to be transferred.  The Debtors will not pay any brokerage or investment banker fees or expenses in connection with any of the Proposed Asset Transfers.

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file a proposed form of order, a copy of which is attached hereto as **Exhibit B** (the "**Proposed Sale Order**"), approving the Proposed Asset Transfers.  Further, in support of the proposed transfers, the Debtors have attached hereto as **Exhibit C** the *Declaration of Robert Wagstaff in Support of the Debtors' First Notice of Proposed Miscellaneous Animal Asset Transfers*.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Miscellaneous Asset Sale Procedures Order, any objection to the Proposed Asset Transfers shall (i) be in writing; (ii) specify the specific and particular bases for the objection; and (iii) be served upon counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Wilmington, DE 19801, Attn: Jared W. Kochenash (jkochenash@ycst.com) not later than **4:00 p.m. (Eastern Time) on December 1, 2025** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE THAT, CONSISTENT WITH THE TERMS OF THE MISCELLANEOUS ASSET SALE PROCEDURES ORDER, IF NO OBJECTION IS RECEIVED BY THE OBJECTION DEADLINE, THE DEBTORS MAY SUBMIT THE PROPOSED SALE ORDER TO THE COURT FOR APPROVAL AND CONSUMMATE THE PROPOSED ASSET TRANSFERS, WITHOUT FURTHER NOTICE TO ANY OTHER PARTY AND WITHOUT THE NEED FOR A HEARING.**

33772447.9

**PLEASE TAKE FURTHER NOTICE** that any party interested in receiving more information regarding the Debtors' sale process and/or copies of any document filed in the Chapter 11 Cases, including the Miscellaneous Asset Sale Procedures Order, may make a written request to: counsel for the Debtors, Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Wilmington, DE 19801, Attn: Jared W. Kochenash (jkochenash@ycst.com). In addition, copies of the Miscellaneous Asset Sale Procedures Order and this notice may be examined by interested parties (i) free of charge at the website established for these chapter 11 cases by the Debtors' Court-approved claims agent, Kurtzman Carson Consultants, LLC d/b/a Verita Global, at **https://veritaglobal.net/dolphinco**; or (ii) on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted at www.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov).

Dated: November 20, 2025

/s/ Allison S. Mielke
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: rbrady@ycst.com
          sgreecher@ycst.com
          amielke@ycst.com
          jkochenash@ycst.com

*Counsel to the Debtors and Debtors in Possession*