# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 25-10606 (LSS)<br>(Jointly Administered)<br>**RE: D.I. 209** |

### SUPPLEMENTAL DECLARATION OF ADAM MEISLIK IN SUPPORT OF THE COMMITTEE'S RETENTION OF FORCE TEN PARTNERS, LLC

I, Adam Meislik, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a Partner and Member of Force Ten Partners, LLC ("**Force 10**"), financial advisors to the Official Committee of Unsecured Creditors (the "**Committee**") in the above-captioned cases.

2. On June 6, 2025, the Committee filed their *Application of the Official Committee of Unsecured Creditors to Retain and Employ Force Ten Partners, LLC as Financial Advisor Effective as of May 23, 2025* [D.I. 209] (the "**Application**")[2]. I submitted my declaration ("**Original Declaration**") in support of the Application. I hereby incorporate by reference the Original Declaration as if it were set forth in full herein.

3. I submit this supplemental declaration (the "**Supplement**") to notify the Court and other interested parties related to Force 10's retention of a relationship with an employee of Force 10 and Hamid R. Rafatjoo, an attorney with Raines Feldman Littrell LLP, counsel to the Committee.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Leisure Investments Holdings LLC (7260); Triton Investments Holdings LLC (6416); MS Leisure Company (7257); Icarus Investments Holdings LLC (2636); Ejecutivos de Turismo Sustentable S.A. de C.V. (5CA4); Dolphin Capital Company, S. de R.L. de C.V. (21H8); Dolphin Leisure, Inc. (7073); Dolphin Austral Holdings, S.A. de C.V. (6A13); Aqua Tours, S.A. de C.V. (6586); Viajero Cybernetical, S.A. de C.V. (1CZ7); Promotora Garrafón, S.A. de C.V. (0KA2); Marineland Leisure, Inc. (7388); GWMP, LLC (N/A); Gulf World Marine Park, Inc. (0348); and The Dolphin Connection, Inc. (0322). For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

10676017.1

4. Mr. Rafatjoo's son, Nicholas Rafatjoo is employed as an analyst at the 5271 California Avenue, Irvine, California office of Force 10.  Nicholas Rafatjoo does not and will not work on any matters connected to these cases while Force 10 remains employed as the Financial Advisor thereto.

5. As detailed in my Original Declaration, Force 10 ran and continues to run conflict checks on the parties in interest listed in my Original Declaration and will further update and supplement this information as necessary.

6. Unless otherwise stated in this Supplement, I have personal knowledge of the facts set forth above.  To the extent that any information disclosed in this Supplement requires amendment or modification, a further supplemental declaration will be submitted to this Court.

DECLARED under penalty of perjury this 15th day of December 2025.

Dated: December 15, 2025

                                            */s/ Adam Meislik*
                                            Adam Meislik