# EXHIBIT A

## Proposed Order

34027346.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1] | Case No. 25-10606 (LSS) |
| | (Jointly Administered) |
| Debtors. | |
| | **Ref. Docket No. __** |

**ORDER SUSTAINING DEBTORS' FIRST (SUBSTANTIVE)**
**OMNIBUS OBJECTION TO CLAIMS**

Upon consideration of the objection (the "**Objection**")[2] of the Debtors for the entry of an order (this "**Order**") disallowing and expunging the No Liability Claims set forth on **Schedule 1** attached hereto; and upon consideration of the Objection and the Wagstaff Declaration; and upon the statements of counsel made in support of the relief requested in the Objection at the hearing (if any) before this Court; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and it appearing that venue of the Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that it may enter a final order consistent with Article III of the United States Constitution; and it appearing that proper and adequate notice of the Objection and the hearing

---

[1] Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

34027346.1

thereon, if any, has been given under the circumstances and in accordance with the Bankruptcy Rules and Local Rules and that no other or further notice is necessary; and after due deliberation thereon; and this Court having found that the relief requested in the herein is in the best interests of the Debtors' estates; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      The Objection is SUSTAINED as set forth herein.

2.      The No Liability Claims identified on **Schedule 1** attached hereto are hereby disallowed and expunged in their entirety.

3.      This Order shall be deemed a separate order with respect to each of the Disputed Claims identified on **Schedule 1** attached hereto.  Any stay of this Order pending appeal by any of the claimants whose Disputed Claim(s) are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

4.      The Debtors and Verita are authorized to take all actions necessary and appropriate to give effect to this Order.

5.      Verita is authorized to modify the Claims Register to comport with the relief granted by this Order.

6.      Nothing in this Order or the Objection is intended or shall be construed as a waiver of any of the rights the Debtors may have to enforce rights of setoff against the claimants.

7.      Nothing in the Objection or this Order shall be deemed or construed:  (a) as an admission as to the validity of any claim against the Debtors; (b) as a waiver of the Debtors' rights to dispute or otherwise object to any claim on any grounds or basis; (c) to waive or release any right, claim, defense, or counterclaim of the Debtors, or to estop the Debtors from asserting any

34027346.1

right, claim, defense, or counterclaim; (d) as an approval or assumption of any agreement, contract, or lease, pursuant to section 365 of the Bankruptcy Code; or (e) as an admission that any obligation is entitled to administrative expense priority or any such contract or agreement is executory or unexpired for purposes of section 365 of the Bankruptcy Code or otherwise.

8.     The terms and conditions of this Order shall be immediately enforceable and effective upon its entry.

9.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

34027346.1

# <u>SCHEDULE 1</u>

## No Liability Claims

34027346.1

**Leisure Investments Holdings LLC, et al. (The Dolphin Company) 25-10606**
**Schedule 1 - No Liability Claims**

<u>**Claims to be Disallowed**</u>

| # | Name | Date Claim Filed | Case # | Debtor | Scheduled Claim # | Filed Claim # | Claim Priority | Currency | Claim Amount | Reason for Disallowing |
|---|------|------------------|--------|--------|-------------------|---------------|----------------|----------|--------------|------------------------|
| 1 | Juan Eduardo Acosta<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10606 | Leisure Investments Holdings LLC | | 155 | Priority | USD | $24,366.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 2 | Juan Eduardo Acosta<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 167 | Priority | USD | $24,366.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 3 | Maria Alejandra Arripe<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10606 | Leisure Investments Holdings LLC | | 170 | Priority | USD | $15,756.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 4 | Maria Alejandra Arripe<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 182 | Priority | USD | $15,756.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 5 | David Oscar Battisti<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10606 | Leisure Investments Holdings LLC | | 149 | Priority | USD | $18,410.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 6 | David Oscar Battisti<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 150 | Priority | USD | $18,410.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 7 | Juan Eduardo Bogarin<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 153 | Priority | USD | $20,104.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 8 | Juan Eduardo Bogarin<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10606 | Leisure Investments Holdings LLC | | 154 | Priority | USD | $20,104.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 9 | Andres Coronel<br><br>Information Intentionally Omitted | 9/13/2025 | 25-10606 | Leisure Investments Holdings LLC | | 110 | Priority | USD | $251,031.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |

