**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10606 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 1382, 1480 & 1496** |

**NOTICE OF ADJOURNMENT OF COMBINED HEARING TO CONSIDER FINAL APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN AND RELATED DEADLINES**

**PLEASE TAKE NOTICE THAT**, on August 11, 2026, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**") the *Combined Disclosure Statement and Joint Chapter 11 Plan of Leisure Investments Holdings LLC and Its Affiliated Debtors* [Docket No. 1382] (as may be amended, supplemented or otherwise modified, the "**Combined Disclosure Statement and Plan**"), which was thereafter modified [Docket No. 1480].[2] On September 10, 2026, the Court entered an order [Docket No. 1496] (the "**Solicitation Procedures Order**") approving, among other things, a schedule of events and deadlines related to confirmation of the Combined Disclosure Statement and Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the combined hearing to consider the adequacy of the Combined Disclosure Statement and Plan on a final basis and confirmation of the Combined Disclosure Statement and Plan previously scheduled for October 20, 2026, at 10:00 a.m. (ET) (the "**Combined Hearing**") has been adjourned to a date and time to be determined.

**PLEASE TAKE FURTHER NOTICE THAT**, as a result of the adjournment of the Combined Hearing, the (i) deadline to file the Plan Supplement, (ii) Voting Deadline, (iii) Combined Objection Deadline, and (iv) deadline to file a brief and declarations in support of confirmation of the Combined Disclosure Statement and Plan are extended to a date and time to be determined.

---

[1] Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Combined Disclosure Statement and Plan or the Solicitation Procedures Order, as applicable.

Dated: October 1, 2026

*/s/ Allison S. Mielke*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Email: rbrady@ycst.com
sgreecher@ycst.com
amielke@ycst.com
jkochenash@ycst.com

*Counsel to the Debtors and Debtors in Possession*