**Leisure Investments Holdings LLC, et al. (The Dolphin Company) 25-10606**
**Schedule 1 - No Liability Claims**

**Claims to be Disallowed**

| # | Name | Date Claim Filed | Case # | Debtor | Scheduled Claim # | Filed Claim # | Claim Priority | Currency | Claim Amount | Reason for Disallowing |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Andres Coronel<br><br>Information Intentionally Omitted | 9/13/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 126 | Priority | USD | $251,031.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 11 | Raul Ruiz Espinosa<br><br>Information Intentionally Omitted | 9/13/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 138 | Priority | USD | $9,199.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 12 | Raul Ruiz Espinosa<br><br>Information Intentionally Omitted | 9/13/2025 | 25-10606 | Leisure Investments Holdings LLC | | 143 | Priority | USD | $9,199.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 13 | Raul Adrian Faiella<br><br>Information Intentionally Omitted | 9/13/2025 | 25-10606 | Leisure Investments Holdings LLC | | 131 | Priority | USD | $63,295.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 14 | Raul Adrian Faiella<br><br>Information Intentionally Omitted | 9/13/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 137 | Priority | USD | $63,295.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 15 | German Ezequiel Fernandez<br><br>Information Intentionally Omitted | 9/13/2025 | 25-10606 | Leisure Investments Holdings LLC | | 112 | Priority | USD | $108,420.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 16 | German Ezequiel Fernandez<br><br>Information Intentionally Omitted | 9/13/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 116 | Priority | USD | $108,420.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 17 | Maria Jose Flores<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10606 | Leisure Investments Holdings LLC | | 159 | Priority | USD | $28,675.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 18 | Maria Jose Flores<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 176 | Priority | USD | $28,675.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |

**Leisure Investments Holdings LLC, et al. (The Dolphin Company) 25-10606**
**Schedule 1 - No Liability Claims**

**Claims to be Disallowed**

| # | Name | Date Claim Filed | Case # | Debtor | Scheduled Claim # | Filed Claim # | Claim Priority | Currency | Claim Amount | Reason for Disallowing |
|---|------|------------------|--------|--------|-------------------|---------------|----------------|----------|--------------|------------------------|
| 19 | Marcelo Marcio Villalba Francois<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10606 | Leisure Investments Holdings LLC | | 166 | Priority | USD | $35,212.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 20 | Marcelo Marcio Villalba Francois<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 180 | Priority | USD | $35,212.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 21 | Jorge Roberto Freyre<br><br>Information Intentionally Omitted | 9/13/2025 | 25-10606 | Leisure Investments Holdings LLC | | 127 | Priority | USD | $57,489.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 22 | Jorge Roberto Freyre<br><br>Information Intentionally Omitted | 9/13/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 128 | Priority | USD | $57,489.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 23 | Facundo Jose Gaitan<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 140 | Priority | USD | $10,748.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 24 | Facundo Jose Gaitan<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10606 | Leisure Investments Holdings LLC | | 187 | Priority | USD | $10,748.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 25 | Jose Luis Gonzalez<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10606 | Leisure Investments Holdings LLC | | 158 | Priority | USD | $16,846.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 26 | Jose Luis Gonzalez<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 162 | Priority | USD | $16,846.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 27 | Mariano Cesar Basilio Ballester Korol<br>Information Intentionally Omitted | 9/13/2025 | 25-10606 | Leisure Investments Holdings LLC | | 133 | Priority | USD | $30,442.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |

**Leisure Investments Holdings LLC, et al. (The Dolphin Company) 25-10606**
**Schedule 1 - No Liability Claims**

**Claims to be Disallowed**

| # | Name | Date Claim Filed | Case # | Debtor | Scheduled Claim # | Filed Claim # | Claim Priority | Currency | Claim Amount | Reason for Disallowing |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | Mariano Cesar Basilio Ballester Korol<br>Information Intentionally Omitted | 9/13/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 139 | Priority | USD | $30,442.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 29 | Diego Gaston Lanzotti<br>Information Intentionally Omitted | 9/14/2025 | 25-10606 | Leisure Investments Holdings LLC | | 169 | Priority | USD | $23,672.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 30 | Diego Gaston Lanzotti<br>Information Intentionally Omitted | 9/14/2025 | 25-10606 | Leisure Investments Holdings LLC | | 181 | Priority | USD | $23,672.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 31 | Diego Gaston Lanzotti<br>Information Intentionally Omitted | 9/14/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 188 | Priority | USD | $23,672.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 32 | Leandro Martin Lopez<br>Information Intentionally Omitted | 9/14/2025 | 25-10606 | Leisure Investments Holdings LLC | | 147 | Priority | USD | $22,429.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 33 | Leandro Martin Lopez<br>Information Intentionally Omitted | 9/14/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 148 | Priority | USD | $22,429.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 34 | Carolina Gretel Martino<br>Information Intentionally Omitted | 9/14/2025 | 25-10606 | Leisure Investments Holdings LLC | | 145 | Priority | USD | $24,292.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 35 | Carolina Gretel Martino<br>Information Intentionally Omitted | 9/14/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 146 | Priority | USD | $24,292.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 36 | Jorge Daniel Meilan<br>Information Intentionally Omitted | 9/14/2025 | 25-10606 | Leisure Investments Holdings LLC | | 175 | Priority | USD | $14,098.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |

**Leisure Investments Holdings LLC, et al. (The Dolphin Company) 25-10606**
**Schedule 1 - No Liability Claims**

**Claims to be Disallowed**

| # | Name | Date Claim Filed | Case # | Debtor | Scheduled Claim # | Filed Claim # | Claim Priority | Currency | Claim Amount | Reason for Disallowing |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | Jorge Daniel Meilan<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 186 | Priority | USD | $14,098.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 38 | Ana Cristina Mocoroa<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10606 | Leisure Investments Holdings LLC | | 142 | Priority | USD | $47,719.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 39 | Ana Cristina Mocoroa<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 144 | Priority | USD | $47,719.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 40 | Sergio Adrian Moreira<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10606 | Leisure Investments Holdings LLC | | 164 | Priority | USD | $29,739.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 41 | Sergio Adrian Moreira<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 172 | Priority | USD | $29,739.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 42 | Matias Daniel Albarracin Perez<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10606 | Leisure Investments Holdings LLC | | 179 | Priority | USD | $3,796.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 43 | Matias Daniel Albarracin Perez<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 193 | Priority | USD | $3,796.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 44 | Michael David Garnica Resola<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 151 | Priority | USD | $15,819.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 45 | Michael David Garnica Resola<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10606 | Leisure Investments Holdings LLC | | 152 | Priority | USD | $15,819.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |

**Leisure Investments Holdings LLC, et al. (The Dolphin Company) 25-10606**
**Schedule 1 - No Liability Claims**

**Claims to be Disallowed**

| # | Name | Date Claim Filed | Case # | Debtor | Scheduled Claim # | Filed Claim # | Claim Priority | Currency | Claim Amount | Reason for Disallowing |
|---|---|---|---|---|---|---|---|---|---|---|
| 46 | Michael David Garnica Resola<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 191 | Priority | USD | $15,819.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 47 | Michael David Garnica Resola<br><br>Information Intentionally Omitted | 9/14/2025 | 25-10606 | Leisure Investments Holdings LLC | | 194 | Priority | USD | $15,819.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 48 | Ernesto Nicolas Ignacio Ruiz<br><br>Information Intentionally Omitted | 9/13/2025 | 25-10606 | Leisure Investments Holdings LLC | | 135 | Priority | USD | $11,109.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 49 | Ernesto Nicolas Ignacio Ruiz<br><br>Information Intentionally Omitted | 9/13/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 141 | Priority | USD | $11,109.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 50 | Alejandro Arturo Saubidet<br><br>Information Intentionally Omitted | 9/13/2025 | 25-10606 | Leisure Investments Holdings LLC | | 129 | Priority | USD | $14,941.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |
| 51 | Alejandro Arturo Saubidet<br><br>Information Intentionally Omitted | 9/13/2025 | 25-10715 | Controladora Dolphin, S.A. de C.V. | | 130 | Priority | USD | $14,941.00 | Claimant was at all relevant times employed by non-debtor Plunimar S.A., an entity incorporated under the laws of Argentina.  Claimant is not and has never been an employee of the Debtors, and the Debtors have no obligations to claimant—contractual, statutory, or otherwise—including with respect to claimant's asserted severance claim. |